Exhibit C

**U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL HIGHWAY ADMINISTRATION**
**FISCAL MANAGEMENT INFORMATION SYSTEM**

**NATIONAL ELECTRIC VEHICLE INFRASTRUCTURE (NEVI) FORMULA PROGRAM**
**STATUS OF FUNDS**
**AS OF FEBRUARY 6, 2025**

| STATE | TOTAL AVAILABLE | TOTAL OBLIGATIONS | UNOBLIGATED BALANCE | UNPAID OBLIGATIONS | TOTAL EXPENDITURES |
|---|---|---|---|---|---|
| ALABAMA | 62,415,851.00 | 299,520.00 | 62,116,331.00 | 216,127.45 | 83,392.55 |
| ALASKA | 41,250,989.00 | 1,122,662.82 | 40,128,326.18 | 595,261.31 | 527,401.51 |
| ARIZONA | 60,193,112.00 | 12,090,426.00 | 48,102,686.00 | 10,875,499.40 | 1,214,926.60 |
| ARKANSAS | 42,594,130.00 | 80,000.00 | 42,514,130.00 | 55,595.84 | 24,404.16 |
| CALIFORNIA | 301,952,392.00 | 2,111,375.00 | 299,841,017.00 | 1,784,493.65 | 326,881.35 |
| COLORADO | 44,494,590.00 | 8,368,277.00 | 36,126,313.00 | 8,368,277.00 | |
| CONNECTICUT | 41,320,654.00 | 1,440,000.00 | 39,880,654.00 | 1,155,326.14 | 284,673.86 |
| DELAWARE | 13,916,534.00 | 10,150,125.00 | 3,766,409.00 | 9,987,185.63 | 162,939.37 |
| DISTRICT OF COLUMBIA | 13,126,783.00 | 3,552,666.00 | 9,574,117.00 | 3,538,562.25 | 14,103.75 |
| FLORIDA | 155,871,815.00 | 9,400,000.00 | 146,471,815.00 | 6,010,504.30 | 3,389,495.70 |
| GEORGIA | 106,225,941.00 | 12,018,243.56 | 94,207,697.44 | 8,976,716.14 | 3,041,527.42 |
| HAWAII | 13,914,498.00 | 11,846,015.52 | 2,068,482.48 | 8,099,164.82 | 3,746,850.70 |
| IDAHO | 23,530,684.00 | 800,004.00 | 22,730,680.00 | 133,667.38 | 666,336.62 |
| ILLINOIS | 116,965,521.00 | 25,479,521.29 | 91,485,999.71 | 25,479,521.29 | |
| INDIANA | 78,390,006.00 | 3,831,649.20 | 74,558,356.80 | 3,209,902.06 | 621,747.14 |
| IOWA | 40,431,778.00 | 2,700,860.41 | 37,730,917.59 | 1,861,305.22 | 839,555.19 |
| KANSAS | 31,089,134.00 | 644,446.00 | 30,444,688.00 | 644,446.00 | |
| KENTUCKY | 54,661,824.00 | 36,870,951.10 | 17,790,872.90 | 34,960,616.41 | 1,910,334.69 |
| LOUISIANA | 57,740,621.00 | | 57,740,621.00 | | |
| MAINE | 15,186,348.00 | 15,186,348.00 | | 14,583,660.87 | 602,687.13 |
| MARYLAND | 49,438,402.00 | 14,668,457.72 | 34,769,944.28 | 14,639,961.23 | 28,496.49 |
| MASSACHUSETTS | 49,965,632.00 | 49,965,632.00 | | 49,965,632.00 | |
| MICHIGAN | 86,618,888.00 | 57,961,353.92 | 28,657,534.08 | 56,145,585.08 | 1,815,768.84 |
| MINNESOTA | 53,645,989.00 | 10,880,891.36 | 42,765,097.64 | 10,880,891.36 | |
| MISSISSIPPI | 39,788,949.00 | 1,449,698.00 | 38,339,251.00 | 769,572.00 | 680,126.00 |
| MISSOURI | 77,882,742.00 | | 77,882,742.00 | | |
| MONTANA | 33,754,525.00 | 698,760.00 | 33,055,765.00 | 296,002.60 | 402,757.40 |
| NEBRASKA | 23,779,161.00 | 592,763.65 | 23,186,397.35 | 310,513.53 | 282,250.12 |
| NEVADA | 29,873,416.00 | | 29,873,416.00 | | |
| NEW HAMPSHIRE | 13,592,785.00 | 4,128,058.00 | 9,464,727.00 | 3,622,957.35 | 505,100.65 |
| NEW JERSEY | 82,142,066.00 | 9,038,495.85 | 73,103,570.15 | 8,769,316.73 | 269,179.12 |
| NEW MEXICO | 30,211,385.00 | 11,693,974.72 | 18,517,410.28 | 11,693,974.72 | |
| NEW YORK | 138,092,658.00 | 17,733,999.00 | 120,358,659.00 | 17,669,191.69 | 64,807.31 |
| NORTH CAROLINA | 85,802,360.00 | 8,285,408.00 | 77,516,952.00 | 7,336,312.00 | 949,096.00 |
| NORTH DAKOTA | 20,424,680.00 | 1,864,346.46 | 18,560,333.54 | 1,082,418.51 | 781,927.95 |
| OHIO | 110,274,939.00 | 9,810,736.75 | 100,464,202.25 | 2,316,213.23 | 7,494,523.52 |
| OKLAHOMA | 52,175,910.00 | 3,478,999.00 | 48,696,911.00 | 2,293,731.96 | 1,185,267.04 |
| OREGON | 41,120,395.00 | 29,047,405.58 | 12,072,989.42 | 26,094,376.91 | 2,953,028.67 |
| PENNSYLVANIA | 134,982,112.00 | 76,950,000.00 | 58,032,112.00 | 73,820,345.44 | 3,129,654.56 |
| RHODE ISLAND | 17,992,035.00 | 1,650,183.76 | 16,341,851.24 | 48,797.83 | 1,601,385.93 |
| SOUTH CAROLINA | 55,089,235.00 | 1,760,000.00 | 53,329,235.00 | 1,149,536.97 | 610,463.03 |
| SOUTH DAKOTA | 23,200,772.00 | 773,214.48 | 22,427,557.52 | 300,000.00 | 473,214.48 |
| TENNESSEE | 69,519,878.00 | 638,360.00 | 68,881,518.00 | 158,398.20 | 479,961.80 |
| TEXAS | 320,919,923.00 | 22,985,071.33 | 297,934,851.67 | 22,985,071.33 | |
| UTAH | 28,567,107.00 | 13,104,152.00 | 15,462,955.00 | 12,765,047.70 | 339,104.30 |
| VERMONT | 16,696,866.00 | 823,342.29 | 15,873,523.71 | 268,384.71 | 554,957.58 |
| VIRGINIA | 83,718,326.00 | 792,444.00 | 82,925,882.00 | 292,444.00 | 500,000.00 |
| WASHINGTON | 55,771,175.00 | 500,000.00 | 55,271,175.00 | 118,309.31 | 381,690.69 |
| WEST VIRGINIA | 35,952,783.00 | 280,000.00 | 35,672,783.00 | | 280,000.00 |
| WISCONSIN | 61,901,479.00 | 16,904,011.37 | 44,997,467.63 | 15,695,733.88 | 1,208,277.49 |
| WYOMING | 21,075,959.00 | | 21,075,959.00 | | |
| PUERTO RICO | 10,754,263.00 | 155,192.61 | 10,599,070.39 | 155,192.61 | |
| **TOTAL** | **3,270,000,000.00** | **526,608,042.75** | **2,743,391,957.25** | **482,179,746.04** | **44,428,296.71** |