# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, STATE OF COLORADO, STATE OF CALIFORNIA, STATE OF ARIZONA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, STATE OF ILLINOIS, STATE OF MARYLAND, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF OREGON, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WISCONSIN,<br><br>PLAINTIFFS,<br><br>V.<br><br>U.S. DEPARTMENT OF TRANSPORTATION; SEAN DUFFY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION; AND GLORIA M. SHEPHERD, IN HER OFFICIAL CAPACITY AS ACTING ADMINISTRATOR OF THE FEDERAL HIGHWAY ADMINISTRATION,<br><br>DEFENDANTS | NO. 2:25-CV-00848<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR: JUNE 4, 2025<br><br>ORAL ARGUMENT REQUESTED |

This matter came before the Court on the Motion for Preliminary Injunction by States of Washington, California, Colorado, Arizona, Delaware, Hawaii, Illinois, Maryland, Minnesota,

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] -- NO. 2:25-CV-00848

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Wisconsin, and the District of Columbia (collectively, Plaintiff States). Having considered the Motion, Defendants' response, if any, and the arguments of the parties, if any, the Court, for the reasons stated in the accompanying Memorandum and Opinion, hereby ORDERS that:

1. Defendants and all their respective officers, agents, servants, employees and attorneys, and any person in active concert or participation with them who receive actual notice of this order are hereby fully enjoined from the following:

   a. Categorically "suspending" or revoking approvals of Plaintiff States' State Electric Vehicle Infrastructure Deployment Plans;

   b. Withholding or withdrawing NEVI Formula Program funds for any reason not set forth in the IIJA or applicable FHWA regulations, and without following the IIJA's procedural requirements, including by refusing to review and process Plaintiff States' requests for authorization to obligate funds for specific EV charging infrastructure development activities in the normal course.

   c. Effectuating a categorical suspension or termination of the NEVI Formula Program for Plaintiff States through any other means.

2. Defendants' attorneys shall provide written notice of this Order to all Defendants and agencies and their employees or contractors with responsibility for administering the NEVI Formula Program by _____, 2025. Defendants shall file a copy of the notice on the docket at the same time.

This preliminary injunction remains in effect pending further orders from this Court.

DATED this ____ day of _____ 2025.

_____
THE HONORABLE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] -- NO. 2:25-CV-00848

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Presented by:

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

*s/ Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
TERA HEINTZ, WSBA #54921
CRISTINA SEPE, WSBA #53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for the State of Washington*

| | |
|---|---|
| **ROB BONTA**<br>Attorney General for the State of California<br><br>By: /s/ *Theodore A. McCombs*<br>THEODORE A. MCCOMBS, SBN 316243*<br>Deputy Attorney General<br>ROBERT SWANSON, SBN 295159*<br>Acting Supervising Deputy Attorney General<br>NATALIE COLLINS, SBN 338348*<br>ELIZABETH JONES, SBN 326118*<br>ELIZABETH SONG, SBN 326616*<br>Deputy Attorneys General<br>(619) 738-9003<br>theodore.mccombs@doj.ca.gov<br><br>*Attorneys for the State of California* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: */s/ Carrie Noteboom*<br>CARRIE NOTEBOOM, CBA # 52910*<br>Assistant Deputy Attorney General<br>DAVID MOSKOWITZ, CBA # 61336*<br>Deputy Solicitor General<br>JESSICA L. LOWREY, CBA # 45158*<br>First Assistant Attorney General<br>SARAH WEISS, NYSBA # 4898805*<br>Senior Assistant Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203<br>(720) 508-6000<br>carrie.noteboom@coag.gov<br>david.moskowitz@coag.gov<br>jessica.lowrey@coag.gov<br>sarah.weiss@coag.gov<br>FAX: (720) 508-6040<br><br>*Attorneys for the State of Colorado* |

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] -- NO. 2:25-CV-00848

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: */s/ Lauren Watford*<br>LAUREN WATFORD, SBA # 037346**<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Lauren.Watford@azag.gov<br><br>*Attorneys for the State of Arizona* | **KATHLEEN JENNINGS**<br>Attorney General of the State of Delaware<br><br>By: */s/ Vanessa L. Kassab*<br>IAN R. LISTON, DSBA # 5507**<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III, DSBA # 0912**<br>VANESSA L. KASSAB, DSBA # 5612**<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>*Attorneys for the State of Delaware* |
| **BRIAN L. SCHWALB**<br>Attorney General<br><br>*/s/ Lauren Cullum*<br>LAUREN CULLUM, DCB # 90009436**<br>Special Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>Email: lauren.cullum@dc.gov<br><br>*Attorneys for the District of Columbia* | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: */s/ Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY, HSBA # 9427**<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES,<br>HSBA # 9964**<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* |
| **KWAME RAOUL**<br>Attorney General for the State of Illinois<br><br>*/s/ Jason E. James*<br>JASON E. JAMES, ISBA ARDC # 6300100**<br>Assistant Attorney General<br>Office of the Attorney General<br>Environmental Bureau<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Phone: (217) 843-0322<br>Email: jason.james@ilag.gov<br><br>*Attorneys for the State of Illinois* | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: */s/ Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN, MSBA # 1612130206**<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Attorneys for the State of Maryland* |

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] -- NO. 2:25-CV-00848

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| **KEITH ELLISON**<br>Attorney General for the State of Minnesota<br><br>s/ Peter N. Surdo<br>PETER N. SURDO, MSBA # 339015**<br>Special Assistant Attorney General<br>Environmental and Natural Resources Division<br>445 Minnesota Street, Suite 1800<br>Saint Paul, Minnesota 55101<br>651-757-1061<br>peter.surdo@ag.state.mn.us<br><br>*Attorneys for the State of Minnesota* | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey<br><br>/s/ Morgan L. Rice<br>MORGAN L. RICE, NJSBA Bar # 018782012**<br>JUSTINE M. LONGA, NJSBA Bar # 305062019**<br>*Deputy Attorneys General*<br>RACHEL U. DOOBRAJH, NJSBA # 020952002**<br>*Assistant Attorney General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-4527<br>Morgan.Rice@law.njoag.gov<br>Justine.Longa@law.njoag.gov<br>Rachel.Doobrajh@law.njoag.gov<br><br>*Attorneys for the State of New Jersey* |
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>/s/ Amy Senier<br>AMY SENIER, MBA # 672912**<br>Senior Counsel<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>505-490-4060<br>asenier@nmdoj.gov<br><br>*Attorneys for the State of New Mexico* | **LETITIA JAMES**<br>Attorney General of the State of New York<br><br>/s/ Kyle Burns<br>KYLE BURNS, NYSBA # 5589940**<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8451<br><br>*Attorneys for the State of New York* |
| **DAN RAYFIELD**<br>Attorney General of the State of Oregon<br><br>/s/ Sarah Van Loh<br>SARA VAN LOH OSB # 044398**<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, Oregon 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000 | **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>/s/ Nicholas M. Vaz<br>NICHOLAS M. VAZ, RIBA # 9501**<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903 |

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] -- NO. 2:25-CV-00848

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Sara.VanLoh@doj.oregon.gov

*Attorneys for State of Oregon*

(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for State of Rhode Island*

**CHARITY R. CLARK**
Attorney General of the State of Vermont

/s/ Jonathan T. Rose
JONATHAN T. ROSE, VBA # 4415**
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Attorneys for Plaintiff State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

s/ Tressie K. Kamp
TRESSIE KAMP, WI SBN # 1082298**
Assistant Attorney General
Public Protection Unit
17 West Main Street
Madison, Wisconsin 53703
608-266-9595
tressie.kamp@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

*pro hac vice application pending
**pro hac vice application forthcoming

ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] -- NO. 2:25-CV-00848

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744