**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

PLAINTIFFS,

v.

U.S. DEPARTMENT OF
TRANSPORTATION et al.,

DEFENDANTS.

NO.   2:25-cv-0848

DECLARATION OF LEAH
BROWN IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

DECLARATION OF LEAH BROWN IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO.   2:25-cv-000848

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I, Leah A. Brown, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2.      Attached as Exhibit 1 to Plaintiff States' Motion for Preliminary Injunction is a true and correct copy of the Letter of Associate Administrator Emily Biondi, re: "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans" (Feb. 6, 2025), available at https://www.fhwa.dot.gov/environment/nevi/resources/state-plan-approval-suspension.pdf ("FHWA Letter").

3.      Attached as Exhibit 2 to Plaintiff States' Motion for Preliminary Injunction is a true and correct copy of U.S. Department of Transportation Order 2100.7, "Ensuring Reliance Upon Sound Economic Analysis in Department of Transportation Policies, Programs, and Activities" (undated), available at https://www.transportation.gov/sites/dot.gov/files/2025-02/DOT_2100.7-Ensuring_Reliance_Upon_Sound_Economic_Analysis_in_DOT_Policies.pdf ("DOT Order 2100.7").


I declare under penalty of perjury under the laws of the State of Washington and the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 6th day of May, 2025, at Seattle, Washington.

/s/ Leah A. Brown
LEAH A. BROWN, WSBA # 45803
Assistant Attorney General

DECLARATION OF LEAH BROWN IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO.    2:25-cv-000848

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744