1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

STATE OF WASHINGTON, et al.,

NO.  2:25-cv-000848

10

PLAINTIFFS,

DECLARATION OF BEN DE
ALBA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

11

v.

12

U.S. DEPARTMENT OF
TRANSPORTATION et al.,

13

14

DEFENDANTS.

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BEN DE
ALBA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I, Ben de Alba, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the California Energy Commission ("CEC") as a Program and Project Supervisor.

3.      The CEC is responsible for advancing California's energy policy, overseeing California's energy infrastructure, and preparing for energy emergencies.

4.      As a Program and Project Supervisor with the CEC, I supervise the Federal Opportunities and Investment Unit (FOIU) of the Fuels and Transportation Division. FOIU is in charge of administering federal zero emission vehicle infrastructure programs, inclusive of the National Electric Vehicle Infrastructure (NEVI) Formula Program, for the CEC. My knowledge of the federal funding received by CEC is based on my review of financial records and contracts and communications with my staff and contract managers within the CEC.

5.      NEVI, created in the Infrastructure Investment and Jobs Act (IIJA), provides funding to States through the Federal Highway Administration (FHWA) to strategically deploy electric vehicle charging infrastructure and to establish an interconnected network with data collection, access, and reliability requirements, inclusive of the installation of NEVI-compliant EV chargers every 50 miles along federally-approved corridors. The IIJA appropriates $5 billion nationwide for the program for fiscal years 2022 to 2026, which is apportioned to the

DECLARATION OF BEN DE ALBA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

2

States according to the federal-aid highway formula. California's total apportionment for all five years 3 is approximately $384 million.

6.      Before funds for a given fiscal year may become available for a State to obligate under the NEVI Formula Program, the State must submit a State Electric Vehicle Infrastructure Deployment Plan to FHWA, describing how it will use the State's NEVI funds consistent with the requirements of the IIJA. FHWA has also issued and annually updated guidance to the States on preparing these NEVI plans. Upon FHWA approval of a State's NEVI plan for a given fiscal year, FHWA makes the State's apportionment for that fiscal year available for obligation.

7.      In California, the CEC entered into an interagency agreement with the California Department of Transportation (Caltrans) to jointly administer the NEVI program. CEC and Caltrans worked together on California's Electric Vehicle Infrastructure Deployment Plan and its subsequent updates, which they submitted for fiscal years 2022-2023, 2024, and 2025. True and correct copies of the Deployment Plans are hereto attached as Exhibit 1.

8.      FHWA has approved all three of California's annual Deployment Plans. True and correct copies of the FHWA approval letters are hereto attached as Exhibit 2.

9.      Following FHWA's approval of California's Deployment Plans, funding became available for Fiscal Years 2022, 2023, 2024, and 2025, constituting a total of $301,952,392 of available funding. If California obtains funding for Fiscal Year 2026, it will receive a total of $383,673,792. A true and correct copy of a chart showing "FY 2022-2026 Funding for the National Electric Vehicle Infrastructure Formula Program Under the Infrastructure Investment and Jobs Act" is hereto attached as Exhibit 3.

DECLARATION OF BEN DE ALBA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

10.      The CEC conducted its first solicitation process from October 2023 to September 2024 to identify NEVI project awardees in California (NEVI awardees) who will construct the electric vehicle charging infrastructure identified in the Deployment Plans. $36.6 million was awarded during the first solicitation process, leaving $263.4 million for California to award in future project solicitations.

11.      FHWA's California division instructed Caltrans and CEC to use a project-by-project, and project-phase by project-phase, approach to seek funding obligations. Under this approach, in order for funding to become obligated, a State must submit an authorization request to FHWA via the online federal portal for each particular phase (e.g., preliminary engineering, right-of-way, construction) of each particular NEVI-funded project carried out by the responsible NEVI awardee. Once the authorization request is approved by FHWA, the relevant funds will become obligated. The State draws down those obligated funds by submitting expenses that the NEVI awardee has incurred in carrying out the relevant project in order to reimburse the NEVI awardee.

12.      I am informed that, as of March 28, 2025, California tried but has been unable to submit authorization requests for NEVI funds due to FHWA disabling the ability to request authorization and the funds disappearing from FHWA's portal. If these funds continue to be unavailable, California will be unable to carry out its NEVI implementation plans and reap the associated environmental, public health, and transportation benefits, as well as economic benefits such as job creation and global competitiveness.

13.      The automotive industry is a global industry, as are electric vehicle sales around the world. A robust network of public chargers, as envisioned by the NEVI program, is needed

DECLARATION OF BEN DE
ALBA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

to encourage and accelerate EV adoption. EV sales and a public charging network are intrinsically intertwined. Without this investment in a public infrastructure network, EV sales will be suppressed. Freezing NEVI funds hurts EV sales and the auto industry that has been making significant investments, such as factories, to build EVs. Not only does this hurt automakers' ability to make sales in the United States, but it also inhibits their ability to achieve economies of scale to compete in international markets. Similarly, the EV charging industry suffers from suppressed sales in the United States, preventing manufacturers from being able to scale and compete in new international and global markets. Ultimately, this slowed growth of the EV auto and charging industries harms California's ability to meet its environmental, public health, and transportation goals.

14.     In its original Deployment Plan, CEC and Caltrans forecasted that meeting California's transportation electrification goals would require 1.2 million EV chargers for light-duty vehicles and 157,000 chargers for medium- and heavy-duty vehicles. In its most recent Deployment Plan, CEC and Caltrans forecast that by 2030, 1 million charges will be needed to power the state's light-duty vehicles and 114,500 chargers will be needed for medium- and heavy-duty vehicles, and by 2035, 2.1 million light-duty vehicle and 264,500 medium- and heavy-duty vehicle chargers will be needed. Without NEVI funds, California's ability to build these chargers will be significantly impaired.

15.     If California is unable to meet its transportation electrification goals, its greenhouse gas and air quality goals and commitments will suffer as a result. Specifically, widespread adoption of EVs is a crucial part of California's Climate Change Scoping Plan, which sets out California's plan to meet its greenhouse gas reduction targets. EV adoption is

DECLARATION OF BEN DE
ALBA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

also critical to California's attainment of federal ambient air quality standards. Failure to meet federal requirements could result in loss of other federal funds. Without NEVI funds, California will have a much more difficult time facilitating the EV adoption necessary to meet these goals, and Californians' health and climate will suffer.

16.    In addition, because current NEVI projects are not being funded on the expected schedule, NEVI awardees have been harmed, and NEVI projects have been stalled and could be prevented altogether, thus adversely impacting CEC's reputation and impairing CEC's ability to award funds through future rounds of NEVI solicitation.

17.    Several California NEVI awardees are currently conducting environmental reviews and obtaining necessary rights-of-way before the construction phase can begin. These awardees are incurring costs outside of their project budgets to complete these steps. If the NEVI awardees' projects are not completed due to loss of funds, these preliminary expenditures will have been wasted.

18.    NEVI awardees have already expressed concern that their projects may not be able to receive reimbursement if they enter the construction phase. Due to this concern about reimbursement, the awardees have delayed proceeding with construction, and progress on NEVI projects has slowed.

19.     Due to the uncertainty about the availability of federal funding, one NEVI awardee asked to withdraw one of its two charging station sites from the NEVI program so that it can continue with other funding after its construction authorization request was denied.

20.    Another NEVI awardee reported to the CEC that it had letters of intent or memorandums of understanding with several site hosts, but that those hosts decided not to

DECLARATION OF BEN DE
ALBA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1   enter into final agreements once they learned that NEVI funding was paused. Those hosts

2   instead pursued EV charging partners that would be able to proceed without NEVI funding. If

3   the NEVI awardee cannot find a site host, its project will be significantly delayed or

4   abandoned. Loss of projects may result in failure to achieve NEVI requirements such as NEVI-

5   compliant EV chargers every 50 miles along federally-approved corridors.

6

7          21.    The longer the CEC is prevented from making new obligations of apportioned

8   funds, the more certain it is that awarded projects will lose critical financing, permits and rights

9   of-way, subcontractors, and/or other project partners, and not be able to proceed.

10         22.    The CEC's second solicitation closed on March 2025. If NEVI funding

11  continues to be unavailable, the CEC anticipates it will be unable to successfully execute grant

12  agreements with any of the entities that participated in the solicitation.

13         23.    The CEC is concerned about a chilling effect on both future NEVI solicitations

14  and its ability to solicit proposals for other, wholly State-funded EV charging projects in

15  California. The lack of funding has led to financial uncertainty among the CEC's awardees,

16  potential project partners, and other industry participants, who may be unwilling to work with

17  the CEC in the future. In addition, the CEC's ability to follow through on its commitments or

18  provide clear direction to its project partners is harming its reputation in the EV charging

19  industry. As fewer entities are willing to work with the CEC due to the financial uncertainty

20  associated with this program, the CEC's future programs may experience increased outreach

21  and training costs, and it will be more difficult for the CEC to successfully fund programs to

22  improve California's EV charging infrastructure.

23

24

25

26

DECLARATION OF BEN DE
ALBA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

7

24.     The confusion and uncertainty resulting from the interruption in NEVI funding is creating extra work for the CEC and impairing its ability to build out California's EV charging infrastructure and properly serve the citizens of California. For example, the CEC has fielded multiple inquiries from those involved with EV charging infrastructure programs asking if funding is still available. In addition, CEC staff must participate in extensive internal and external communications in order to keep up with the latest developments and discuss the CEC's planned actions.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 2nd day of May 2025, at Sacramento, California.



_____

Ben De Alba

DECLARATION OF BEN DE
ALBA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744