# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.,<br><br>　　　　　　　Defendant. | NO. 2:25-cv-00848<br><br>DECLARATION OF DEE LAM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

I, Dee Lam, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and wound testify competently to the matters set forth below.

2. I am currently employed by the California Department of Transportation (Caltrans) as Chief, Caltrans Division of Local Assistance.

3. Caltrans is responsible for managing California's highway and inter-city rail programs and supporting public transportation throughout the state.

DECLARATION OF DEE LAM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

4. As Chief, Caltrans Division of Local Assistance, my knowledge of the federal funding received by Caltrans is based on my review of agreements, authorizations, and communications with my staff and programs within the agency and externally with the local agencies. It is within the course of my duties to supervise Division of Local Assistance staff (DLA staff) responsible for interpreting and administering programs, policies, and procedures required to oversee Federal-aid and state funded local transportation projects. DLA staff has access to Federal Aid Data System or "FADS." My knowledge includes matters relayed to me by DLA staff, along with Caltrans staff from other divisions assigned to the federal programs discussed herein, with whom I have consulted.

5. The National Electric Vehicle Infrastructure (NEVI) Formula Program, created in the Infrastructure Investment and Jobs Act (IIJA), provides funding to States through the Federal Highway Administration (FWHA) to strategically deploy electric vehicle charging infrastructure and to establish an interconnected network to facilitate data collection, access, and reliability. The IIJA appropriates $5 billion nationwide for the program for fiscal years 2022 to 2026, which is apportioned to the States according to the Federal-aid highway formula. California's total apportionment for all five years is approximately $384 million.

6. In order to receive funds through the program, States must annually submit a State Electric Vehicle Infrastructure Deployment Plan to FHWA, describing how it will use the State's NEVI funds consistent with the requirements of the IIJA. FHWA has also issued and annually updated guidance to the States on preparing these NEVI plans. Upon FHWA approval of States' NEVI plans for a given fiscal year, FHWA makes the State's apportionment for that fiscal year available for obligation.

7. In California, Caltrans entered into an interagency agreement with the California Energy Commission ("CEC") to jointly administer the NEVI Program. FHWA has approved all three of California's annual NEVI implementation plans submitted for fiscal years

2022-2023, 2024, and 2025. As a result of these approvals, FHWA previously made $301,952,392 million in funding available for California to obligate.

8. The federal program codes associated with California's NEVI funding are as follows: Y130 for Fiscal Year 2022 funds; Y133 for Fiscal Year 2023 funds; Y134 for Fiscal Year 2023 funds; and Y136 for Fiscal Year 2025 funds.

9. I have reviewed the February 6, 2025 letter issued by Emily Biondi, Associate Administrator of the Office of Planning, Environment and Realty at U.S. Department of Transportation (NEVI Notice), which states that FHWA is "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment Plans for all fiscal years" such that "no new obligations may occur under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

10. On or about March 28, 2025, DLA staff attempted to submit Caltrans' first authorization request for construction incurred for a NEVI-funded project in California. Specifically, the request was for $310,302 incurred in constructing a Tesla charging station. The employee received the following message from the online funding portal: "Request cannot be processed. One or more Program Code balances has been exceeded." All of California's NEVI Formula Program apportioned funds were listed as "expired," and Caltrans was unable to obligate additional dollars for NEVI projects.

11. DLA staff contacted FHWA's California division about the employee's inability to access the apportioned funds. On March 31, 2025, the Director of Financial Services for FHWA's California division responded: "As a result of the February 6th letter titled 'Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans' sent to all State DOT Directors, the NEVI formula program codes have been placed in 'expired' status. Thus, no funds are available for obligation." A true and accurate copy of this email exchange is attached hereto as Exhibit 1.

DECLARATION OF DEE LAM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

12. Also on March 28, 2025, DLA staff contacted FHWA's California division, seeking to confirm that federal code Y130 was "no longer active for obligation." The employee noted that NEVI also included codes Y133, Y134, and Y136, but that California was "not using those for now until Y130 is completely used up."

13. That same day, the Director of Financial Services for FHWA's California division sent a reply stating that Y130, Y133, Y134, and Y136 had been "designated as 'expired' in our system, thus, no funds are available in FMIS for obligation." A true and accurate copy of this email exchange is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this __5th__ day of __May__, 2025, at Sacramento, California.

_[signature]_

Dee Lam

DECLARATION OF DEE LAM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744