**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>  PLAINTIFFS,<br><br>  v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION, et al.,<br><br>  DEFENDANTS. | NO. 2:25-cv-00848<br><br>DECLARATION OF KAY KELLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1

I, Kay Kelly, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Colorado. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Personal Background and Qualifications**

2. I am currently employed by the Colorado Department of Transportation ("CDOT") as Chief of Innovative Mobility.

3. As Chief of Innovative Mobility, I am responsible for leading teams of subject matter experts executing projects that reduce pollution in our air and congestion on our roads by expanding multimodal transportation options using both traditional and emerging mobility technologies.[1] This includes an electrification and energy team whose subject matter experts work with partners across the public and private sectors to facilitate the expansion of zero emission vehicles and infrastructure across Colorado for the light-, medium- and heavy-duty vehicle sectors.[2] The electrification and energy team is responsible for programming and overseeing federal and state funds related to electric vehicles and charging infrastructure.

4. I submit this Declaration in support of Plaintiff States' motion for preliminary injunction.

---

[1] Colorado Department of Transportation, Programs, Innovative Mobility, https://www.codot.gov/programs/innovativemobility.

[2] Colorado Department of Transportation, Programs, Innovative Mobility, Electrification & Energy, https://www.codot.gov/programs/innovativemobility/electrification.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

I. **The National Electric Vehicle Infrastructure Program**

5. The Infrastructure Investment and Jobs Act ("IIJA") allocated $5 billion over federal fiscal years 2022 to 2026 for the National Electric Vehicle Infrastructure ("NEVI") formula program to fund strategic deployment of electric vehicle ("EV") charging infrastructure.[3] The Federal Highway Administration ("FHWA") administers the NEVI program. Each state is required to submit a State Electric Vehicle Infrastructure Deployment Plan ("State Plan") for each fiscal year describing how the state intends to use the NEVI funds.

6. Colorado, through CDOT, was apportioned a total of $56,536,754 million of federal funding over the five years covered by the NEVI program.[4] To manage this apportionment, CDOT established an interagency agreement with the Colorado Energy Office ("CEO") in late 2023 that determined that CEO will administer the NEVI funds while CDOT will support the implementation process and ensure the program adheres to NEVI guidelines.[5]

7. Colorado spent significant resources to develop three State Plans for federal fiscal years 2022-2023, 2023-2024, and 2024-2025 to ensure the effective and efficient use of the funds to further Congress's stated policy objectives to allow States to strategically deploy EV charging infrastructure. CEO and CDOT developed the State Plans with the input of a broad range of stakeholders. CDOT's public outreach included meetings and presentations to

---

[3] Infrastructure Investment and Jobs Act, Pub. L. No. 117-58, Division J, Title VIII, ¶ 2, 117th Cong. (2021).
[4] U.S. Department of Transportation, Federal Highway Administration, Infrastructure Investment and Jobs Act, Electric Vehicles, *5-year National Electric Vehicle Infrastructure Funding by State*, https://www.fhwa.dot.gov/infrastructure-investment-and-jobs-act/evs_5year_nevi_funding_by_state.cfm.
[5] Colorado Department of Transportation, *Colorado Plan for the National Electric Vehicle Infrastructure (NEVI) Program*, 7 (2023 Update - Rev.), https://www.codot.gov/programs/innovativemobility/assets/2023-update-of-colorado-plan-for-the-national-electric-vehicle-infrastructure-nevi-program.pdf.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION                      3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

20 groups from May to July 2022, additional outreach in 2023[6] and 2024,[7] development of an online survey to gather direct feedback, and individual interviews with community organization leaders.

8. Colorado received FHWA approval in writing for these State Plans.[8] The State Plan for 2022-2023 was approved on September 14, 2022, the State Plan for 2024 was approved on September 29, 2023, and the State Plan for 2025 was approved on November 15, 2024. No conditions were placed on these approvals, and the approvals stated that the relevant funds for each plan year were available.

9. The State Plans establish Colorado's overall approach to the investment of the NEVI program funding with the intent of building a national network of EV fast-charging stations and includes a description of public engagement, plan vision and goals, the status of contracting and awards, infrastructure deployment, and implementation.

10. Since the IIJA set up the NEVI program as a formula program, Colorado was formulaically allocated a certain amount of money for each year of the program. Colorado was allocated $8,368,277 for year 1 (federal fiscal year ("FFY") 2022), $12,042,045 for year 2

---

[6] *Id.*, p. 7-8
[7] Colorado Department of Transportation, *2024 Colorado Update for National Electric Vehicle Infrastructure (NEVI) Deployment Plan*, p. 3-6, https://www.codot.gov/programs/innovativemobility/electrification/assets/colorado_2024_nevi_plan_draft_7-31-24-docx.pdf.
[8] *See* CDOT Exhibit 1, Colorado FY23 NEVI Plan Approval Letter 2022-09-14, CDOT Exhibit 2, Colorado FY24 NEVI Plan Approval Letter 2023-09-29, and CDOT Exhibit 3, Colorado FY25 NEVI plan Approval Letter 2024-11-15.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION                                   4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

(FFY 2023), $12,042,129 for year 3 (FFY 2024), $12,042,139 for year 4 (FFY 2025), and 12,042,164 for year 5 (FFY 2026).[9]

11. Once the FHWA approves State Plans, funds for the coming FFY are "approved for implementation."[10] Colorado relied on FHWA approval of its three State Plans and the formulaic allocation of the NEVI program to begin awarding grants and contracting with grantees. CEO contracted with CDOT through an interagency agreement to administer the funding for the first four years of the program, FFY 2022-2025, which totaled $44,494,590.

12. Of the $44,494,590, $18,407,000 has been contracted with grantees. An additional $14,770,000 is in the pending awards stage, meaning that CEO held a formal solicitation, reviewed and selected winning applications, and sent award letters. However, only $8,368,277 of the $44,494,590 authorized under statute and approved by the FHWA has been obligated in the Financial Management Information System ("FMIS"), meaning that only approximately $8 million has been approved in FMIS.

13. The timing of fund obligation in FMIS varies by state based on the guidance of the local FHWA Division Office. The FHWA Colorado Division Office discourages early obligation of funds or the full obligation of an entire program beyond what is expected to be spent and reimbursed within the next 12-month period in order to avoid inactivity on a given project. Therefore, a multi-year program is typically obligated in phases over time to limit the

---

[9] U.S. Department of Transportation, Federal Highway Administration, Infrastructure Investment and Jobs Act, Electric Vehicles, *5-year National Electric Vehicle Infrastructure Funding by State*, https://www.fhwa.dot.gov/infrastructure-investment-and-jobs-act/evs_5year_nevi_funding_by_state.cfm.

[10] *See* CDOT Exhibit 1, Colorado FY23 NEVI Plan Approval Letter 2022-09-14, CDOT Exhibit 2, Colorado FY24 NEVI Plan Approval Letter 2023-09-29, and CDOT Exhibit 3, Colorado FY25 NEVI plan Approval Letter 2024-11-15.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

amount of funding that is considered inactive. In keeping with FHWA Colorado Division Office guidance, only FFY 2022 funding has been formally obligated in FMIS.

## II.  Unleashing American Energy

14.  On January 20, 2025, President Trump issued an Executive Order entitled Unleashing American Energy. Section 7(a) of the Executive Order directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicles charging stations made available through the [NEVI] Program."

15.  On February 6, 2025, the FHWA issued a letter that rescinded the current NEVI Formula Program Guidance, suspended approval of State Plans, and stated that, "effective immediately, no new obligations may occur under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."[11]

16.  Following issuance of the February 6 letter, CDOT is unable to access its unobligated NEVI funding, with FMIS no longer allowing the obligation of additional NEVI funds. Attempts to request additional obligations result in a system-generated error indicating that obligations cannot be increased for "expired appropriated authority program code(s)." The following image, captured on April 24, 2025, illustrates the error message associated with a request to obligate additional NEVI funds:

---

[11] Memorandum from Emily Biondi, Associate Administrator, Office of Planning, Environment and Realty, U.S. Department of Transportation, Federal Highway Administration to State Department of Transportation Directors (Feb. 6, 2025), https://www.fhwa.dot.gov/environment/nevi/resources/state-plan-approval-suspension.pdf.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

> Project Information | Project Details List
>
> **Project Information**
>
> • Error: Obligations cannot be increased within a project for expired appropriated authority program code(s) - Y133.

### III.     Impacts on Colorado

*Creation of and Reliance on State Plans*

17.     CDOT has already incurred substantial time and costs in preparing State Plans for the NEVI funding; supporting CEO staff in the solicitation, review and scoring of applications for NEVI funding; processing documentation under the National Environmental Policy Act ("NEPA") for awarded charging locations; and working with state and federal colleagues in preparation to meet ongoing data reporting requirements for the NEVI Program. This includes engaging directly with identified stakeholder groups and interested organizations through virtual and in-person presentations, developing an online survey, participating in community events, and conducting individual interviews, along with setting up and maintaining a NEVI-specific web page and email subscription list and managing social media to support State Plan development.[12]

18.     Although CEO officially leads the solicitation process for NEVI funding, CDOT also dedicates significant staff time to supporting and partnering with CEO staff to solicit, evaluate and select projects that adhere to the goals contained in the State Plan.[13] In addition, CDOT staff provides oversight, guidance and support for CEO in applying NEVI standards and requirements into their agreements with grantees, along with leading all

---

[12] Colorado Department of Transportation, *Colorado National Electric Vehicle Infrastructure (NEVI) Plan*, (July 2022) https://www.codot.gov/programs/innovativemobility/assets/co_neviplan_2022_final-1.pdf.
[13] *Id.* p. 10.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

activities related to highway signage, environmental clearances and other topic areas where CDOT has subject matter expertise.[14]

19. CDOT's outreach efforts have been ongoing, as they continue to engage with stakeholders, sharing the NEVI programs to date accomplishments, updating on future actions, and collecting feedback on the implementation of the NEVI program and EV charging infrastructure in Colorado more generally.[15]

***Financial Impact***

20. Colorado has approximately $18 million in contractual obligations with grantees. Only approximately $8 million has been approved for disbursement or "obligated" by CDOT, leaving a gap of approximately $10 million that has been contracted to grantees but not received by CDOT. There is an additional approximately $15 million CEO has awarded to grantees, but for which CEO has not yet entered into contracts with grantees. After the EO and FHWA letter, CDOT is unsure if it will be able to access any funding beyond the $8 million received to date.

21. Several projects funded by NEVI are already completed. Many other projects are underway and were planned as a year-round effort over the life cycle of the project from FFY2022 to FFY2026. However, given that FHWA Colorado has only obligated $8 million of the $18 million that Colorado has committed in station contracts for projects that are currently in the design phase or actively under construction, CDOT will not have access to sufficient

---

[14] *Id.*

[15] Colorado Department of Transportation, *2024 Colorado Update for National Electric Vehicle Infrastructure (NEVI) Deployment Plan*, p. 4. https://www.codot.gov/programs/innovativemobility/electrification/assets/colorado_2024_nevi_plan_draft_7-31-24-docx.pdf.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

FHWA obligations to allow all of these projects to proceed to completion. Without further obligations, Colorado will have insufficient funds to reimburse expenses for more than half of the currently executed contracts between CEO and grantees.

22. Several projects have been selected through the CEO solicitation process and announced to the public, but contracts have not yet been signed with grantees. These projects, including many projects located in identified gap areas from the State Plan, are on hold indefinitely due to the uncertainty in CDOT's ability to access additional obligations in FMIS.

*Impact on CDOT's Policy Goals*

23. In addition to the State NEVI plan, CDOT has established state-level goals related to expanding access to charging along the Colorado highway network. These goals are described in the Annual CDOT Performance Plan[16] and CDOT Policy Directive 14.0[17] and commit CDOT to having 100 percent of the state highway network within 30 miles of direct current fast charging and 100 percent of Colorado's Scenic and Historic Byways electrified by 2030. Colorado's ability to access NEVI funding to build EV charging will have a direct impact on achieving state goals.

24. Experts agree that the availability of publicly-accessible EV charging is a critical supporting element that must be in place before widespread EV adoption can occur. Colorado is projected to need 2,621-3,771 DC fast non-corridor and 760-1,070 DCFC chargers

---

[16] *See* Colorado Department of Transportation, *Fiscal Year 2024-25 Performance Plan*, https://www.codot.gov/performance/assets/colorado-department-of-transportation-fiscal-year-2024-25-performance-plan.pdf.

[17] *See* Colorado Department of Transportation, Policy Directive 14.0; Updated "Policy Guiding Statewide Transportation Plan Goals and Performance Measures" (September 19, 2024), https://www.codot.gov/performance/assets/a-pd-14-0-201cpolicy-guiding-statewide-transportation-plan-goals-and-performance-measures201d.pdf.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

by 2030.[18] Colorado's NEVI funding is being used to target more than 50 geographic zones that represent gaps in the state's charging network, including 9 gaps along the state's four designated interstates and more than 40 geographic gaps along its nine designated US highways, many of which are in rural communities, while upgrading existing chargers in need of greater capacity and addressing the growing demand for charging in the parts of the state that already see higher EV adoption and usage.[19]

25. The widespread availability of charging allows EV drivers to travel anywhere in the state that conventional vehicles can travel, along with opening up the opportunity for consumers in all areas of the state to choose electric vehicles, knowing that charging will be available along their travel routes and that they can confidently reach all of their travel destinations. Even many urban and suburban residents who commute short distances in their daily lives may nonetheless travel long distances for weekend recreation or other in-state or regional trips, making EV range and access to convenient fast-charging a point of consideration in their vehicle selection.

***Impacts on Tourism***

26. In addition to ensuring charging access for local commuters and other daily travel patterns, tourism in Colorado is a major consideration in regards to transportation planning. The Colorado Tourism Office maintains daily data from Transportation Security

---

[18] Chih-Wei Hsu, Peter Slowik, and Nic Lutsey, Working Paper 2021-08, *Colorado charging infrastructure needs to reach electric vehicle goals*, International Council on Clean Transportation (February 2021) p. 8 table 3, https://theicct.org/sites/default/files/publications/colorado-charging-infra-feb2021.pdf.

[19] Colorado Department of Transportation, *Colorado National Electric Vehicle Infrastructure (NEVI) Plan; 2023 Update*, https://www.codot.gov/programs/innovativemobility/assets/2023-update-of-colorado-plan-for-the-national-electric-vehicle-infrastructure-nevi-program.pdf.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION                           10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Administration airport checkpoints,[20] which indicate a consistent increase in visitors to Colorado (apart from the impacts of the COVID-19 pandemic in 2020) over the past years.[21] Even in 2020, Colorado still received $15.4 billion in direct traveler spending, which supported an estimated 149,500 jobs.[22] It is critical for Colorado's economy that visitors are able to get to and from the state and move within it safely and efficiently, regardless of their mode of travel.

27.     Strategic Marketing and Research Insights found that a growing number of travelers are selecting their recreational destinations based on their sustainability practices.[23] Colorado's ongoing effort to electrify all 26 of its Scenic and Historic Byways, fund charging installations at hotels, ski resorts, and rural tourist destinations, and work with major airports and rental car companies to give visitors more vehicle options upon arrival will all contribute to establishing the state as a destination of choice for those seeking to minimize the impacts of their travel on the natural environment. While the primary benefits of Colorado's NEVI Program investments will accrue to those who live, work, and travel in the state on a daily basis, many of these same charging locations will also serve the needs of visitors, creating indirect economic benefits for the state.

---

[20] *See* Colorado Office of Economic Development & International Trade, Colorado Tourism Office, Colorado Tourism Office Research, https://oedit.colorado.gov/tourism-research.

[21] Jason Blevins, *Colorado once again breaks tourism records with 31% increase in travelers in the last decade*, The Colorado Sun, August 5, 2024, https://coloradosun.com/2024/08/05/colorado-sets-tourism-records-in-2023/.

[22] Dean Runyan Associates, The Economic Impact of Travel in Colorado; Executive Summary, The Colorado Tourism Office (June 2021) https://oedit.colorado.gov/sites/coedit/files/2021-08/2020_economic_impact_of_travel_on_colorado_executive_summary.pdf.

[23] Colorado.com, *Colorado Tourism Sets All-Time Records for Eighth Consecutive Year*, https://www.colorado.com/news/colorado-tourism-sets-all-time-records-eighth-consecutive-year.

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION                                11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this  3   day of May, 2025, at  Denver        ,  Colorado              .

Kay L Kelly
Digitally signed by Kay L Kelly
Date: 2025.05.03 20:04:22 -06'00'

Kay Kelly

DECLARATION OF KAY KELLY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744