1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
8 **AT SEATTLE**

9 STATE OF WASHINGTON, et al.,    NO.    2:25-cv-00848

10                    PLAINTIFFS,    DECLARATION OF SHANTE
                                      HASTINGS IN SUPPORT OF
11        v.                          PLAINTIFFS' MOTION FOR
                                      PRELIMINARY INJUNCTION
12 U.S. DEPARTMENT OF
   TRANSPORTATION et al.,
13
                   DEFENDANTS.
14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF STATE                          ATTORNEY GENERAL OF WASHINGTON
OF DELAWARE IN SUPPORT                              Environmental Protection Division
OF PLAINTIFFS' MOTION                                 800 Fifth Avenue STE 2000
FOR PRELIMINARY INJUNCTION                              Seattle, WA 98104
                                                          206-464-7744

1

I, Shanté A. Hastings, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am a resident of the State of Delaware (the "State"). I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Delaware Department of Transportation ("DelDOT") as Cabinet Secretary.

3.      As DelDOT Cabinet Secretary, I am responsible for the State's transportation systems, operations, strategic priorities, and to ensure safe, efficient and sustainable mobility for the traveling public.

4.      DelDOT relies on a combination of State and Federal funding to support its operations, maintenance and infrastructure projects.  While State revenues fund a significant portion of DelDOT's budget, Federal funding remains a critical component.  DelDOT's ability to plan and execute long-term improvements often depends on the stability and availability of Federal transportation programs and grants.

5.      In line with Delaware's Climate Action Plan, DelDOT is committed to reducing transportation-related greenhouse gas emissions through strategies that promote sustainability, improve air quality, and support climate goals.  This includes advancing the electrification of vehicles by investing in electric vehicles ("EV") infrastructure, incorporating EVs into its fleet,

DECLARATION OF STATE
OF DELAWARE IN SUPPORT
OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

2

1    and collaborating with State and regional partners to expand access to clean transportation

2    options.

3        6.      Like many states, Delaware expected the National Electric Vehicle

4    Infrastructure ("NEVI") Formula Program established in the Infrastructure Investment and

5    Jobs Act ("IIJA") to play a critical role in the State's ability to transition to electrification of

6    vehicles. See IIJA, Pub. L. No. 117-58, 135 Stat. 429 (2021).

7        7.      The IIJA allocated $5 billion over Federal fiscal years 2022 - 2026 for the NEVI

8    Formula Program to fund strategic deployment of electric vehicle ("EV") charging

9    infrastructure.  The Federal Highway Administration ("FHWA") administers the NEVI

10   program. Each state is required to submit a State Electric Vehicle Infrastructure Deployment

11   Plan ("State Plan") for each fiscal year describing how the state intends to use the NEVI funds.

12       8.      The IIJA further requires the Secretary of Transportation, within ninety (90)

13   days of the statute's enactment and in coordination with the Secretary of Energy, to develop

14   "guidance for States and localities to strategically deploy electric vehicle charging

15   infrastructure" consistent with the NEVI Formula Program provisions of the IIJA ("NEVI

16   Formula Program Guidance"). FHWA issued NEVI Formula Program Guidance on February

17   10, 2022, and has updated the guidance annually.

18       9.      Delaware prepared and provided to the FHWA its State Plans for fiscal years

19   2022-2025 describing how it intended to use its share of funds to carry out the NEVI Formula

20   Program. DelDOT's first NEVI plan for Federal fiscal years 2022 - 2023 was approved by

21   FHWA on September 14, 2022.  This plan provided the framework for DelDOT to develop a

22   network of EV charging along major travel corridors. Focusing on the installation of new DC

DECLARATION OF STATE
OF DELAWARE IN SUPPORT
OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

3

fast-charging stations along Delaware's Alternative Fuel Corridors (AFC) to support the goal of the NEVI Formula Funding Program to facilitate a national EV charging network. DelDOT's NEVI plan update for federal fiscal year 2024 was approved by FHWA on September 29, 2023. This plan addressed NEVI Program guideline updates as well as the progress DelDOT had made with the planning stage of DelDOT's NEVI Program. On November 15, 2024, FHWA approved DelDOT's NEVI plan update for federal fiscal year 2025. This plan provided updates on DelDOT's NEVI Program including the release of its first round of Request for Proposals for the NEVI program and EV charging station deployment along the AFC corridors. Other items discussed in this plan include state agency coordination, public engagement, contracting updates, and existing and future conditions analysis.

10.     The FHWA approved DelDOT's State Plans in letters dated September 14, 2022; September 29, 2023; and November 15, 2024 (the "State Plan Approvals"). Each letter explicitly stated that "[w]ith this approval, Fiscal Year . . . funds are now available to Delaware for obligation."

11.     $2,617,339 was allocated for Federal fiscal year 2022, $3,766,380 was allocated for Federal fiscal year 2023, $3,766,406 was allocated for Federal fiscal year 2024, and $3,766,409 was allocated for Federal fiscal year 2025.

12.     To date, DelDOT has obligated $10,150,125 for NEVI Program eligible expenses, including proposals for NEVI funded EV charging infrastructure along Delaware AFC routes and NEVI program support. To date, DelDOT has finalized two NEVI contracts for three sites across the state. Two of the three sites have already broken ground and should

DECLARATION OF STATE
OF DELAWARE IN SUPPORT
OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

4

be operational and made available for public use this summer. Several other contracts are in the final stages of wrapping up the contract language.

13.     On January 20, 2025, President Trump issued an Executive Order ("EO") entitled Unleashing American Energy. Section 7(a) of the EO directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicles charging stations made available through the [NEVI] Program."

14.     On February 6, 2025, DelDOT received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

15.     The February 6 letter informed State Transportation Directors that the new leadership of DOT "has decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance.

16.     The February 6 letter further claimed that FHWA "aims to have an updated draft NEVI Formal Program Guidance published for public comment in the spring" and that the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period has closed.

17.     Finally, the FHWA informed DelDOT that it would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the

DECLARATION OF STATE
OF DELAWARE IN SUPPORT
OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

5

updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

18.     The February 6 letter therefore made clear that Delaware would not have access to the $7,532,826 of FY25 NEVI program allocation previously provided and the anticipated FY26 NEVI program allocation to be provided. Of this amount, $3,766,409 of FY25 NEVI program was previously allocated through FHWA's financial system, FMIS, to Delaware with the approval of Delaware's FY2025 NEVI plan update.  As a result of the recission of the state plan approvals, this funding has been removed from FMIS and, therefore, Delaware cannot access this funding for further NEVI programing or to cover $49,875 of deferred advance construction funding for an FHWA approved NEVI project. In addition, FHWA has not provided direction on how to access the remaining $3,766,417 of FY26 NEVI apportionment.

19.     DelDOT relied and acted upon the FHWA's statutory obligation to provide NEVI formula funding consistent with the IIJA's requirements. DelDOT's NEVI Program roll out requirements, to include the NEVI sites, construction oversight and management over the required 5-year period, data collection and reporting of site usage as required by the NEVI program, public outreach and coordination, are all reliant on the receipt and ability to utilize the NEVI funding authorized.  Vendors have expressed concern about the certainty of the NEVI funding while working towards executing NEVI contracts with DelDOT.  Without being able to utilize the unallocated funding, DelDOT cannot move forward with the NEVI Program goals to fully build out Delaware's AFC designated routes and, eventually, provide EV charging for community access.  In addition, $49,875 of funding from another FHWA, non-NEVI program or state funding will be needed to cover the $49,875 of deferred advance

DECLARATION OF STATE
OF DELAWARE IN SUPPORT
OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

6

constructed funding because FHWA has removed all access to the FY25 NEVI apportionment as well as the planned FY26 NEVI apportionment.

20.    DelDOT anticipates continued and increased difficulties in securing future contractors to participate in the NEVI program due to the uncertainty caused by the actions of FHWA in suspending the funding and plan approvals. Delaware's ability to meet climate goals as outlined in Delaware's Climate Action Plan will be compromised with this suspension of funding and rescission of plan approvals.  DelDOT's EV charging infrastructure plan titled, "Charging Forward: Delaware's Strategy for Electric Vehicle Charging Infrastructure (2024)" which included the NEVI plan to support Delaware's Action Plan will also be compromised.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this ___5th___ day of May, 2025, at _____3:36_____, AM/PM.

Shanté A. Hastings
Cabinet Secretary of the
Delaware Department of Transportation

DECLARATION OF STATE
OF DELAWARE IN SUPPORT
OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744