# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION et al., <br><br> DEFENDANTS. | NO. 2:25-cv-00848 <br><br> DECLARATION OF STATE OF ILLINOIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF STATE OF
ILLINOIS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1

I, Elizabeth Irvin, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Illinois Department of Transportation ("IDOT" or "Department") as Deputy Director of the Office of Planning and Programming.

3. As Deputy Director of the Office of Planning and Programming, I am responsible for overseeing the department's sustainable initiatives, including implementing the National Electric Vehicle Infrastructure ("NEVI") Formula Program.

4. IDOT's operations are substantially reliant on federal funding, in particular the funding and programs established by the Infrastructure Investment and Jobs Act ("IIJA"). In total, federal funds represent approximately half of the funding for the Department's capital funds, which IDOT uses to build, maintain, and modernize the State's transportation infrastructure, including roads, bridges, bike and pedestrian facilities, and electric vehicle charging infrastructure. Much of this funding is formula funds that the department has relied upon for decades to maintain Illinois' transportation system. IIJA included a significant increase in federal funds that are dedicated for newly established programs such as the NEVI Formula Program.

5. IDOT is committed to achieving Illinois' goal of reducing greenhouse gas emissions consistent with the United Nation Paris Agreement as established in Executive Order

DECLARATION OF STATE OF
ILLINOIS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

2019-06 signed by Governor Pritzker. IDOT's role in fulfilling this commitment involves decreasing reliance on fossil fuels and accelerating the decarbonization of Illinois' transportation sector by, among other things, reaching the State goal of increasing the adoption of electric vehicles in Illinois to 1,000,000 by 2030, as set forth in the Illinois Climate and Equitable Jobs Act. *See* 20 ILCS 627/45(a)(1).

6. Like many states, the NEVI Formula Program established in the IIJA plays a critical role in Illinois' ability to transition to electrification of vehicles. *See* IIJA, Pub. L. No. 117-58, 135 Stat. 429 (2021).

7. The IIJA allocated $5 billion over federal fiscal years 2022 - 2026 for the NEVI Formula Program to fund strategic deployment of electric vehicle ("EV") charging infrastructure. The Federal Highway Administration ("FHWA") administers the NEVI Formula Program. To access the share of funds apportioned to them, each state is required to submit a State Electric Vehicle Infrastructure Deployment Plan ("State Plan") for each fiscal year describing how the State intends to use its NEVI Formula Program funds.

8. The IIJA details the process for the Secretary of Transportation to withhold or withdraw funds from a State, which she is only authorized to do if the State fails to submit a plan or fails to take action to carry out its plan. The IIJA also describes how funds should be used if withheld or withdrawn from a state.

9. Illinois prepared and provided to the FHWA its State Plans for fiscal years 2022-2025 describing how it intended to use its share of funds to carry out the NEVI Formula Program. The plans were submitted on the deadlines established by the Secretary, August 1, 2022, August 1, 2023, and September 1, 2024. They detail the State's approach to expending NEVI Formula Program funds to build out Illinois' electric vehicle charging network.

DECLARATION OF STATE OF
ILLINOIS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

DECLARATION OF STATE OF
ILLINOIS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

10. The FHWA approved Illinois' State Plans in letters dated September 27, 2022, September 29, 2023, and November 15, 2024 ("State Plan Approvals"). Each letter explicitly stated that "[w]ith this approval, Fiscal Year . . . funds are now available to Illinois for obligation."

11. Combined, these FHWA approvals made $117 million of funds available to Illinois for obligation.

12. IDOT is taking action to carry out its approved state plans. IDOT has to date awarded $25.4 million to grantees for approved projects and has contractual obligations with grantees totaling $25.4 million. IDOT is currently evaluating applications from a Notice of Funding Opportunity that closed on January 31, 2025, and intends to award up to $24 million in order to complete full build out of chargers along Illinois' Alternative Fuel Corridors. Additionally, IDOT is in final negotiations with a consultant to assist with construction oversight of awarded and obligated NEVI Formula Program funded projects, and the Department will need to obligate additional NEVI Formula Program funds to pay for these consulting services.

13. On January 20, 2025, President Trump issued an Executive Order entitled *Unleashing American Energy* ("EO"). Section 7(a) of the EO directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicles charging stations made available through the [NEVI Formula] Program."

14. On February 6, 2025, IDOT received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

DECLARATION OF STATE OF
ILLINOIS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

15. The February 6 letter informed State Transportation Directors that the new leadership of DOT "has decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding all NEVI Formula Program Guidance, which is required under the IIJA within 90 days of enactment.

16. The February 6 letter claimed that FHWA "aims to have an updated draft NEVI Formal Program Guidance published for public comment in the spring" and that the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period has closed.

17. Finally, the FHWA informed IDOT that it would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

18. The February 6 letter therefore made clear that the Secretary is withholding access to the $117 million which had been made available to Illinois through the FHWA's State Plan Approvals. FHWA has further given IDOT no sense of how it can apply for the remaining $31.6 million it expected to receive for FY 2026.

19. IDOT relied and acted upon the FHWA's statutory obligation to provide NEVI Illinoi with its dedicated share of NEVI Formula Program funding consistent with the IIJA's requirements. NEVI Formula Program funding was intended to cover IDOT's contractual obligations.

20. The FHWA's withholding of Illinois; NEVI Formula Program funds will also hinder IDOT from achieving Illinois' statutory goal of reducing fossil fuel use, decreasing carbon emissions, and achieving 1,000,000 electric vehicles on the road in Illinois by 2030.

DECLARATION OF STATE OF
ILLINOIS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this fifth day of May, 2025, at Boulder, Colorado.

*[signature]*
Elizabeth Irvin
69 West Washington Street Suite 2100
Chicago IL 60602

DECLARATION OF STATE OF
ILLINOIS IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744