UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION et al., <br><br> DEFENDANTS. | NO. 2:25-cv-00848 <br><br> DECLARATION OF PANKESH PATEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF PANKESH
PATEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I, Pankesh Patel, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of New Jersey. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New Jersey Department of Transportation's ("NJDOT") Division of Project Management as a Deputy Director. The Division of Project Management manages the scope, schedule, budget and quality of the NJDOT's capital projects from concept development through construction. As a Deputy Director, I am responsible for managing the delivery of capital projects in New Jersey's central region, as well as certain statewide projects assigned to the team I oversee.

3. The NJDOT relies on both state and federal funding to maintain and improve New Jersey's transportation infrastructure. For state fiscal year 2025, the NJDOT's portion of the state's planned capital program is approximately $3.173 billion, with federal funding projected to account for $1.94 billion. The NJDOT's ability to advance many critical projects is directly tied to the availability of federal transportation funding.

4. New Jersey is committed to reducing greenhouse gas emissions, improving air quality, and making the state cleaner and more sustainable for all. Transportation remains the largest source of greenhouse gases in New Jersey, at approximately 38% of all emissions. Emissions from vehicles also contain pollutants that are harmful to human health and contribute

DECLARATION OF PANKESH
PATEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

to the formation of smog. New Jersey seeks to have 330,000 electric vehicles registered by 2025. This target is part of the state's broader efforts to decarbonize the transportation sector and achieve a 100% clean energy future. Widespread transition to electric vehicles is crucial for the future of New Jersey but is not possible without establishment of an interconnected state-wide network of electric vehicle charging infrastructure.

5. Like many states, New Jersey expected the National Electric Vehicle Infrastructure ("NEVI") Formula Program established in the Infrastructure Investment and Jobs Act ("IIJA") to play a critical role in the State's ability to transition to electrification of vehicles. See IIJA, Pub. L. No. 117-58, 135 Stat. 429 (2021).

6. The IIJA allocated $5 billion over federal fiscal years 2022 - 2026 for the NEVI Formula Program to fund strategic deployment of electric vehicle charging infrastructure. The Federal Highway Administration ("FHWA") administers the NEVI program. Each state is required to submit a State Electric Vehicle Infrastructure Deployment Plan ("State Plan") for each fiscal year describing how the state intends to use the NEVI funds.

7. The IIJA further requires the Secretary of Transportation, within ninety (90) days of the statute's enactment and in coordination with the Secretary of Energy, to develop "guidance for States and localities to strategically deploy electric vehicle charging infrastructure" consistent with the NEVI Formula Program provisions of the IIJA ("NEVI Formula Program Guidance"). The FHWA issued NEVI Formula Program Guidance on February 10, 2022, and has updated the guidance annually.

8. New Jersey prepared and provided to the FHWA its State Plans describing how it intended to use its share of funds to carry out the NEVI Formula Program. New Jersey's initial

State Plan, submitted in August 2022, detailed New Jersey's plan to construct publicly-accessibly electric vehicle fast charging infrastructure along the State's interstate highways and establish an interconnected network to facilitate equitable access and reliability. New Jersey updated its State Plans annually, with the most recent update submitted in September 2024. New Jersey's State Plans are attached together as Exhibit A.

9. The FHWA approved New Jersey's State Plans in letters dated September 27, 2022, October 2, 2023 and November 15, 2024 ("State Plan Approvals"). Each letter explicitly stated that "[w]ith this approval. . . funds are now available to New Jersey for obligation." The FHWA's State Plan Approvals are attached together as Exhibit B.

10. New Jersey, through the NJDOT, was apportioned under the NEVI Formula an approximate total of $104 million in funds over five years dedicated to carrying out the NEVI Formula Program. New Jersey's share of NEVI Formula Program funds for fiscal years 2022 through 2025 (approximately $82 million) was made available to New Jersey to obligate upon FHWA approval of New Jersey's State Plans for those fiscal years. The FHWA has obligated approximately $9 million for pre-construction activities. As of April 1, 2025, the NJDOT has expended and been reimbursed for $547,393.13 in consultant and in-house NEVI support costs.

11. The NJDOT developed a multi-phased, multi-year approach toward implementing electric vehicle charging stations. The plan for implementation of electric vehicle service/supply equipment ("EVSE") included: (i) 50 and 25-mile spacing for EVSE chargers; (ii) plans to address gaps on nominated corridors; and (iii) flexible implementation based on community needs. In coordination with New Jersey's Department of Environmental Protection, Board of Public Utilities, Economic Development Authority, and other stakeholders, the NJDOT

DECLARATION OF PANKESH PATEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

identified priority locations along interstate highways for deployment of electric vehicle charging infrastructure consistent with the NEVI Formula Program provisions of the IIJA.

12. On July 8, 2024, with the FHWA's authorization, the NJDOT advertised for public bids a contract for the development, planning, design, installation, five-year operation and maintenance of 76 NEVI-compliant electric vehicle charging ports at 19 locations throughout New Jersey. The NJDOT opened bids on October 31, 2024. In a December 3, 2024 letter, the FHWA concurred with award of the contract to the lowest bidder. On December 5, 2024, the NJDOT awarded the contract to the lowest bidder for $20.96 million.

13. On January 20, 2025, President Trump issued an Executive Order ("EO") entitled Unleashing American Energy. Section 7(a) of the EO directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicles charging stations made available through the [NEVI] Program."

14. On February 6, 2025, the NJDOT received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

15. The February 6 letter informed State Transportation Directors that the new leadership of DOT "has decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance.

16. The February 6 letter further claimed that the FHWA "aims to have an updated draft NEVI Formal Program Guidance published for public comment in the spring" and that the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period has closed.

DECLARATION OF PANKESH
PATEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

17. Finally, the FHWA informed the NJDOT that it would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

18. The February 6 letter therefore made clear that the NJDOT would not have access to approximately $73 million in funds which had been made available to New Jersey for obligation through its State Plan Approvals. The FHWA has also not given the NJDOT any indication of how it can apply for the remaining $22,231,202 it expected to receive for FY 2026.

19. The NJDOT relied and acted upon the FHWA's statutory obligation to provide NEVI formula funding consistent with the IIJA's requirements. On December 5, 2024, the NJDOT awarded a publicly advertised contract for the development, planning, design, installation, five-year operation and maintenance of 76 NEVI-compliant electric vehicle charging ports at 19 locations throughout New Jersey to the lowest bidder for $20.96 million. However, without NEVI Formula Program funding, the NJDOT is unable to execute the contract because there are no alternative funding sources available.

20. Widespread, publicly accessible, and reliable electric vehicle charging infrastructure is critical to reducing greenhouse gas emissions, improving air quality, and making New Jersey cleaner and more sustainable. Without the NEVI Formula Program funding, New Jersey will be impeded from meeting its electric vehicle charging infrastructure goals, which are aimed at reducing the environmental impacts of the transportation sector. Without the NEVI Formula Program funding, New Jersey's progress towards constructing the 76 NEVI-compliant

DECLARATION OF PANKESH PATEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

electric vehicle charging ports for which it has already contracted will be halted, and New Jersey will be significantly delayed in deploying electric vehicle charging infrastructure across the State.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 5th day of May 2025, at Trenton, New Jersey.

**Pankesh Patel** Digitally signed by Pankesh Patel
Date: 2025.05.05 10:10:57 -04'00'

Pankesh Patel

DECLARATION OF PANKESH
PATEL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744