**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　PLAINTIFFS,<br><br>　v.<br><br>U.S. DEPARTMENT OF<br>TRANSPORTATION et al.,<br><br>　　　　　　DEFENDANTS. | NO.　2:25-cv-00848<br><br>DECLARATION OF<br>JERRY P. VALDEZ IN SUPPORT<br>OF PLAINTIFFS' MOTION FOR<br>PRELIMINARY INJUNCTION |

I, Jerry P. Valdez, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New Mexico Department of Transportation (NMDOT) as Executive Director.

3. As NMDOT Executive Director, I am responsible for the Office of Special Projects where I administer and implement special projects as assigned by the Secretary of NMDOT over a wide range of transportation-related areas.

4. New Mexico Governor Michelle Lujan Grisham's Executive Order on Addressing Climate. Change and Energy Waste Prevention (EO 2019-003) directs New Mexico "to achieve a statewide reduction of greenhouse gas emission of at least 45 percent by 2030 as compared to 2005 levels." Subsequently, Governor Lujan Grisham also added a long-term target of reaching net-zero GHG emissions by 2050. The New Mexico Department of Transportation (NMDOT) was to receive approximately $38.388 million in federal NEVI Formula funding to contribute to these goals for the year 2022 through 2026. These funds were to be used for the expansion of a national EV charging infrastructure network on the State of New Mexico's primary interstates and Alternative Fuel Corridors (AFC's) as described in the State of New Mexico EV Infrastructure Deployment Plan.

5. Like many states, New Mexico is expecting the National Electric Vehicle Infrastructure ("NEVI") Formula Program established in the Infrastructure Investment and Jobs Act ("IIJA") to play a critical role in the State's ability to transition to electrification of vehicles. See IIJA, Pub. L. No. 117-58, 135 Stat. 429 (2021).

6. The IIJA allocated $5 billion over federal fiscal years 2022 - 2026 for the NEVI Formula Program to fund strategic deployment of electric vehicle ("EV") charging infrastructure. The Federal Highway Administration ("FHWA") administers the NEVI program. Each state is required to submit a State Electric Vehicle Infrastructure Deployment Plan ("State Plan") for each fiscal year describing how the state intends to use the NEVI funds.

7. The IIJA further requires the Secretary of Transportation, within ninety (90) days of the statute's enactment and in coordination with the Secretary of Energy, to develop "Guidance for States and localities to strategically deploy electric vehicle charging infrastructure" consistent with the NEVI Formula Program provisions of the IIJA ("NEVI Formula Program Guidance"). FHWA issued NEVI Formula Program Guidance on February 10, 2022, and has updated the guidance annually.

8. New Mexico prepared and provided to the FHWA its State Plans for fiscal years 2022-2025 describing how NMDOT intended to use its share of funds to carry out the NEVI Formula Program.

9. The FHWA approved New Mexico's State Plans in letters dated 10/4/2023 and 11/15/2024 which explicitly stated that "with this approval, Fis Year's 24 and 25 ... funds are now available to State for obligation."

10.  The NEVI funding to New Mexico was appropriated per year as follows:

FY22-$5,681,977
FY23-$8,176,429
FY24-$8,176,486
FY25-$8,176,493
FY26-$8,176,510

TOTAL- $38,387,895

11.  The NMDOT has obligated and contracted $11.6 million of the total approximately $38,388 million before the state was informed that the program was suspended.

12.  On January 20, 2025, President Trump issued an Executive Order ("EO") entitled Unleashing American Energy. Section 7(a) of the EO directs all agencies to "Immediately pause disbursement of funds appropriated through" the IIJA, including but not limited to funds for electric vehicles charging stations made available through the [NEVI] Program."

13.  On February 6, 2025, NMDOT received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

14.  The February 6 letter informed State Transportation Directors that the new leadership of DOT "has decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance.

15.  The February 6 letter further claimed that FHWA "aims to have an updated draft NEVI Formula Program Guidance published for public sometime in the spring" and that

the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period was closed.

16. Finally, the FHWA informed NMDOT that it would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

17. The February 6 letter therefore made clear that NMDOT would not have access to the remaining $18.611 million in funds which had been made available to NMDOT through its State Plan Approvals. FHWA has further given NMDOT no sense of how it can apply for the remaining $8,176,510 it expected to receive for FY2026.

18. NMDOT relied and acted upon the FHWA's statutory obligation to provide NEVI Formula Funding consistent with the IIJA's requirements. The State of New Mexico through the Department of Transportation was relying on the federal funding to build out electric vehicle charging stations to advance the adoption of electric vehicles in order to have a positive impact on the states GHG reduction goals. While existing contracts will still be honored, no new funding obligations are being issued. As a result, projects in the middle of contract negotiations have been forced to abruptly halt, with no clear timeline for when they might resume or whether they will be reimbursed at all. This has thrown the project into chaos, creating confusion over how to proceed and what to do next as contractors were gearing up for further investments.

19. The decision to pause the rollout of these funds has created significant uncertainty in New Mexico and creates major hurdles for the industry to overcome if federal funding is not able to be used for the expansion of this critical infrastructure. Companies have hired staff as millions of dollars of investment were anticipated to be made. The risk of delaying the charging network will continue to hinder the adoption of the emerging market of EVs as drivers continue to deal with "range anxiety" caused by gaps in rural areas of the 5th largest geographic state in the country. Further, the withholding of these funds affects public safety in that it increases the likelihood that EV drivers will be stranded in rural areas locking an available charging station.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 6th day of May, 2025, at Santa Fe, New Mexico.

_____
Jerry P. Valdez