# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br>   PLAINTIFFS, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION et al., <br><br>   DEFENDANTS. | NO. 2:25-cv-00848 <br><br> DECLARATION OF DEBRA A. NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF DEBRA A.
NELSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

I, Debra Nelson, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a resident of the State of New York, I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New York State Department of Transportation (NYSDOT) as Director of the Office of Policy, Planning and Performance.

3. As Director of the Office of Policy, Planning and Performance, I am responsible for coordinating NYSDOT implementation of formula funds for electric vehicle charging stations made available to States under the National Electric Vehicle Infrastructure ("NEVI") Formula Program Infrastructure Investment and Jobs Act (Public Law 117-58) (hereinafter "The IIJA")

4. Under the IIJA, New Yorks was apportioned approximately $175.4 million over Federal Fiscal years 2022 thru 2026 to strategically deploy and develop electric vehicle charging infrastructure in the State of New York to support the establishment of a national electric vehicle charging network.

5. NYSDOT relied and acted upon the FHWA's statutory obligation to provide NEVI formula funding consistent with the IIJA's requirements. NYSDOT entered into agreements with the Power Authority of New York (NYPA) and the New York Energy

DECLARATION OF DEBRA A.
NELSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Research and Development Authority (NYSERDA) to assist with electric vehicle charging development leveraging such state authorities' expertise and resources.

6. In September of 2023, NYSDOT entered into an agreement for Power Authority of New York to administer a portion of the NEVI Formula Program that had already been approved by FHWA to NYSDOT, pursuant to the IIJA. This included $16,100,000 for 23 initial Direct Current Fast Charging (DCFC) stations targeting the largest gaps along New Yorks' designated and FHWA-approved Alternative Fuel Corridors. Eleven stations are operational and the remaining 12 stations are in development.

7. In July 2024, NYSERDA and NYSDOT entered into an agreement for NYSERDA to administer a portion of the NEVI Formula Program that had already been approved by FHWA to NYSDOT, pursuant to the IIJA. This included $23,658,800 for Direct Current Fast Charging (DCFC) stations and $1,178,200 for workforce development activities. A later amendment to the agreement, executed in December 2024, added $31,350,000 for additional DCFC stations. The agreement directed NYSERDA to select DCFC station projects through competitive solicitations.

8. New York has a rapidly growing population of EV drivers. The number of EVs registered in New York State has risen by 440 percent (from about 52,000 in July 2020 to about 281,000 in March 2025), while the number of DCFC charging ports has increased by only 290 percent (from about 560 to about 2,180). Failing to make available the funds to support increased DCFC availability at a similar pace undermines the consumer choice to purchase an EV, and may cause loss of use of the purchased vehicle.

DECLARATION OF DEBRA A.
NELSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

9. As a State Transportation agency, NYSDOT's mission is "to provide a safe, reliable, equitable, and resilient transportation system that connects communities, enhances quality of life, protects the environment, and supports the economic well-being of New York State." Development of EV charging stations along New Yorks busiest transportation corridors to ensure access to state and interstate highways for EV drivers, via a safety-net of reliable, accessible, and publicly available charging stations not more than 50 miles apart, falls squarely within NYSDOT's transportation mission, and the intent of IIJA's enactment, including but not limited to Division J, Title VIII paragraph 2 (H.R. 3684-995)

10. Like many states, New York expected the NEVI Formula Program established in the IIJA to play a critical role in the State's ability to transition to electrification of vehicles. See IIJA, Pub. L. No. 117-58, 135 Stat. 429 (2021).

11. The IIJA allocated $5 billion over federal fiscal years 2022 - 2026 for the NEVI Formula Program to fund strategic deployment of electric vehicle ("EV") charging infrastructure. The Federal Highway Administration ("FHWA") administers the NEVI program. Each state is required to submit a State Electric Vehicle Infrastructure Deployment Plan ("State Plan") for each fiscal year describing how the state intends to use the NEVI funds.

12. The IIJA further requires the Secretary of Transportation, within ninety (90) days of the statute's enactment and in coordination with the Secretary of Energy, to develop "guidance for States and localities to strategically deploy electric vehicle charging infrastructure" consistent with the NEVI Formula Program provisions of the IIJA ("NEVI Formula Program Guidance"). FHWA issued NEVI Formula Program Guidance on February 10, 2022, and has updated the guidance annually.

DECLARATION OF DEBRA A. NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

13. New York prepared and provided to the FHWA its State Plans for fiscal years 2022-2025 describing how it intended to use its share of funds to carry out the NEVI Formula Program.

14. Under the IIJA, New York was apportioned $25,971,644 in Fiscal Year (FY) 2022, $37,373,438 in FY 2023, $37,373,747 in FY 2024, $37,373,779 in FY 2025, and $37,373,779 in FY 2026. In total such appropriations equal $175,466,514.

15. The FHWA approved New York's State Plans in letters dated September 27, 2022, October 4, 2024, and November 13, 2025 ("State Plan Approvals"). Each letter explicitly stated that "[w]ith this approval, Fiscal Year . . . funds are now available to New York for obligation."

16. In accordance with such State Plan Approvals, NYSDOT has obligated approximately $17.7 million (consisting primarily of the above mentioned September 2023 project with NYPA for $16,100,000, and the July 2024 workforce development project with NYSERDA for $1,1780,00).

17. On January 20, 2025, President Trump issued an Executive Order ("EO") entitled Unleashing American Energy. Section 7(a) of the EO directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicles charging stations made available through the [NEVI] Program."

18. On February 6, 2025, New York received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA,

DECLARATION OF DEBRA A.
NELSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

19. The February 6 letter informed State Transportation Directors that the new leadership of DOT "has decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance.

20. The February 6 letter further claimed that FHWA "aims to have an updated draft NEVI Formal Program Guidance published for public comment in the spring" and that the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period has closed.

21. Finally, the FHWA informed NYSDOT that FHWA would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

22. The February 6 letter therefore made clear that New York would not have access to New York's estimated remaining balance eligible for obligation of approximately $120,000,000 which had been made available to New York through its State Plan Approvals. FHWA has further given NYSDOT no sense of how it can apply for the remaining $37,373,779 which NYSDOT expected to receive for FY 2026.

23. NYSDOT relied and acted upon the FHWA's statutory obligation to provide NEVI formula funding consistent with the IIJA's requirements. As described in Paragraph 6 and 7 above, New York is poised to move forward on over $50,000,000 in DCFC station

DECLARATION OF DEBRA A. NELSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1  projects along New York's highway corridors. However, New York is currently precluded
2  from obligating funds to do so and all future uses of NEVI Formula Program funding are now
3  on hold indefinitely.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 2nd day of May 2025, at Albany, New York.

*[signature]*
Debra A. Nelson

DECLARATION OF DEBRA A.
NELSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744