1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

STATE OF WASHINGTON, et al.,

NO. 2:25-cv-00848

10

PLAINTIFFS,

11

v.

DECLARATION OF CHRISTOPHER KEARNS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

12

U.S. DEPARTMENT OF TRANSPORTATION et al.,

13

14

DEFENDANTS.

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF CHRISTOPHER KEARNS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1

1

2      I, Christopher Kearns, declare under the penalty of perjury pursuant to 28 U.S.C. §

3  1746 that the foregoing is true and correct:

4      1.      I am a resident of the State of Rhode Island. I am over the age of 18 and have

5  personal knowledge of all the facts stated herein, except to those matters stated upon information

6  and belief; as to those matters, I believe them to be true. If called as a witness, I could and would

7

8  testify competently to the matters set forth below.

9      2.      I am currently employed by the Rhode Island Office of Energy Resources

10  ("OER") as Acting Energy Commissioner.

11      3.      As Acting Energy Commissioner, I am responsible for the implementation of the

12  state and federal energy policies and programs and staffing of the Rhode Island Office of Energy

13

14  Resources.

15      4.      OER is responsible for the oversight and implementation of the State's clean

16  transportation programs, including the implementation of the National Electric Vehicle

17  Infrastructure ("NEVI") Formula Program.

18      5.      Rhode Island is firmly committed to reducing transportation-sector greenhouse

19  gas emissions and advancing transportation electrification as a critical element of its broader

20  climate strategy. Transportation emissions account for over thirty percent (30%) of Rhode

21  Island's total greenhouse gas emissions, making it the largest single source of emissions in the

22

23  State.

24

25

26

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

2

6.      Rhode Island administers multiple incentive programs, including the DRIVE EV Rebate Program and the PowerUpRI Residential Charger Rebate Program, to encourage electric vehicle ("EV") adoption.

7.      The State's Act on Climate, enacted in 2021, mandates that statewide greenhouse gas emissions reach forty-five percent (45%) below 1990 levels by 2030; eighty percent (80%) below 1990 levels by 2040, and that the State achieves net-zero emissions by 2050. *See* R.I. Gen. Laws § 42-6.2-9.  This drives a need to decarbonize the transportation sector in support of the State's efforts to combat climate change.

8.      The State has also adopted California's Advanced Clean Cars II (ACC II) and Advanced Clean Trucks (ACT) regulations.

9.      Rhode Island actively coordinates with federal, regional, and municipal partners to accelerate EV market growth and ensure equitable access to clean transportation technologies. The State views EV infrastructure as essential to achieving its climate, equity, resilience, and economic development objectives.

10.     Like many states, Rhode Island has expected the NEVI Formula Program established in the Infrastructure Investment and Jobs Act ("IIJA") to play a critical role in the State's ability to transition to electrification of vehicles. *See* IIJA, Pub. L. No. 117-58, 135 Stat. 429 (2021).

11.     The IIJA allocated $5 billion over federal fiscal years 2022 - 2026 for the NEVI Formula Program to fund strategic deployment of EV charging infrastructure.  The Federal Highway Administration ("FHWA") administers the NEVI program. Each state is required to

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

submit a State Electric Vehicle Infrastructure Deployment Plan ("State Plan") for each fiscal year describing how the state intends to use the NEVI funds.

12.    The IIJA further requires the Secretary of Transportation, within ninety (90) days of the statute's enactment and in coordination with the Secretary of Energy, to develop "guidance for States and localities to strategically deploy electric vehicle charging infrastructure" consistent with the NEVI Formula Program provisions of the IIJA ("NEVI Formula Program Guidance"). FHWA issued NEVI Formula Program Guidance on February 10, 2022, and has updated the guidance annually.

13.    Rhode Island prepared and provided to the FHWA its State Plans for fiscal years 2022-2025 describing how it intended to use its share of funds to carry out the NEVI Formula Program.

14.    The State of Rhode Island submitted and received approval for three NEVI Plans. The Fiscal Years 2022–2023 Plan, approved on September 14, 2022, focused on achieving full build-out of I-95 with two new DCFC installations at the Ashaway and Warwick Park & Ride locations, addressing infrastructure gaps, developing maintenance strategies, and coordinating with regional partners. The Fiscal Year 2024 Plan, approved on September 29, 2023, highlighted Phase 1 construction progress, emphasized expanded public engagement particularly with disadvantaged communities, and began laying the groundwork for a statewide competitive grant program to expand EV infrastructure beyond the corridor. The Fiscal Year 2025 Plan, approved on November 15, 2024, documented Rhode Island's certification as the first state to achieve full corridor build-out and launched a $10 million Request for Applications (RFA) competitive grant

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

4

program to support further statewide EV charging infrastructure deployment with a focus on equity, workforce development, resilience, and public-private partnerships.

15.     Rhode Island's NEVI Plans were designed to establish a reliable, accessible, and interconnected EV fast-charging network along critical transportation corridors, beginning with the designated Alternative Fuel Corridor (I-95) and expanding statewide. The Plans aimed to reduce range anxiety, promote EV adoption, support greenhouse gas emissions reductions, prioritize investments in disadvantaged communities, and prepare the State's workforce and infrastructure for a sustainable, zero-emission transportation future.

Each Plan was sequentially structured to build upon prior progress, moving from corridor compliance to equitable and sustainable statewide EV infrastructure expansion.

16.     The FHWA approved Rhode Island State Plans in letters dated September 14, 2022, September 29, 2023, and November 15, 2024 ("State Plan Approvals"). Each letter explicitly stated that "[w]ith this approval, Fiscal Year [. . .] funds are now available to Rhode Island for obligation."

17.     For Fiscal Year 2022, $3,383,835 was made available for obligation. For Fiscal Year 2023, $4,869,376 was made available for obligation. For Fiscal Year 2024, $4,869,410 was made available for obligation. For Fiscal Year 2025, $4,869,414 was made available for obligation.

18.     Rhode Island has administered NEVI funds in close adherence to federal guidance. During Phase 1 (Corridor Buildout), infrastructure was deployed through a competitive procurement process with a selected vendor. The project was fully completed, all invoices were paid, and all contractual obligations were fulfilled. No pending invoices,

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION                          5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

encumbrances, or outstanding deliverables remain; the project is fully closed out. For Phase 2 (Competitive Grant Program), in November 2024, the State issued a Request for Applications (RFA) to allocate $10 million to eligible public, tribal, higher education, and nonprofit entities. Following the issuance of the Executive Order suspending NEVI activities, Rhode Island suspended the open RFA process. As of the federal pause and the February 6, 2025 rescission, no awards, contracts, or purchase orders had been executed.

19.     On January 20, 2025, President Trump issued an Executive Order ("EO") entitled Unleashing American Energy. Section 7(a) of the EO directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicles charging stations made available through the [NEVI] Program."

20.     On February 6, 2025, the Rhode Island Department of Transportation (RIDOT) received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

21.     The February 6 letter informed State Transportation Directors that the new leadership of the United State Department of Transportation "has decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance.

22.     The February 6 letter further claimed that FHWA "aims to have an updated draft NEVI Formal Program Guidance published for public comment in the spring" and that the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period has closed.

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION                                    6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

23.    Finally, the FHWA informed RIDOT that it would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

24.    The February 6 letter therefore made clear that Rhode Island would not have access to the net outstanding $16,150,711.84 which had been made available to Rhode Island through its State Plan Approvals. FHWA has further given the RIDOT no sense of how it can apply for the remaining $4,869,424 it expected to receive for FY 2026."

25.    OER, in coordination with the RIDOT, relied and acted upon the FHWA's statutory obligation to provide NEVI formula funding consistent with the IIJA's requirements.

Rhode Island, like other states, structured its EV infrastructure planning and program delivery model around the multi-year receipt of NEVI Formula Program funding. The State launched its competitive RFA in reliance on the approved Fiscal Year 2025 Plan and in alignment with FHWA approved strategies and spending expectations.

The suspension of the NEVI Program caused immediate disruption by causing the halt of the open application period, preventing Rhode Island from awarding funds to communities and public entities that had already invested time and resources preparing proposals. It forced the closure of an active grant opportunity that many applicants had already initiated or completed internal reviews for, delaying project pipelines. In addition, it created uncertainty for future programming, as staffing resources and strategic partnerships had been mobilized under the assumption of continued funding and plan stability.

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Although no contractual obligations with applicants were entered into prior to the pause, operational resources and stakeholder expectations were significantly impacted.

26.     The immediate and long-term harms to Rhode Island resulting from the suspension of NEVI funds and rescission of plan approvals are significant. Delays in EV infrastructure deployment jeopardize the State's ability to meet its greenhouse gas reduction mandates under the 2021 Act on Climate and regional air quality improvement goals. In addition, future EV charging infrastructure projects are likely to face increased construction, equipment, and labor costs due to inflation and ongoing supply chain instability.

The uncertainty caused by the program pause has led to hesitation among private sector participants and municipal applicants, reducing the pool of capable partners willing to engage in future solicitations. Workforce development efforts, including EV technician training and pipeline programs associated with Phase 2 of the program, have also been delayed, undermining economic development opportunities tied to clean transportation growth.

From an administrative standpoint, reopening or redesigning paused solicitations will require additional State resources and will extend project delivery timelines. Rhode Island also faces imminent risks, including losing its leadership position in national EV infrastructure deployment efforts. Prolonged gaps in charging availability may further exacerbate range anxiety among consumers, slowing broader electric vehicle adoption across the State.

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1    I declare under penalty of perjury under the laws of the United States that, to the best of my

2    knowledge, the foregoing is true and correct.

3

4        DATED this 5th day of May , 2025, at Providence ,

5    Rhode Island .

6                                    Christopher Kearns

7                                    Christopher Kearns

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF
CHRISTOPHER KEARNS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION                    9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744