1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

8

9  STATE OF WASHINGTON, et al.,

NO.  2:25-cv-00848

10              PLAINTIFFS,

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

11        v.

12  U.S. DEPARTMENT OF
TRANSPORTATION et al.,

13

              DEFENDANTS.

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I, Julie Meredith, declare as follows:

1.     I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.     I am currently employed by the Washington Department of Transportation ("WSDOT") as the Secretary of Transportation. I was appointed to this position by Governor Bob Ferguson in January 2025. I joined WSDOT in 1989 and have dedicated my entire career to the Department. I previously served as Deputy Assistant Secretary of Mega Programs from 2018-2020 and as Assistant Secretary of Urban Mobility & Access from December 2020 to January 2025. I graduated from the University of Washington in 1989 with a degree in forest resources.

3.     WSDOT is a steward of a complex, multimodal transportation system responsible for ensuring people and goods move safely and efficiently.

4.     As Secretary of Transportation, I oversee all aspects of WSDOT. This includes overseeing the funding WSDOT receives from both federal and state sources to ensure that resources are allocated effectively to meet our transportation infrastructure goals statewide.

5.      WSDOT's budget, like other state DOTs, relies heavily on federal funding. WSDOT's 2023-25 biennium budget, for example, was approximately $11.24 billion, and approximately $2.31 billion came from federal funding, or 22% of WSDOT's total operating budget.

6.     WSDOT implements many programs critical to Washington's transportation system, including funding for highway maintenance, operations improvement, and preservation; public transportation; ferry operations; and much more to promote safety and improve mobility for people and goods.

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

7.      The effects of climate change – including damage from extreme storms, sea level rise, and increased wildfire activity – have created overwhelming new challenges for WSDOT's ability to safely maintain and operate the State's highway system. Washington's 8 million people, 3,375 plant and animal species, and various industries that support the State's economy will all be impacted if we don't act now to address climate change.[1]

8.      The State of Washington is committed to tackling human contributions to climate change and air pollution and has set ambitious goals to reduce greenhouse gas ("GHG") emissions. In 2020, the Washington Legislature set new greenhouse gas emission limits requiring the State to reduce emission levels by 45 percent by 2030; 70 percent by 2040; and 95 percent by 2050, achieving net zero emissions, as measured against 1990 levels. *See* RCW 70A.45.020.

9.      WSDOT plays a critical role in Washington's ability to meet its ambitious reductions in GHG emissions and improve air quality. Transportation is the largest source of carbon pollution in Washington, contributing approximately 22% of total air pollution and 39% of GHG emissions throughout the State.[2] Vehicle pollution causes health problems, such as cancer and asthma, and contributes to climate change.

10.     The transition to electrification of vehicles is critically important to the success of Washington's plans to cut transportation-related greenhouse gas emissions. Washington ranks top five in the nation for electric vehicle adoption.[3] As of December 2024, Washington's

---

[1] *See* Office of Financial Management, Washington Data & Research: Total Population and Percent Change, https://ofm.wa.gov/washington-data-research/statewide-data/washington-trends/population-changes/total-population-and-percent-change (last visited May 1, 2025).
[2] Interagency Electric Vehicle Coordinating Counsel, Washington Transportation Electrification Strategy 9 (Feb. 2, 2024), *available at* https://deptofcommerce.app.box.com/s/uphekt6rwpmtvbhojyi6eifjxdwttdvh.
[3] Alliance for Automotive Innovation, Get Connected: Electric Vehicle Quarterly Report 8 (2024), *available at* www.autosinnovate.org/posts/papers-reports/Get%20Connected%20EV%20Quarterly%20Report%202024%20Q4.pdf.

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1    registered EVs grew by about 50,000 from the prior year.[4] Washington's EV market share

2    (percentage of new cars sold that are electric) in 2024 was 21%, the third highest in the United

3    States after California and Colorado.[5] That means one in five new cars sold was a plug-in

4    electric vehicle.

5        11.    A robust, well-planned highway charging network is essential to support the

6    transition to electric vehicles. Washington is committed to building out electric vehicle

7    infrastructure to support this transition. Washington currently has approximately 1,460 public

8    direct current fast chargers ("DCFC") ports, which is less than half of the State's goal of 3,030

9    DCFC ports by 2025.[6] The State anticipates the need for 8,000 DCFCs in 2030 and 12,000 in

10   2035 to meet future demand. NEVI investments are an important part of the State's initiative to

11   reduce greenhouse gas emissions and meet the State's EV adoption targets.

12       12.    Washington's recent transportation electrification policies will cut the State's on-

13   road emissions by more than 70% in eleven years, **but only if they are successfully**

14   **implemented**.[7] One of the cornerstone policies that must be successfully implemented in order

15   to achieve this reduction is making electric vehicle charging easy and accessible.

16       13.    As part of its commitment to accelerate the transition to the electrification of

17   vehicles and to drastically reducing vehicle greenhouse gas emissions, in March 2022 the

18   Washington State Legislature passed Move Ahead Washington, a 16-year, $17 billion

19   transportation package.

20       14.    This critical state legislation established a target that all publicly owned and

21   privately owned passenger and light duty vehicles of model year 2030 or later that are sold,

22   purchased, or registered in Washington state be electric vehicles. *See* RCW 43.392.020.

23

24       [4] EV COUNCIL, 2024 ANNUAL REPORT 9, *available at*
     https://deptofcommerce.app.box.com/s/7zlmfd2ra7tmg60as524hcd5c2c0e6bf.
25       [5] ALLIANCE FOR AUTOMOTIVE INNOVATION, *supra* note 3, at 8.
         [6] EV COUNCIL, *supra* note 4, at 9.
26       [7] WASHINGTON TRANSPORTATION ELECTRIFICATION STRATEGY, *supra* note 2, at 11.

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

15.     The Move Ahead Washington legislation also created the Interagency Electric Vehicle Coordinating Council ("EV Council"), a forum for state agencies to collaborate on efforts to accelerate electric vehicle adoption and reduce greenhouse gas emissions from the transportation sector. See RCW 43.392.030. In establishing the EV Council, the Washington State Legislature explicitly recognized the need for "a formal interagency council responsible for coordinating the state's transportation electrification efforts to ensure the state is leveraging state **and federal resources** to the best extent possible . . . ." RCW 43.392.010 (emphasis added). The EV Council is co-led by WSDOT and the Washington Department of Commerce and includes representatives from eight other state agencies involved in transportation electrification.

16.     The Washington State Legislature tasked the EV Council with identifying "all electric vehicle infrastructure grant-related funding to include existing and future opportunities, including state, federal, and other funds" and "coordinat[ing] . . . grant funding criteria across agency grant programs to most efficiently distribute state and federal electric vehicle-related funding in a manner that is most beneficial to the state, advances best practices, and recommends additional criteria that could be useful in advancing transportation electrification." RCW 43.392.040(1)(a)-(b).

17.     As one of its first actions, the EV Council directed WSDOT to submit Washington's State Electric Vehicle Infrastructure Deployment Plans to the Federal Highway Administration to ensure Washington would receive its dedicated share of National Electric Vehicle Infrastructure ("NEVI") Formula Program funding.

18.     Congress established the NEVI Formula Program through the Infrastructure Investment and Jobs Act ("IIJA") to provide dedicated funding to states to strategically deploy electrical vehicle charging infrastructure and create an interconnected network that supports data collection, access and reliability. IIJA, Pub. L. No. 117-58, 135 Stat. 429, 1421 (2021). The

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1    NEVI Formula Program aimed to accelerate the adoption of EVs; reduce greenhouse gas

2    emission; and build out alternative fuel corridors. *Id.* at 1421-22.

3        19.    In passing the IIJA, Congress mandated that $5 billion be appropriated to the

4    states in accordance with a strict statutory formula. *Id.* Under the NEVI Formula Program

5    formula, each state is apportioned a share of funding equal to the combined amount that the

6    Federal Highway Administration distributes in Federal-aid highway apportionments and Puerto

7    Rico Highway Program funding. *Id.* at. 1422.

8        20.    Under this formula FHWA appropriated, and Washington is entitled to receive,

9    $10.5 million for fiscal year 2022, $15 million for fiscal year 2023, $15 million for fiscal year

10   2024, $15 million for fiscal year 2025, and $15 million for fiscal year 2026 so long as it submits

11   plans describing how it "intends to use funds distributed to the State . . . to carry out the [NEVI

12   Formula] Program" ("State Electric Vehicle Infrastructure Deployment Plans") covering each of

13   those fiscal years and takes action to carry out those plans. *Id.* The FHWA published statutorily

14   required NEVI Formula Program Guidance to assist states in developing their State Electric

15   Vehicle Infrastructure Deployment Plans. *See id.* at 1423.

16       21.    Because the distribution of NEVI Formula Program funds are otherwise

17   mandatory, Washington knew when the NEVI Formula Program was first established in 2021

18   that it would receive $71.5 million in total, so long as it submitted its State Electric Vehicle

19   Infrastructure Deployment Plan(s) on time and took actions to carry them out.

20       22.    WSDOT submitted its initial State Electric Vehicle Infrastructure Deployment

21   Plan and subsequent updates ("Washington State Plans") to the FHWA. True and correct copies

22   of these State Plans are hereto attached as Exhibits 1, 2, and 3.  The Washington State Plans

23   covered fiscal years 2022 through 2025 and detailed Washington's extensive investment in the

24   planning, prioritization, and implementation of a statewide network of charging infrastructure.

25   As detailed in the Washington State Plans, Washington's investments in the planning process

26

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1  alone, made in reliance on its expectation it would receive all $71.5 million of its dedicated and

2  non-discretionary NEVI Formula Program funds include, but are not limited to:

3      a.    Extensive coordination among more than ten Washington state agencies;

4      b.    Extensive public engagement activities, including annual online surveys,

5            public listening sessions, stakeholder meetings, and interactive maps;

6      c.    Development of a Washington State Plan Vision, which requires a

7            statewide network for electric vehicle infrastructure that would site

8            charging stations every 50 miles or less across the entire state highway

9            network, including Washington State Ferries routes;

10     d.    Development of Washington State Plan Goals, which include continuity,

11           frequency of stations, AFCs, equitability, innovation, plan support,

12           resiliency and reliability, accessibility, and much more;

13     e.    Contracting, as described further below;

14     f.    Existing and future conditions analysis;

15     g.    EV charging infrastructure deployment;

16     h.    Implementation;

17     i.    Equity, labor and workforce considerations;

18     j.    Program evaluation;

19     k.    And much more.

20     23.    Additionally, as detailed in the Washington State Plans, Washington invested a

21  significant amount of state funds into its electric vehicle infrastructure. Washington's budget for

22  the 2023-2025 biennium, for example, provided over $30 million in state funding for WSDOT

23  to invest in electric vehicle charging infrastructure along state routes. The Washington State

24  Legislature has authorized WSDOT to invest a total of $56.5 million in NEVI funding based on

25  the FHWA's annual NEVI authorizations for electric vehicle charging infrastructure along

26

1  interstates and US highways. These state budget authorizations were made under the

2  expectation that the State would receive its NEVI Formula Program funds as mandated by the

3  IIJA; without those, the State cannot complete all projects as planned.

4       24.    The FHWA approved Washington's initial Electric Vehicle Infrastructure

5  Deployment Plan, which covered fiscal years 2022 and 2023, in a letter dated September 14,

6  2022, and approved the State's two subsequent plans covering fiscal years 2024 and 2025 on

7  September 29, 2023, and November 11, 2024, respectively. True and correct copies of these

8  State Plan Approval Notices are attached hereto as Exhibits 4, 5, and 6.

9       25.    Each of the FHWA State Plan Approval Notices explicitly provides, "With this

10  approval, . . . funds are now available to Washington State for obligation."

11      26.    In 2022, when FHWA announced the NEVI program and formula

12  apportionments, FHWA obligated $500,000 of Washington's NEVI funds for administrative

13  costs to begin planning. The NEVI funds were used to cover WSDOT staff labor costs to create

14  the initial Washington State Plan for EV Infrastructure Deployment, conduct stakeholder

15  outreach, coordinate with the EV Council, and to develop the NEVI Notice of Funding

16  Opportunity and Request for Proposals.

17      27.    The Washington State Legislature authorized WSDOT to hire two full-time

18  employees to work exclusively on electric vehicle issues, relying on NEVI funding. To date,

19  WSDOT has hired one of those employees.

20      28.    Washington's federally-designated Alternative Fuel Corridors include seven

21  Interstates (I-5, I-90, I-82, I-182, I-205, I-405, I-700) and six U.S. Routes (US-2, US-12, US-97,

22  US-101, US-195, US-395). Washington also planned to invest the $71.5 million in NEVI

23  formula funds along with $18 million in private match for the deployment of DC fast charging

24  along all of these corridors to ensure charging availability every 50 miles. WSDOT planned to

25  rely on its NEVI Formula Program funding to contract with third-party entities for the

26

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

8

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

acquisition, installation, and operation and maintenance of publicly accessible EV charging infrastructure. As outlined in its annual State Plans, WSDOT intended to conduct a competitive bidding process for proposals for deploying charging infrastructure along entire corridors or segments of corridors with contractor(s) identifying and securing the specific host sites.

29.     In October 2024, WSDOT issued its first notice of funding opportunity ("NOFO") and request for proposals ("RFP") for up to $25 million in grants that would be funded through the NEVI Formula Program for charging infrastructure along five key corridors (I-90, US-97, US-2, US-195, and US-395). Under the NOFO/RFP, formula funds would cover up to 80% of project eligible costs, with applicants covering a minimum of 20% of eligible project costs. The NOFO/RFP closed on January 31, 2025. WSDOT received 40 proposals, which WSDOT was in the process of reviewing when its access to NEVI formula funds was abruptly frozen.

30.     Washington was also expecting to receive $15 million in FY 2026, the final year of the NEVI Formula Program; however, Washington never had the chance to submit its State Plan for FY 2026. Washington had already spent significant time and effort working on the final State Plan Update for FY 2026. WSDOT was in the process of identifying groups of corridors for EV infrastructure and developing plans for its expenditure of NEVI Formula Program funds.

31.     On February 6, 2025, I, along with all other State Department of Transportation heads, received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans." A true and correct copy of this letter is attached hereto as Exhibit 7.

32.     The February 6 letter informed State Transportation Directors that the new leadership of DOT had "decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance.

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

9

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

33.     The February 6 letter further claimed that FHWA "aims to have an updated draft NEVI Formula Program Guidance published for public comment in the spring" and that the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period has closed.

34.     Finally, FHWA informed WSDOT and other State Departments of Transportation that as a result of rescinding the NEVI Formula Program Guidance, it would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and therefore prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

35.     The FHWA's February 6 letter made abundantly clear that Washington no longer had access to the $56.5 million that had been made available with FHWA's approvals of the Washington State Plans. FHWA has given WSDOT no sense of how it can apply for the remaining $15 million it expected to receive for FY 2026.

36.     Because Washington does not have funds to cover the projects for which it sought proposals in the absence of its NEVI Formula Program funding, the State has had to halt all NEVI Formula Program funded work: it cannot award a single grant, enter a single contract, or make any progress toward strategically deploying electric vehicle charging infrastructure on alternative fuel corridors throughout the State to fulfill the purpose of the IIJA or achieve its vehicle electrification, public health, and climate change goals.

37.     WSDOT has had to transition the full-time employee it hired for NEVI work to another temporary assignment and has been unable to hire the other full-time employee for which we received hiring approval. Since this individual was hired with NEVI funding, which is now being withheld, it is unclear if we will be able to retain them. This uncertainty has already caused harm.

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

10

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

38.     Many of Washington's state investments into electric vehicle charging have been compromised as a result of the withholding of NEVI Formula Program funding. For example, Washington launched and developed a new Electric Vehicle Mapping and Planning Tool (EV MAP), using state funds, as part of its electric vehicle charging infrastructure planning and deployment strategy. The EV-MAP provides an interactive map that offers access to over 100 data sets, helping planners, utilities, grant applicants and businesses make informed, data-driven investment decisions about where to build new EV chargers and supporting infrastructure. Without NEVI Formula Program funding, this tool will not fulfill its intended purpose. Similarly, the State has expended significant funds in ensuring that more than 1,000 electricians in Washington were certified in the required Electric Vehicle Infrastructure Training Program (EVITP), in anticipation of working on NEVI EV charging projects, as required by 23 C.F.R. 680.106(j). This investment was made in reliance on the receipt of NEVI Formula Program funding.

39.     Furthermore, even if the FHWA issues new final NEVI Formula Program Guidance, the State will shoulder the unnecessary cost and burden of developing new State Electric Vehicle Infrastructure Deployment Plans despite having invested months and significant resources developing its previously approved plans. The NEVI Plans were developed through extensive stakeholder involvement over nearly three years. WSDOT would need to reach out to those who provided feedback initially to explain why the plans are changing. The delays, changes, and uncertainty caused by the funding pauses and rescinded plans are hurting the State's reputation for delivering projects on time and on budget.

40.     Additionally, private companies spent months and thousands of dollars developing NEVI proposals but may not proceed with executing contracts because they now perceive NEVI as instable and a risky investment where they may or may not get fully reimbursed.

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

11

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

41.     Washington remains committed to building out electric vehicle charging infrastructure to support the transition to the electrification of vehicles. But its ability to do so is significantly hampered by the FHWA's indefinite withholding of the NEVI Formula Program funds Congress directed to the state.

42.     A 2023 statewide EV market research survey indicated that range anxiety– i.e., the fear that EVs do not have enough range and there are not enough charging stations – is one of the top three barriers to EV adoption in Washington.[8] Thus, the withholding of NEVI Formula Program funds undermines Washington's ability to meet its statutorily established greenhouse gas emissions reductions, which rely on the transition to electrification of vehicles. *See* RCW 70A.45.020.

43.     Washington will not be able to meet its ambitious greenhouse gas emission levels if it cannot reduce transportation-caused air pollution, and the indefinite withholding of NEVI Formula Program funds significantly harms Washington's ability to make those reductions.

44.     The withholding of Washington's NEVI Formula Program funds thus directly harms Washington's ability to meet the regulations, targets, and goals outlined above, including its goals to reduce greenhouse gasses and combat the devastating effects of climate change, which will significantly harm Washington's landscapes, animal and plant species, industries, and public health if not addressed.

45.     People who live near busy roads, ports, railways, and other transportation corridors may be at higher risk of negative health effects, such as persistent coughing, asthma, lung diseases, and other health issues. According to the American Lung Association, reduction in local air pollutant emissions are a significant benefit of transportation electrification.[9] NEVI

---

[8] WASHINGTON TRANSPORTATION ELECTRIFICATION STRATEGY, *supra* note 2, at 34.
[9] AMERICAN LUNG ASSOCIATION, DRIVING TO CLEAN AIR: HEALTH BENEFITS OF ZERO-EMISSION CARS AND ELECTRICITY (June 2023), *available at* www.lung.org/getmedia/9e9947ea-d4a6-476c-9c78-cccf7d49ffe2/ala-driving-to-clean-air-report.pdf.

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

12

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1    investments in EV charging infrastructure along Interstates reach areas disproportionately

2    impacted by air pollution and incentivize the transition to zero-emission transportation in

3    Washington. Without these planned investments, the State won't gain the benefits expected

4    from vehicle electrification and the associated reduction in tailpipe emissions.

5         46.    Transportation is a major source of greenhouse gas emissions in Washington.

6    The withholding of NEVI funding has substantially disrupted the State's ability to mitigate the

7    environmental, health, and economic damages caused by those emissions, delaying the State's

8    transition to an electrification of transportation.

9        I declare under penalty of perjury under the laws of the State of Washington and the

10   United States that the foregoing is true and correct.

11         Executed on May 2, 2025, at _____, Washington.

12

13

**Julie Meredith**   Digitally signed by Julie Meredith
Date: 2025.05.02 14:00:55 -07'00'
_____
Julie Meredith

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JULIE
MEREDITH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

13

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744