The Honorable Tana Lin

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

                    PLAINTIFFS,

   v.

U.S. DEPARTMENT OF
TRANSPORTATION, et. al.

                DEFENDANTS.

NO.  2:25-cv-00848

DECLARATION OF SERVICE

I, Sydney Hein, declare that I am a resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and competent to be a witness herein.

On May 7, 2025, I caused copies of the following documents:

1.  Plaintiffs' Motion for Preliminary Injunction with attached Addendum and Proposed Order;

2.  Declarations of:

    a.  Leah A. Brown, with Exhibits;

    b.  Ben de Alba, with Exhibits;

    c.  Dee Lam, with Exhibits;

    d.  Will Toor;

    e.  Kay Kelly. with Exhibits;

    f.  Kristine Ward;

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

g. Shante Hastings

h. Robin Shishido;

i. Elizabeth Irvin;

j. William Pines;

k. Pakesh Patel, with Exhibits;

l. Jerry P. Valdez;

m. Debra A. Nelson

n. Adam J. Ruder;

o. Amanda Pietz;

p. Christopher Kearns;

q. Lea Collins-Worachek;

r. Julie Meredith, with Exhibits;

to be served by Matt Gjenvick upon the United States of America by hand delivery at approximately 5:01 p.m. upon:

United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

And Judge's Working Copies to be delivered to:

The Honorable Tana Lin
U.S. District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

On May 7, 2025, I caused copies of the following documents:

1. Plaintiffs' Motion for Preliminary Injunction with attached Addendum and Proposed Order;

2. Declarations of:

DECLARATION OF SERVICE
-- No.  2:25-cv-00848

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

a. Leah A. Brown, with Exhibits;

b. Ben de Alba, with Exhibits;

c. Dee Lam, with Exhibits;

d. Will Toor;

e. Kay Kelly. with Exhibits;

f. Kristine Ward;

g. Shante Hastings

h. Robin Shishido;

i. Elizabeth Irvin;

j. William Pines;

k. Pakesh Patel, with Exhibits;

l. Jerry P. Valdez;

m. Debra A. Nelson

n. Adam J. Ruder;

o. Amanda Pietz;

p. Christopher Kearns;

q. Lea Collins-Worachek;

r. Julie Meredith, with Exhibits;

to be served upon the United States of America, United States Department of Transportation,

Federal Highway Administration, and the federal officer Defendants via certified mail,

addressed as follows:

U.S. Department of Transportation
1200 New Jersey Ave. SE
Washington, DC 20590

Sean Duffy, in his official capacity as
Secretary of Transportation
U.S. Department of Transportation
1200 New Jersey Ave, SE
Washington, DC  20590

DECLARATION OF SERVICE
-- No.  2:25-cv-00848

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Federal Highway Administration
1200 New Jersey Ave. SE
Washington, DC 20590-9898

Gloria M. Shepherd, in her official capacity
as Acting Administrator of the Federal
Highway Administration
Federal Highway Administration
1200 New Jersey Ave., SE
Washington, DC 20590-9898

United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 9th day of May, 2025, at Port Orchard, Washington.

_____
SYDNEY HEIN, Paralegal

DECLARATION OF SERVICE
-- No. 2:25-cv-00848

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744