The Honorable Tana Lin

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

STATE OF WASHINGTON, et al.,

     PLAINTIFFS,

  v.

U.S. DEPARTMENT OF
TRANSPORTATION et al.,

     DEFENDANTS.

NO.   2:25-cv-00848-TL

DECLARATION OF JAMES
O'DEA IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION

DECLARATION OF JAMES O'DEA IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO.   2:25-cv-000848-TL

1

1    I, James O'Dea, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that

2    the foregoing is true and correct:

3    1.    I am a resident of the State of California. I am over the age of 18 and have

4    personal knowledge of all the facts stated herein, except to those matters stated upon

5    information and belief; as to those matters, I believe them to be true. If called as a witness, I

6    could and would testify competently to the matters set forth below.

7    2.    I am currently employed by the California Department of Transportation

8    (Caltrans) as Assistant Deputy Director, Transportation Electrification.

9    3.    Caltrans is responsible for managing California's highway and inter-city rail

10    programs and supporting public transportation throughout the state.

11    4.    As Assistant Deputy Director, I serve as Caltrans's lead staff on issues related to

12    zero-emission vehicles and manage federal funding received by Caltrans for electric vehicle

13    charging infrastructure. My knowledge of the federal funding received by Caltrans is based on

14    my review of agreements, authorizations, and communications with my staff and programs

15    within the department. It is within the course of my duties to coordinate with Caltrans Division

16    of Local Assistance staff (DLA staff) responsible for interpreting and administering programs,

17    policies, and procedures required to oversee Federal-aid and state funded local transportation

18    projects. DLA staff has access to Federal Aid Data System or "FADS." My knowledge

19    includes matters relayed to me by DLA staff, along with Caltrans staff from other divisions

20    assigned to the federal programs discussed herein, with whom I have consulted. It is also

21    within the course of my duties to coordinate with staff at the California Energy Commission

22    (CEC staff) responsible for managing contracts with awardees under the National Electric

23    Vehicle Infrastructure (NEVI) Formula Program.

24    5.    I have reviewed the Declaration of Dee Lam, Caltrans's DLA Chief, in support

25    of Plaintiffs' Motion for a Preliminary Injunction, which describes the NEVI Formula Program

26    and the interagency agreement between Caltrans and the CEC to jointly administer the NEVI

DECLARATION OF JAMES O'DEA IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO.   2:25-cv-000848-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Formula Program. I have also reviewed the February 6, 2025, letter from the Federal Highway

Administration (FHWA) revoking state NEVI plans and suspending new obligations.

6.    Based on my communications with CEC staff, I understand that site hosts for

NEVI-funded EV charging projects have, since the February 6 letter, become unwilling to sign

agreements with NEVI awardees based on doubt that chargers funded under the NEVI Formula

Program will be installed in a timely manner. CEC staff have indicated that of the 58 sites

awarded funding in California's first NEVI solicitation, site hosts at 21 of the locations (listed

in the table below) are holding off from signing agreements with awardees until federal

funding is available for obligation. These 21 sites are otherwise ready to move forward with

development of the charging stations. Projects at these 21 sites represent an estimated

$7,431,185 in federal funding under the NEVI Formula Program.

| Awardee | Location | Estimated Federal Funding for Site | Site Details |
|---|---|---|---|
| Sustainable Energies CA LLC | 1496 Carrizo Gorge Rd, Jacumba Hot Springs, CA 91934 | $372,000 | 4 ports, 200 kW/port; site is approximately 0.1 miles from Interstate 8 at a Chevron gas station |
| Sustainable Energies CA LLC | 9225 Clairemont Mesa Blvd, San Diego, CA 92123 | $372,000 | 4 ports, 200 kW/port; site is approximately 0.6 miles from Interstate 15 at the County of San Diego Assessor's Office |
| Sustainable Energies CA LLC | 41000 California Oaks Rd, Murrieta, CA 92562 | $372,000 | 4 ports, 200 kW/port; site is approximately 0.2 miles from Interstate 15 at the Cal Oaks Plaza |
| Sustainable Energies CA LLC | 930 Dennery Rd, San Diego, CA 92154 | $372,000 | 4 ports, 200 kW/port; site is approximately 0.8 miles from Interstate 805 at the Paradise Buffet |
| Sustainable Energies CA LLC | 12980 Foothill Blvd, Sylmar, CA 91342 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.5 miles from Interstate 210 at a Starbucks |

DECLARATION OF JAMES O'DEA IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO.   2:25-cv-000848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| Awardee | Location | Estimated Federal Funding for Site | Site Details |
|---|---|---|---|
| Sustainable Energies CA LLC | 40375 Murrieta Hot Springs Rd, Murrieta, CA 92563 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.2 miles from the Murrieta Town Center shopping center |
| Sustainable Energies CA LLC | 454 North H Street, San Bernardino, CA 92410 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.1 miles from Interstate 215 at a Panda Express |
| Sustainable Energies CA LLC | 10310 Sepulveda Blvd, Mission Hills, CA 91345 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.3 miles from Interstate 405 at the Olivo at Mission Hills shopping center |
| Sustainable Energies CA LLC | 4403 S Figueroa St, Los Angeles, CA 90037 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.2 miles from Interstate 110 at a Shell gas station |
| Sustainable Energies CA LLC | 233 N Harbor Blvd, San Pedro, CA 90731 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.3 miles from Interstate 110 at the Harbor Beacon shopping center |
| Sustainable Energies CA LLC | 1201 S Fremont Ave, Alhambra, CA 91803 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.8 miles from Interstate 10 at a Kohl's |
| Sustainable Energies CA LLC | 590 Long Beach Blvd, Long Beach, CA 90802 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.8 miles from Interstate 710 at a Panda Express |
| Sustainable Energies CA LLC | 1114 Huntington Dr, Duarte, CA 91010 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.6 miles from Interstate 210 at the Duarte Retail Center |
| Sustainable Energies CA LLC | 11037 Rosecrans Ave, Norwalk, CA 90650 | $300,000 | 4 ports, 200 kW/port; site is approximately 0.6 miles from Interstate 605 at the Rose Plaza |

DECLARATION OF JAMES O'DEA IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO.   2:25-cv-000848 -TL

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| Awardee | Location | Estimated Federal Funding for Site | Site Details |
|---|---|---|---|
| Skychargers, LLC | 6437 W Banner St, Lodi, CA 95242 | $358,932 | 6 ports, 200 kW/port; site is approximately 0.4 miles from Interstate 5 at a Shell gas station |
| Skychargers, LLC | 10424 Trinity Parkway, Stockton, CA 95219 | $478,575 | 8 ports, 200 kW/port; site is approximately 0.7 miles from Interstate 5 at a Target |
| Skychargers, LLC | 12754 CA-33, Gustine, CA 95322 | $239,288 | 4 ports, 200 kW/port; site is approximately 0.1 miles from Interstate 5 at a Valero gas station |
| Skychargers, LLC | 73 Frazier Mountain Park Rd, Lebec, CA 93243 | $312,195 | 8 ports, 200 kW/port; site is approximately 0.3 miles from Interstate 5 at a Jack in the Box |
| Skychargers, LLC | 27923 Sloan Canyon Rd, Castaic, CA 91384 | $312,195 | 8 ports, 200 kW/port; site is approximately 0.2 miles from Interstate 5 at the Castaic Town Center shopping center |
| Skychargers, LLC | 1631 Comanche Dr, Bakersfield, CA 93307 | $414,000 | 6 ports, 200 kW/port; site is approximately 0.1 miles from State Route 58 at the Country Market |
| Skychargers, LLC | 5852 CA-58, Boron, CA 93596 | $828,000 | 12 ports, 200 kW/port; site is less than 0.1 miles from U.S. Route 395 at a Chevron gas station |

7.     Ms. Lam's declaration describes Caltrans's attempt to submit an authorization request for construction related to a Tesla charging station in San Diego, California and FHWA's communications explaining why the request would not be processed in FADS. That request was California's first request for authorization for construction activities for a NEVI-funded project.

/ / /

DECLARATION OF JAMES O'DEA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION NO.   2:25-cv-000848-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

8.    Since the submission of that request on March 28, other NEVI-funded charging stations have progressed towards their construction phases. Specifically, Caltrans is preparing to submit authorization requests for construction at five sites as listed in the table below. These five sites will support 101 ports, representing 20 percent of the 516 ports awarded in California's first NEVI solicitation. However, Caltrans is unable to submit any of these authorization requests in FADS due to FHWA's suspension of new obligations.

| Awardee | Location | Estimated Federal Funding for Site | Site Details |
|---|---|---|---|
| Zero6 EV Charging CA LLC | 25430 West Dorris Ave, Coalinga, CA 93210 | $825,000 | 11 ports, 200 kW/port; site is approximately 0.5 miles from Interstate 5 at an Arco gas station |
| Skychargers, LLC | APN 255-182-31 off Lebec Rd (34.823730, -118.880460) | $2,341,464 | 60 ports, 200 kW/port; site is approximately 0.6 miles from Interstate 5 at a new build site |
| Skychargers, LLC | 9615 W Taron Dr, Elk Grove, CA 95757 | $239,288 | 4 ports, 200 kW/port; site is approximately 0.4 miles from Interstate 5 at a Chevron gas station |
| Skychargers, LLC | 2965 Annamarie Ave, Patterson, CA 95363 | $358,932 | 6 ports, 200 kW/port; site is approximately 0.4 miles from Interstate 5 at an Exxon Mobil gas station |
| Skychargers, LLC | 65845 Cima Rd, Nipton, CA 92364 | $1,196,439 | 20 ports, 200 kW/port; site is approximately 0.1 miles from Interstate 15 at a Shell gas station |

9.    A true and correct redacted copy of Caltrans's request for authorization for construction of the Tesla San Diego charging station is attached as Exhibit 1. The submission consists of several fields in the FADS portal describing the project and its funding, along with attachments detailing the project budget, any applicable environmental reviews, a right-of-way

DECLARATION OF JAMES O'DEA IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION
NO.   2:25-cv-000848 -TL

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

1    certification, and detailed site plans and technical schematics for the charging station. Exhibit 1

2    has redacted identifying information for agency staff.

3         10.    The information in this submission allows FHWA to ensure, prior to authorizing

4    the obligation of funds and entering into a project agreement, that the charging station project

5    complies with the minimum standards for NEVI-funded charging infrastructure in 23 C.F.R.

6    Part 680 (NEVI Standards and Requirements) and other applicable FHWA regulations.

7

8         I declare under penalty of perjury under the laws of the United States that, to the best of

9    my knowledge, the foregoing is true and correct.

10

11   DATED this __3rd__ day of ___June___, 2025, at ___Oakland___, California.

12

13                                    _J. O'Dea_____
                                      James O'Dea

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JAMES O'DEA IN                    7              ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF PLAINTIFFS' MOTION                                      Environmental Protection Division
FOR PRELIMINARY INJUNCTION                                            800 Fifth Avenue STE 2000
NO.   2:25-cv-000848 -TL                                                  Seattle, WA 98104
                                                                           206-464-7744