The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO.   2:25-cv-00848-TL |
| PLAINTIFFS, | SUPPLEMENTAL DECLARATION OF LEAH A. BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION et al., | |
| DEFENDANTS. | |

SUPPLEMENTAL DECLARATION OF
LEAH A. BROWN IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO.   2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

I, Leah A. Brown, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. I am one of the attorneys representing Plaintiff State of Washington in the above-captioned matter.

2.      Attached as Exhibit 1 to Plaintiff States' Reply in Support of Motion for Preliminary Injunction is a true and correct copy of the General Accountability Office's Decision in the matter of: U.S. Department of Transportation, Federal Highway Administration—Application of the Impoundment Control Act to Memorandum Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans (May 22, 2025) ("GAO Decision"), *available at* https://www.gao.gov/assets/880/877916.pdf.

3.      Attached as Exhibit 2 to Plaintiff States' Reply in Support of Motion for Preliminary Injunction is a true and correct copy of the Federal Highway Administration's Guidelines for Preparation of Plans, Specifications, and Estimates (December 9, 1991) ("FHWA PS&E Guidelines"), *available at* https://www.fhwa.dot.gov/design/0630bsup.cfm.

4.      Attached as Exhibit 3 to Plaintiff States' Reply in Support of Motion for Preliminary Injunction is a true and correct copy of the Federal Register Notice announcing the availability of the revised Stewardship and Oversight Agreements template, which defines the roles and responsibilities of the Federal Highway Administration and each State's Department of Transportation with respect to project approvals and related responsibilities under Title 23 of the U.S. Code and Title 23 of the Code of Federal Regulations. 88 Fed. Reg. 77657 (November 13, 2023) ("FHWA S&O FRN"), *available at*

SUPPLEMENTAL DECLARATION OF
LEAH A. BROWN IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO.   2:25-cv-00848-TL

2

https://www.federalregister.gov/documents/2023/11/13/2023-24960/revision-of-stewardship-and-oversight-agreement-template.

5.    Attached as Exhibit 4 to Plaintiff States' Reply in Support of Motion for Preliminary Injunction is a true and correct copy of a U.S. Department of Transportation, Federal Highway Administration webpage documenting the date each Plaintiff entered into Stewardship and Oversight Agreements with the Federal Highway Administration ("S&O Information"), *available at* https://www.fhwa.dot.gov/federalaid/stewardship (last visited June 4, 2025).

I declare under penalty of perjury under the laws of the State of Washington and the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 4th day of June, 2025, at Seattle, Washington.

/s/ Leah A. Brown
LEAH A. BROWN, WSBA # 45803
Assistant Attorney General

SUPPLEMENTAL DECLARATION OF
LEAH A. BROWN IN SUPPORT OF
PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
NO.   2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744