The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00848-TL |
| PLAINTIFFS, | STIPULATED NOTICE OF EXTENDED DEADLINES |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION et al., | |
| DEFENDANTS. | |

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | July 23, 2025 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | August 6, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule: | August 20, 2025 |

The Parties request that the Clerk reset the deadlines as noticed.[1]

---

[1] Defendants reserve the right to argue that Plaintiffs' APA based claims are exempt from discovery.

STIPULATED NOTICE OF EXTENDED DEADLINES -- NO. 2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

DATED this 6th day of June 2025.

NICHOLAS W. BROWN
Attorney General for the State of Washington

By: /s/ *Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
TERA HEINTZ, WSBA #54921
CRISTINA SEPE, WSBA #53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for the State of Washington*

**ROB BONTA**
Attorney General for the State of California

By: /s/ *Theodore A. McCombs*
THEODORE A. MCCOMBS, SBN 316243
Deputy Attorney General
ROBERT SWANSON, SBN 295159
Acting Supervising Deputy Attorney General
NATALIE COLLINS, SBN 338348
ELIZABETH JONES, SBN 326118
ELIZABETH SONG, SBN 326616
Deputy Attorneys General
(619) 738-9003
theodore.mccombs@doj.ca.gov

*Attorneys for the State of California*

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: /s/ *Carrie Noteboom*
CARRIE NOTEBOOM, CBA # 52910
Assistant Deputy Attorney General
DAVID MOSKOWITZ, CBA # 61336
Deputy Solicitor General
JESSICA L. LOWREY, CBA # 45158
First Assistant Attorney General
SARAH WEISS, NYSBA # 4898805
Senior Assistant Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508-6000
carrie.noteboom@coag.gov
david.moskowitz@coag.gov
jessica.lowrey@coag.gov
sarah.weiss@coag.gov
FAX: (720) 508-6040

*Attorneys for the State of Colorado*

STIPULATED NOTICE OF EXTENDED DEADLINES -- NO.   2:25-cv-00848-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | | |
|---|---|---|
| 1 | | |
| 2 | **KRISTIN K. MAYES** | **KATHLEEN JENNINGS** |
| 3 | Attorney General for the State of Arizona | Attorney General of the State of Delaware |
| 4 | By: /s/ Lauren Watford<br>LAUREN WATFORD, SBA # 037346 | By: /s/ Vanessa L. Kassab<br>IAN R. LISTON, DSBA # 5507 |
| 5 | Assistant Attorney General<br>Arizona Attorney General's Office | Director of Impact Litigation<br>RALPH K. DURSTEIN III, DSBA # 0912 |
| 6 | 2005 North Central Avenue<br>Phoenix, Arizona 85004 | VANESSA L. KASSAB, DSBA # 5612<br>Deputy Attorneys General |
| 7 | (602) 542-3333<br>Lauren.Watford@azag.gov | Delaware Department of Justice<br>820 N. French Street |
| 8 | *Attorneys for the State of Arizona* | Wilmington, DE 19801<br>(302) 683-8899 |
| 9 | | vanessa.kassab@delaware.gov |
| 10 | | *Attorneys for the State of Delaware* |
| 11 | **BRIAN L. SCHWALB** | **ANNE E. LOPEZ** |
| 12 | Attorney General | Attorney General for the State of Hawai'i |
| 13 | By: /s/ Lauren Cullum<br>LAUREN CULLUM, DCB # 90009436 | By: /s/ Kaliko'onālani D. Fernandes<br>DAVID D. DAY, HSBA # 9427 |
| 14 | Special Assistant Attorney General<br>Office of the Attorney General | Special Assistant to the Attorney General<br>KALIKO'ONĀLANI D. FERNANDES, |
| 15 | for the District of Columbia<br>400 6th Street, N.W., 10th Floor | HSBA # 9964<br>Solicitor General |
| 16 | Washington, D.C. 20001<br>Email: lauren.cullum@dc.gov | 425 Queen Street<br>Honolulu, HI 96813 |
| 17 | *Attorneys for the District of Columbia* | (808) 586-1360<br>david.d.day@hawaii.gov |
| 18 | | kaliko.d.fernandes@hawaii.gov |
| 19 | | *Attorneys for the State of Hawai'i* |
| 20 | **KWAME RAOUL** | **ANTHONY G. BROWN** |
| 21 | Attorney General for the State of Illinois | Attorney General for the State of Maryland |
| 22 | By: /s/ Jason E. James<br>JASON E. JAMES, ISBA ARDC # 6300100 | By: /s/ Steven J. Goldstein<br>STEVEN J. GOLDSTEIN, MSBA # |
| 23 | Assistant Attorney General<br>Office of the Attorney General | 1612130206<br>*Assistant Attorney General* |
| 24 | Environmental Bureau<br>201 W. Pointe Drive, Suite 7 | Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor |
| 25 | Belleville, IL 62226<br>Phone: (217) 843-0322 | Baltimore, MD 21202<br>(410) 576-6414 |
| 26 | Email: jason.james@ilag.gov | sgoldstein@oag.state.md.us |

STIPULATED NOTICE OF EXTENDED
DEADLINES -- NO. 2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

| | |
|---|---|
| *Attorneys for the State of Illinois* | *Attorneys for the State of Maryland* |

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ *Peter N. Surdo*
PETER N. SURDO, MSBA # 339015
Special Assistant Attorney General
Environmental and Natural Resources Division
445 Minnesota Street, Suite 1800
Saint Paul, Minnesota 55101
651-757-1061
peter.surdo@ag.state.mn.us

*Attorneys for the State of Minnesota*


**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: /s/ *Amy Senier*
AMY SENIER, MBA # 672912
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*


**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Sara Van Loh*
SARA VAN LOH OSB # 044398
Senior Assistant Attorney General
100 SW Market Street
Portland, Oregon 97201
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov

---

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ *Morgan L. Rice*
MORGAN L. RICE, NJSBA Bar # 018782012
JUSTINE M. LONGA, NJSBA Bar # 305062019
*Deputy Attorneys General*
RACHEL U. DOOBRAJH, NJSBA # 020952002
*Assistant Attorney General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Morgan.Rice@law.njoag.gov
Justine.Longa@law.njoag.gov
Rachel.Doobrajh@law.njoag.gov

*Attorneys for the State of New Jersey*


**LETITIA JAMES**
Attorney General of the State of New York

By: /s/ *Kyle Burns*
KYLE BURNS, NYSBA # 5589940*
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8451

*Attorneys for the State of New York*


**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ, RIBA # 9501
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297

| | | |
|---|---|---|
| 1 | | nvaz@riag.ri.gov |
| 2 | *Attorneys for State of Oregon* | *Attorneys for State of Rhode Island* |
| 3 | **CHARITY R. CLARK** | **JOSHUA L. KAUL** |
| 4 | Attorney General of the State of Vermont | Attorney General for the State of Wisconsin |
| 5 | By: /s/ *Jonathan T. Rose*<br>JONATHAN T. ROSE, VBA # 4415 | By: /s/ *Tressie K. Kamp*<br>TRESSIE KAMP, WI SBN # 1082298 |
| 6 | Solicitor General<br>Office of the Vermont Attorney General | Assistant Attorney General<br>Public Protection Unit |
| 7 | 109 State Street<br>Montpelier, VT 05609 | 17 West Main Street<br>Madison, Wisconsin 53703 |
| 8 | (802) 828-3171<br>Jonathan.rose@vermont.gov | 608-266-9595<br>tressie.kamp@wisdoj.gov |
| 9 | *Attorneys for Plaintiff State of Vermont* | *Attorneys for Plaintiff State of Wisconsin* |
| 12 | | **YAAKOV M. ROTH** |
| | | Acting Assistant Attorney General |
| 14 | | JOSEPH E. BORSON |
| | | Assistant Branch Director |
| 15 | | Federal Programs Branch |
| 16 | | /s/ *Heidy L. Gonzalez* |
| | | HEIDY L. GONZALEZ |
| 17 | | (FL Bar No. 1025003) |
| | | Trial Attorney |
| 18 | | U.S. Department of Justice |
| 19 | | Civil Division, Federal Programs Branch |
| | | 1100 L Street, N.W. |
| 20 | | Washington, DC  20005 |
| | | Tel. (202) 598-7409 |
| 21 | | heidy.gonzalez@usdoj.gov |
| 22 | | *Attorneys for Defendant* |

STIPULATED NOTICE OF EXTENDED
DEADLINES -- NO.  2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744