# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | Case No. 2:25-cv-00848-TL |
| v. | NOTICE OF PRELIMINARY INJUNCTION ORDER |
| DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| Defendants. | |

NOTICE OF PRELIMINARY
INJUNCTION ORDER
Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C. 20005
(202) 598-7409

Pursuant to the Court's June 24, 2025 Order on Motion for Preliminary Injunction, ECF No. 110, Defendants' counsel provided written notice of the Court's Order to the Department of Transportation, and informed the Department of the need to notify all Defendants and agencies and their employees or contractors with responsibility for administering the NEVI Formula Program of the Court's Order. *See* Exhibit A, Notice of Preliminary Injunction.

Dated: July 2, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

NOTICE OF PRELIMINARY
INJUNCTION ORDER
Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409