1

2

3                                                                  The Honorable Tana Lin

4

5

6

7

8

9

10            **UNITED STATES DISTRICT COURT**
            **WESTERN DISTRICT OF WASHINGTON**

11   STATE OF WASHINGTON, *et al.*,              No.   2:25-cv-00848-TL

12                              Plaintiffs,        DEFENDANTS' UNOPPOSED
                                                   MOTION TO EXTEND ANSWER
13          v.                                     DEADLINE

14   U.S. DEPARTMENT OF
     TRANSPORTATION, *et al.*,
15
                               Defendants.
16

17

18          Defendants respectfully move for an extension of the deadline to respond to

19   Plaintiffs' Complaint until after a ruling on summary judgment, to the extent an answer is

20   necessary.  Currently, the answer and administrative record are due on July 7, 2025.  The

21   parties have conferred and agree that Defendants will produce the administrative record, as

22   scheduled, on July 7, 2025.  The parties are prepared to proceed to dispositive motions, and

23   will work to negotiate a schedule that completes the briefing by August 28, 2025.

24          Given the current procedural posture of this case and the parties' willingness to

25   proceed to dispositive motions, good cause exists to defer the answer deadline.  Plaintiffs will

26   DEFENDANTS' UNOPPOSED MOTION            1        U.S. Department of Justice
     TO EXTEND ANSWER DEADLINE                        Civil Division, Federal Programs
     No.   2:25-cv-00848-TL                           1100 L Street, N.W.
                                                      Washington, D.C.  20005
                                                      (202) 598-7409

not be prejudiced by this extension because Defendants do not seek to alter the administrative

record production deadline.

Accordingly, Defendants respectfully request an extension of the answer deadline

until after a ruling on summary judgment.  Counsel for Defendants contacted counsel for

Plaintiffs regarding this motion, and Plaintiffs do not oppose the requested relief.

Dated: July 3, 2025

BRETT A. SHUMATE
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendant*

DEFENDANTS' UNOPPOSED MOTION
TO EXTEND ANSWER DEADLINE
No.   2:25-cv-00848-TL

2

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409