The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants. | No.  2:25-cv-00848-TL <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE |

The Court, having fully considered Defendants' Unopposed Motion to Extend Answer Deadline, HEREBY ORDERS that the Motion is GRANTED.  To the extent necessary, Defendants shall file an answer to Plaintiffs' Complaint after the Court's ruling on summary judgment.

 DATED this 7th day of July 2025.

_____
HON. TANA LIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION
TO EXTEND ANSWER DEADLINE
No.  2:25-cv-00848-TL

1

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ (FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION
TO EXTEND ANSWER DEADLINE
No.  2:25-cv-00848-TL

2

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409