**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | Case No. 2:25-cv-00848-TL |
| v. | NOTICE OF FILING ADMINISTRATIVE RECORD |
| DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| Defendants. | |

NOTICE OF FILING
ADMINISTRATIVE RECORD
Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C. 20005
(202) 598-7409

Pursuant to Local Rule 79(h), Defendants file a certified index to the administrative record and the administrative record in this case.

Dated: July 7, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Heidy L. Gonzalez
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

NOTICE OF FILING
ADMINISTRATIVE RECORD
Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409