# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON, et al., | ) | Case No. 2:25-cv-00848 |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | ) | |
| Defendants. | ) | |

## CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

The undersigned, Emily Biondi, Associate Administrator for Planning, Environment, and Realty, Federal Highway Administration, an operating administration of the United States Department of Transportation, certifies the following to be a list of all available nonprivileged documents, exhibits, and other materials comprising the administrative record in the matter under review in this case:

| | DATE OF DOCUMENT | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 1 | February 10, 2022 | Memorandum re: "INFORMATION: The National Electric Vehicle Infrastructure (NEVI) Formula Program Guidance" |
| 2 | No date | 2022 template document titled: "State Plan for Electric Vehicle Infrastructure Deployment – TEMPLATE –" |
| 3 | June 2, 2023 | Memorandum re: "INFORMATION: National Electric Vehicle Infrastructure Formula Program Guidance (Update)" |
| 4 | No date | 2023 template document titled: "State Plan/State Plan Update for Electric Vehicle (EV) Infrastructure Deployment [TEMPLATE]" |
| 5 | June 11, 2024 | Memorandum re: "INFORMATION: National Electric Vehicle Infrastructure Formula Program Guidance (Update)" |
| 6 | No date | 2024 template document titled: "State Plan/State Plan Update for Electric Vehicle (EV) Infrastructure Deployment [TEMPLATE]" |

| 7 | December 11, 2024 | Memorandum re: "INFORMATION: Build Out Certification - NEVI Formula Program Guidance" |
| 8 | February 6, 2025 | Document titled: "NATIONAL ELECTRIC VEHICLE INFRASTRUCTURE (NEVI) FORMULA PROGRAM STATUS OF FUNDS AS OF FEBRUARY 6, 2025" |
| 9 | February 6, 2025 | Email from Emily Biondi to various recipients re: "ACTION: Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans; Effective Immediately" |
| 10 | February 6, 2025 | Letter from Emily Biondi re: "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans" |

Date: July 3, 2025.

*Emily Biondi*
Emily Biondi
Associate Administrator for Planning,
Environment, and Realty
Federal Highway Administration
United States Department of Transportation