|   |   |
|---|---|
| 1 | The Honorable Tana Lin |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00848-TL |
|---|---|
| PLAINTIFFS, | STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | NOTE ON MOTION CALENDAR: JULY 18, 2025 |
| DEFENDANTS. | |

Pursuant to LCR 7(d)(1), LCR 7(k), and LCR 10(g), and Judge Lin's Standing Order, Section III.G, the parties submit this stipulated motion for a briefing schedule on dispositive cross-motions and to extend discovery-related deadlines.

Defendants filed the administrative record on July 7, 2025. The parties have conferred and have agreed that Plaintiffs' Complaint (Dkt. 1) presents questions of law that may be resolvable through dispositive cross-motions without the need for factual discovery. Accordingly, in the interest of efficiency, uniform deadlines, and conserving the time and resources of counsel and the Court, the parties respectfully move the Court to extend the deadlines to meet and confer under Fed. R. Civ. P. 26(f), to file initial disclosures under Fed. R. Civ. P. 26(a)(1), and to file a combined joint status report and discovery plan under Fed. R. Civ. P. 26(f), to the extent discovery is necessary, until after the Court has resolved all dispositive motions. The parties also request that the Court enter the following schedule:

STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES
No. 2:25-cv-00848-TL

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1. Defendants shall be relieved of any obligation to serve and file any answer to Plaintiffs' operative complaint, unless any claims remain pending after the Court has ruled on all dispositive motions, in which case Defendants shall have 30 days after the Court has resolved all dispositive motions to answer Plaintiffs' operative complaint.

2. Plaintiffs and Defendants shall file dispositive cross-motions on August 8, 2025.

3. Plaintiffs and Defendants shall have up to and including August 27, 2025, to file any responses to the opposing parties' dispositive motion(s).

The parties preserve all arguments and defenses; no party waives any argument or defense by entering into and filing this joint motion, except as expressly stated above. A proposed order is appended to this stipulated motion pursuant to LCR 10(g).

DATED this 17th day of July 2025.

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: /s/ *Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
TERA HEINTZ, WSBA #54921
CRISTINA SEPE, WSBA #53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for the State of Washington*

STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES
No. 2:25-cv-00848-TL

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | | |
|---|---|---|
| 1 | **ROB BONTA** | **PHILIP J. WEISER** |
| 2 | Attorney General for the State of California | Attorney General for the State of Colorado |
| 3 | By: /s/ *Theodore A. McCombs*<br>THEODORE A. MCCOMBS, SBN 316243 | By: /s/ *Carrie Noteboom*<br>CARRIE NOTEBOOM, CBA # 52910 |
| 4 | Deputy Attorney General<br>ROBERT SWANSON, SBN 295159 | Assistant Deputy Attorney General<br>DAVID MOSKOWITZ, CBA # 61336 |
| 5 | Acting Supervising Deputy Attorney General<br>NATALIE COLLINS, SBN 338348 | Deputy Solicitor General<br>JESSICA L. LOWREY, CBA # 45158 |
| 6 | ELIZABETH JONES, SBN 326118<br>ELIZABETH SONG, SBN 326616 | First Assistant Attorney General<br>SARAH WEISS, NYSBA # 4898805 |
| 7 | Deputy Attorneys General<br>(619) 738-9003 | Senior Assistant Attorney General<br>Ralph L. Carr Judicial Center |
| 8 | theodore.mccombs@doj.ca.gov | 1300 Broadway, 10th Floor<br>Denver, CO  80203 |
| 9 | *Attorneys for the State of California* | (720) 508-6000<br>carrie.noteboom@coag.gov |
| 10 | | david.moskowitz@coag.gov<br>jessica.lowrey@coag.gov |
| 11 | | sarah.weiss@coag.gov<br>FAX: (720) 508-6040 |
| 12 | | *Attorneys for the State of Colorado* |
| 13 | | |
| 14 | | |
| 15 | **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona | **KATHLEEN JENNINGS**<br>Attorney General of the State of Delaware |
| 16 | By: /s/ *Lauren Watford* | By: /s/ *Vanessa L. Kassab* |
| 17 | LAUREN WATFORD, SBA # 037346<br>Assistant Attorney General | IAN R. LISTON, DSBA # 5507<br>Director of Impact Litigation |
| 18 | Arizona Attorney General's Office<br>2005 North Central Avenue | RALPH K. DURSTEIN III, DSBA # 0912<br>VANESSA L. KASSAB, DSBA # 5612 |
| 19 | Phoenix, Arizona 85004<br>(602) 542-3333 | Deputy Attorneys General<br>Delaware Department of Justice |
| 20 | Lauren.Watford@azag.gov | 820 N. French Street<br>Wilmington, DE 19801 |
| 21 | *Attorneys for the State of Arizona* | (302) 683-8899<br>vanessa.kassab@delaware.gov |
| 22 | | *Attorneys for the State of Delaware* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES
No. 2:25-cv-00848-TL

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | | |
|---|---|---|
| 1 | **BRIAN L. SCHWALB**<br>Attorney General | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi |
| 2 | | |
| 3 | By: /s/ *Lauren Cullum*<br>LAUREN CULLUM, DCB # 90009436 | By: /s/ *Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY, HSBA # 9427 |
| 4 | Special Assistant Attorney General<br>Office of the Attorney General | Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES, |
| 5 | for the District of Columbia<br>400 6th Street, N.W., 10th Floor | HSBA # 9964<br>Solicitor General |
| 6 | Washington, D.C. 20001<br>Email: lauren.cullum@dc.gov | 425 Queen Street<br>Honolulu, HI 96813 |
| 7 | *Attorneys for the District of Columbia* | (808) 586-1360<br>david.d.day@hawaii.gov |
| 8 | | kaliko.d.fernandes@hawaii.gov |
| 9 | | *Attorneys for the State of Hawaiʻi* |
| 10 | **KWAME RAOUL**<br>Attorney General for the State of Illinois | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland |
| 11 | | |
| 12 | By: /s/ *Jason E. James*<br>JASON E. JAMES, ISBA ARDC # 6300100 | By: /s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN, MSBA # |
| 13 | Assistant Attorney General<br>Office of the Attorney General | 1612130206<br>*Assistant Attorney General* |
| 14 | Environmental Bureau<br>201 W. Pointe Drive, Suite 7 | Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor |
| 15 | Belleville, IL 62226<br>Phone: (217) 843-0322 | Baltimore, MD 21202<br>(410) 576-6414 |
| 16 | Email: jason.james@ilag.gov | sgoldstein@oag.state.md.us |
| 17 | *Attorneys for the State of Illinois* | *Attorneys for the State of Maryland* |
| 18 | **KEITH ELLISON**<br>Attorney General for the State of Minnesota | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey |
| 19 | | |
| 20 | By: /s/ *Peter N. Surdo*<br>PETER N. SURDO, MSBA # 339015 | By: /s/ *Morgan L. Rice*<br>MORGAN L. RICE, NJSBA Bar # |
| 21 | Special Assistant Attorney General<br>Environmental and Natural Resources | 018782012<br>JUSTINE M. LONGA, NJSBA Bar # |
| 22 | Division<br>445 Minnesota Street, Suite 1800 | 305062019<br>*Deputy Attorneys General* |
| 23 | Saint Paul, Minnesota 55101<br>651-757-1061 | RACHEL U. DOOBRAJH, NJSBA #<br>020952002 |
| 24 | peter.surdo@ag.state.mn.us | *Assistant Attorney General*<br>Office of the Attorney General |
| 25 | *Attorneys for the State of Minnesota* | 25 Market Street<br>Trenton, NJ 08625 |
| 26 | | (609) 696-4527<br>Morgan.Rice@law.njoag.gov |

STIPULATED MOTION FOR
PROPOSED BRIEFING
SCHEDULE AND TO EXTEND
DISCOVERY DEADLINES
No. 2:25-cv-00848-TL

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

Justine.Longa@law.njoag.gov
Rachel.Doobrajh@law.njoag.gov

*Attorneys for the State of New Jersey*

| | |
|---|---|
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: /s/ *Amy Senier*<br>AMY SENIER, MBA # 672912<br>Senior Counsel<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>505-490-4060<br>asenier@nmdoj.gov<br><br>*Attorneys for the State of New Mexico* | **LETITIA JAMES**<br>Attorney General of the State of New York<br><br>By: /s/ *Kyle Burns*<br>KYLE BURNS, NYSBA # 5589940<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8451<br><br>*Attorneys for the State of New York* |
| **DAN RAYFIELD**<br>Attorney General of the State of Oregon<br><br>By: /s/ *Sara Van Loh*<br>SARA VAN LOH OSB # 044398<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, Oregon 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Sara.VanLoh@doj.oregon.gov<br><br>*Attorneys for State of Oregon* | **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: /s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ, RIBA # 9501<br>Special Assistant Attorney General<br>Office of the Attorney General<br>Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for State of Rhode Island* |
| **CHARITY R. CLARK**<br>Attorney General of the State of Vermont<br><br>By: /s/ *Jonathan T. Rose*<br>JONATHAN T. ROSE, VBA # 4415<br>Solicitor General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont* | **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s/ *Frances R. Colbert*<br>FRANCES R. COLBERT, WI SBN # 1050435 *<br>Assistant Attorney General<br>Public Protection Unit<br>17 West Main Street<br>Madison, Wisconsin 53703<br>608-266-9595<br>Frances.Colbert@wisdoj.gov<br>*Pro hac vice application pending<br><br>*Attorneys for Plaintiff State of Wisconsin* |

STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES
No. 2:25-cv-00848-TL

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION FOR
PROPOSED BRIEFING
SCHEDULE AND TO EXTEND
DISCOVERY DEADLINES
No. 2:25-cv-00848-TL

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744