The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00848-TL |
| PLAINTIFFS, | ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | [PROPOSED] |
| DEFENDANTS. | NOTE ON MOTION CALENDAR: JULY 18, 2025 |

The Court, having fully considered the parties Stipulated Motion for Proposed Briefing Schedule and to Extend Discovery Deadlines, HEREBY ORDERS that the Motion is GRANTED. The Court SETS the following dates for briefing dispositive motions:

| | |
|---|---|
| Deadline to file any dispositive cross-motions: | 8/8/2025 |
| Deadline to file any responses to dispositive cross-motion: | 8/27/2025 |

To the extent there are unresolved claims following the Court's ruling on all dispositive motions, the parties shall confer and within 30 Days of the Court's rulinajg, propose to the

ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

1  Court dates for the Fed. R. Civ. P. 26(f) conference, initial disclosures pursuant to Fed. R. Civ.
2  P. 26(a)(1), and joint status report and discovery plan pursuant to Fed. R. Civ. P. 26(f).
3
4     DATED this ____ day of _____ 2025.
5
6                                            _____
                                             THE HONORABLE TANA LIN
7                                            UNITED STATES DISTRICT JUDGE
8  Presented by:

9  **NICHOLAS W. BROWN**
   Attorney General for the State of Washington

10 *s/ Caitlin M. Soden*
   CAITLIN M. SODEN, WSBA # 55457
11 LEAH A. BROWN, WSBA # 45803
   TERA HEINTZ, WSBA #54921
12 CRISTINA SEPE, WSBA #53609
   Assistant Attorneys General
13 800 Fifth Avenue, Suite 2000
   Seattle, Washington 98104
14 206-464-7744
   caitlin.soden@atg.wa.gov
15 leah.brown@atg.wa.gov
   tera.heintz@atg.wa.gov
16 cristina.sepe@atg.wa.gov

17 *Attorneys for the State of Washington*

18 **ROB BONTA**                                **PHILIP J. WEISER**
   Attorney General for the State of California  Attorney General for the State of Colorado
19
   By: /s/ *Theodore A. McCombs*                By: /s/ *Carrie Noteboom*
20 THEODORE A. MCCOMBS, SBN 316243              CARRIE NOTEBOOM, CBA # 52910
   Deputy Attorney General                      Assistant Deputy Attorney General
21 ROBERT SWANSON, SBN 295159                   DAVID MOSKOWITZ, CBA # 61336
   Acting Supervising Deputy Attorney General   Deputy Solicitor General
22 NATALIE COLLINS, SBN 338348                  JESSICA L. LOWREY, CBA # 45158
   ELIZABETH JONES, SBN 326118                  First Assistant Attorney General
23 ELIZABETH SONG, SBN 326616                   SARAH WEISS, NYSBA # 4898805
   Deputy Attorneys General                     Senior Assistant Attorney General
24 (619) 738-9003                               Ralph L. Carr Judicial Center
   theodore.mccombs@doj.ca.gov                  1300 Broadway, 10th Floor
25                                              Denver, CO  80203
   *Attorneys for the State of California*      (720) 508-6000
26                                              carrie.noteboom@coag.gov

| | |
|---|---|
| | david.moskowitz@coag.gov<br>jessica.lowrey@coag.gov<br>sarah.weiss@coag.gov<br>FAX: (720) 508-6040<br><br>*Attorneys for the State of Colorado* |
| **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: /s/ *Lauren Watford*<br>LAUREN WATFORD, SBA # 037346<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Lauren.Watford@azag.gov<br><br>*Attorneys for the State of Arizona* | **KATHLEEN JENNINGS**<br>Attorney General of the State of Delaware<br><br>By: /s/ *Vanessa L. Kassab*<br>IAN R. LISTON, DSBA # 5507<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III, DSBA # 0912<br>VANESSA L. KASSAB, DSBA # 5612<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>*Attorneys for the State of Delaware* |
| **BRIAN L. SCHWALB**<br>Attorney General<br><br>By: /s/ *Lauren Cullum*<br>LAUREN CULLUM, DCB # 90009436<br>Special Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>Email: lauren.cullum@dc.gov<br><br>*Attorneys for the District of Columbia* | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: /s/ *Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY, HSBA # 9427<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES,<br>HSBA # 9964<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* |
| **KWAME RAOUL**<br>Attorney General for the State of Illinois<br><br>By: /s/ *Jason E. James*<br>JASON E. JAMES, ISBA ARDC # 6300100<br>Assistant Attorney General<br>Office of the Attorney General<br>Environmental Bureau | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: /s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN, MSBA #<br>1612130206<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland |

ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

|   |   |
|---|---|
| 201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Phone: (217) 843-0322<br>Email: jason.james@ilag.gov | 200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us |
| *Attorneys for the State of Illinois* | *Attorneys for the State of Maryland* |
| **KEITH ELLISON**<br>Attorney General for the State of Minnesota | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey |
| By: /s/ *Peter N. Surdo*<br>PETER N. SURDO, MSBA # 339015<br>Special Assistant Attorney General<br>Environmental and Natural Resources Division<br>445 Minnesota Street, Suite 1800<br>Saint Paul, Minnesota 55101<br>651-757-1061<br>peter.surdo@ag.state.mn.us<br><br>*Attorneys for the State of Minnesota* | By: /s/ *Morgan L. Rice*<br>MORGAN L. RICE, NJSBA Bar # 018782012<br>JUSTINE M. LONGA, NJSBA Bar # 305062019<br>*Deputy Attorneys General*<br>RACHEL U. DOOBRAJH, NJSBA # 020952002<br>*Assistant Attorney General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-4527<br>Morgan.Rice@law.njoag.gov<br>Justine.Longa@law.njoag.gov<br>Rachel.Doobrajh@law.njoag.gov<br><br>*Attorneys for the State of New Jersey* |
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico | **LETITIA JAMES**<br>Attorney General of the State of New York |
| By: /s/ *Amy Senier*<br>AMY SENIER, MBA # 672912<br>Senior Counsel<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>505-490-4060<br>asenier@nmdoj.gov<br><br>*Attorneys for the State of New Mexico* | By: /s/ *Kyle Burns*<br>KYLE BURNS, NYSBA # 5589940<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8451<br><br>*Attorneys for the State of New York* |
| **DAN RAYFIELD**<br>Attorney General of the State of Oregon | **PETER F. NERONHA**<br>Attorney General of Rhode Island |
| By: /s/ *Sara Van Loh*<br>SARA VAN LOH OSB # 044398<br>Senior Assistant Attorney General<br>100 SW Market Street | By: /s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ, RIBA # 9501<br>Special Assistant Attorney General<br>Office of the Attorney General |

ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| Portland, Oregon 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Sara.VanLoh@doj.oregon.gov<br><br>*Attorneys for State of Oregon*<br><br>**CHARITY R. CLARK**<br>Attorney General of the State of Vermont<br><br>By: /s/ *Jonathan T. Rose*<br>JONATHAN T. ROSE, VBA # 4415<br>Solicitor General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont* | Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for State of Rhode Island*<br><br>**JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s/ *Frances R. Colbert*<br>FRANCES R. COLBERT, WI SBN # 1050435 *<br>Assistant Attorney General<br>Public Protection Unit<br>17 West Main Street<br>Madison, Wisconsin 53703<br>608-266-9595<br>Frances.Colbert@wisdoj.gov<br>*Pro hac vice application pending<br><br>*Attorneys for Plaintiff State of Wisconsin*<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/ *Heidy L. Gonzalez*<br>HEIDY L. GONZALEZ<br>(FL Bar No. 1025003)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC  20005<br>Tel. (202) 598-7409<br>heidy.gonzalez@usdoj.gov<br><br>*Attorneys for Defendants* |

ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744