The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00848-TL |
| PLAINTIFFS, | ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | [PROPOSED] |
| DEFENDANTS. | NOTE ON MOTION CALENDAR: JULY 18, 2025 |

The Court, having fully considered the parties Stipulated Motion for Proposed Briefing Schedule and to Extend Discovery Deadlines, HEREBY ORDERS that the Motion is GRANTED. The Court SETS the following dates for briefing dispositive motions:

| | |
|---|---|
| Deadline to file any dispositive cross-motions: | 8/8/2025 |
| Deadline to file any responses to dispositive cross-motion: | 8/27/2025 |

To the extent there are unresolved claims following the Court's ruling on all dispositive motions, the parties shall confer and within 30 Days of the Court's ruling, propose to the Court

---

ORDER GRANTING STIPULATED
MOTION FOR PROPOSED BRIEFING
SCHEDULE AND TO EXTEND
DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

dates for the Fed. R. Civ. P. 26(f) conference, initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and joint status report and discovery plan pursuant to Fed. R. Civ. P. 26(f).

DATED this 21st day of July 2025.

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

*s/ Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
TERA HEINTZ, WSBA #54921
CRISTINA SEPE, WSBA #53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for the State of Washington*

| | |
|---|---|
| **ROB BONTA**<br>Attorney General for the State of California<br><br>By: /s/ *Theodore A. McCombs*<br>THEODORE A. MCCOMBS, SBN 316243<br>Deputy Attorney General<br>ROBERT SWANSON, SBN 295159<br>Acting Supervising Deputy Attorney General<br>NATALIE COLLINS, SBN 338348<br>ELIZABETH JONES, SBN 326118<br>ELIZABETH SONG, SBN 326616<br>Deputy Attorneys General<br>(619) 738-9003<br>theodore.mccombs@doj.ca.gov<br><br>*Attorneys for the State of California* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: /s/ *Carrie Noteboom*<br>CARRIE NOTEBOOM, CBA # 52910<br>Assistant Deputy Attorney General<br>DAVID MOSKOWITZ, CBA # 61336<br>Deputy Solicitor General<br>JESSICA L. LOWREY, CBA # 45158<br>First Assistant Attorney General<br>SARAH WEISS, NYSBA # 4898805<br>Senior Assistant Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6000<br>carrie.noteboom@coag.gov |

ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

|   |   |
|---|---|
|   | david.moskowitz@coag.gov<br>jessica.lowrey@coag.gov<br>sarah.weiss@coag.gov<br>FAX: (720) 508-6040<br><br>*Attorneys for the State of Colorado* |
| **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: /s/ *Lauren Watford*<br>LAUREN WATFORD, SBA # 037346<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Lauren.Watford@azag.gov<br><br>*Attorneys for the State of Arizona* | **KATHLEEN JENNINGS**<br>Attorney General of the State of Delaware<br><br>By: /s/ *Vanessa L. Kassab*<br>IAN R. LISTON, DSBA # 5507<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III, DSBA # 0912<br>VANESSA L. KASSAB, DSBA # 5612<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>*Attorneys for the State of Delaware* |
| **BRIAN L. SCHWALB**<br>Attorney General<br><br>By: /s/ *Lauren Cullum*<br>LAUREN CULLUM, DCB # 90009436<br>Special Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>Email: lauren.cullum@dc.gov<br><br>*Attorneys for the District of Columbia* | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: /s/ *Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY, HSBA # 9427<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES,<br>HSBA # 9964<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* |
| **KWAME RAOUL**<br>Attorney General for the State of Illinois<br><br>By: /s/ *Jason E. James*<br>JASON E. JAMES, ISBA ARDC # 6300100<br>Assistant Attorney General<br>Office of the Attorney General<br>Environmental Bureau | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: /s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN, MSBA # 1612130206<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland |

ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | | |
|---|---|---|
| 1 | 201 W. Pointe Drive, Suite 7 | 200 Saint Paul Place, 20th Floor |
| 2 | Belleville, IL 62226<br>Phone: (217) 843-0322 | Baltimore, MD 21202<br>(410) 576-6414 |
| 3 | Email: jason.james@ilag.gov | sgoldstein@oag.state.md.us |

<br>

1     201 W. Pointe Drive, Suite 7            200 Saint Paul Place, 20th Floor
2     Belleville, IL 62226                     Baltimore, MD 21202
      Phone: (217) 843-0322                 (410) 576-6414
3     Email: jason.james@ilag.gov            sgoldstein@oag.state.md.us

*Attorneys for the State of Illinois*          *Attorneys for the State of Maryland*

**KEITH ELLISON**                      **MATTHEW J. PLATKIN**
Attorney General for the State of Minnesota    Attorney General for the State of New Jersey

By: /s/ *Peter N. Surdo*                 By: /s/ *Morgan L. Rice*
PETER N. SURDO, MSBA # 339015     MORGAN L. RICE, NJSBA Bar # 018782012
Special Assistant Attorney General        JUSTINE M. LONGA, NJSBA Bar # 305062019
Environmental and Natural Resources Division    *Deputy Attorneys General*
445 Minnesota Street, Suite 1800       RACHEL U. DOOBRAJH, NJSBA # 020952002
Saint Paul, Minnesota 55101           *Assistant Attorney General*
651-757-1061                          Office of the Attorney General
peter.surdo@ag.state.mn.us           25 Market Street
                                     Trenton, NJ 08625
*Attorneys for the State of Minnesota*       (609) 696-4527
                                     Morgan.Rice@law.njoag.gov
                                     Justine.Longa@law.njoag.gov
                                     Rachel.Doobrajh@law.njoag.gov

*Attorneys for the State of New Jersey*

**RAÚL TORREZ**                       **LETITIA JAMES**
Attorney General for the State of New Mexico    Attorney General of the State of New York

By: /s/ *Amy Senier*                   By: /s/ *Kyle Burns*
AMY SENIER, MBA # 672912         KYLE BURNS, NYSBA # 5589940
Senior Counsel                      Environmental Protection Bureau
New Mexico Department of Justice       28 Liberty Street
P.O. Drawer 1508                   New York, NY 10005
Santa Fe, NM 87504-1508           (212) 416-8451
505-490-4060
asenier@nmdoj.gov                 *Attorneys for the State of New York*

*Attorneys for the State of New Mexico*

**DAN RAYFIELD**                     **PETER F. NERONHA**
Attorney General of the State of Oregon      Attorney General of Rhode Island

By: /s/ *Sara Van Loh*                  By: /s/ *Nicholas M. Vaz*
SARA VAN LOH OSB # 044398        NICHOLAS M. VAZ, RIBA # 9501
Senior Assistant Attorney General        Special Assistant Attorney General
100 SW Market Street               Office of the Attorney General
ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| Portland, Oregon 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Sara.VanLoh@doj.oregon.gov<br><br>*Attorneys for State of Oregon*<br><br>**CHARITY R. CLARK**<br>Attorney General of the State of Vermont<br><br>By: /s/ *Jonathan T. Rose*<br>JONATHAN T. ROSE, VBA # 4415<br>Solicitor General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont* | Environmental and Energy Unit<br>150 South Main Street<br>Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297<br>nvaz@riag.ri.gov<br><br>*Attorneys for State of Rhode Island*<br><br>**JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s/ *Frances R. Colbert*<br>FRANCES R. COLBERT, WI SBN # 1050435 *<br>Assistant Attorney General<br>Public Protection Unit<br>17 West Main Street<br>Madison, Wisconsin 53703<br>608-266-9595<br>Frances.Colbert@wisdoj.gov<br>*Pro hac vice application pending<br><br>*Attorneys for Plaintiff State of Wisconsin*<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br>Federal Programs Branch<br><br>/s/ *Heidy L. Gonzalez*<br>HEIDY L. GONZALEZ<br>(FL Bar No. 1025003)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel. (202) 598-7409<br>heidy.gonzalez@usdoj.gov<br><br>*Attorneys for Defendants* |

ORDER GRANTING STIPULATED MOTION FOR PROPOSED BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES [PROPOSED]
No. 2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
(206) 464-7744