UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00848-TL |
| Plaintiffs, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL TRESSIE K. KAMP |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | THE HONORABLE TANA LIN |
| Defendants. | |

PLEASE TAKE NOTICE that Assistant Attorney General Tressie K. Kamp, Wisconsin Department of Justice, withdraws as counsel for Plaintiff State of Wisconsin. Assistant Attorney Frances P. Colbert, Wisconsin Department of Justice, will continue to represent the State of Wisconsin.

PLEASE TAKE NOTICE that Assistant Attorney General Tressie K. Kamp, Wisconsin Department of Justice, additionally requests that the parties and the Clerk of the Court remove the undersigned counsel from any CM/ECF notifications and mailing in the above-captioned case.

NOTICE OF WITHDRAWAL OF COUNSEL    1    Wisconsin Department of Justice
TRESSIE K. KAMP                          17 West Main Street.
NO. 2:25-cv-00848-TL                     Madison, Wisconsin 53707-7857
                                         (608) 266-9595

Dated: July 30, 2025

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

<u>s/Tressie K. Kamp</u>
TRESSIE K. KAMP
Assistant Attorney General
WISBN #1082298

Attorneys for State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-9595
(608) 294-2907 (Fax)
tressie.kamp@wisdoj.gov