The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON, et al.,

          *Plaintiffs,*

and

SIERRA CLUB, et al.,

          *Plaintiff-Intervenors,*

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,

          *Defendants.*

Case No. 2:25-cv-00848-TL

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES

Noted for consideration: August 1, 2025

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- i -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

Pursuant to Local Civil Rules 7(d)(1), LCR 7(k), and LCR 10(g), and Section III.G of Judge Lin's Standing Order, the parties jointly submit this stipulated motion to modify the briefing schedule for dispositive motions and to extend discovery-related deadlines.

Defendants filed the administrative record on July 7, 2025. Dkt. #115. On July 21, 2025, the Court set a briefing schedule for the Plaintiff States and Defendants, establishing deadlines of August 8, 2025 for filing dispositive cross-motions and August 27, 2025 for responses. Dkt. #119. In the same Order, the Court also extended discovery deadlines, to the extent necessary, until after a ruling on any dispositive motions. *Id.* On July 23, 2025, the Court granted Plaintiff-Intervenors' Motion to Intervene. Dkt. #120.

Plaintiff-Intervenors and Defendants have conferred and agree that Plaintiff-Intervenors' Complaint-in-Intervention (Dkt. #76, Att. 1) presents legal questions that may be resolved through dispositive motions without the need for factual discovery. In addition, all parties have conferred and agree that the existing briefing schedule should be amended to (1) extend the deadlines for initial and responsive filings and (2) incorporate briefing deadlines for Plaintiff-Intervenors. Accordingly, the parties respectfully move the Court to:

1. Extend discovery-related deadlines for Plaintiff Intervenors and Defendants—including the deadlines to meet and confer under Federal Rule of Civil Procedure 26(f), to serve initial disclosures under Rule 26(a)(1), and to file a joint status report and discovery plan—until after the Court has resolved all dispositive motions, to the extent discovery proves necessary.

2. Modify the existing briefing schedule by entering the following deadlines:

    a. August 19, 2025: Deadline for Plaintiff States and Defendants to file any

STIPULATED MOTION TO
MODIFY BRIEFING
SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 1 -

Sierra Club Environmental
Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441

      dispositive motions

    b. August 26, 2025: Deadline for Plaintiff-Intervenors to file any dispositive motions

    c. September 23, 2025: Deadline for Plaintiff States' brief in opposition and Defendants' single combined brief in opposition to any dispositive motions

    d. October 1, 2025: Deadline for Plaintiff-Intervenors' combined brief in opposition to any dispositive motion and reply

A court may modify a schedule for good cause. *See* Fed. R. Civ. P. 16(b)(4). Continuing pretrial dates is within the district court's discretion. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). All parties agree that the proposed schedule allows for expedited resolution while accommodating the parties' constraints. The parties also agree that the format promotes efficiency by permitting each party to file an initial and a responsive brief, and by enabling Plaintiff-Intervenors to avoid unnecessary repetition of the Plaintiff States' merits arguments. Plaintiff-Intervenors will use best efforts to avoid such duplication. The parties agree that the 8,400-word limitation in LCR 7(e)(3) applies to each brief, except that Defendants' combined brief in opposition to any dispositive motions shall not exceed 10,400 words.

The parties preserve all arguments and defenses; no party waives any argument or defense by entering and filing this joint motion, except as expressly stated above.

A proposed order is filed concurrently with this motion pursuant to LCR 10(g).

/ / /

/ / /

/ / /

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 2 -

Sierra Club Environmental Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441

DATED: August 1, 2025

Respectfully submitted,

*s/ Jan E. Hasselman*

JAN E. HASSELMAN, WSBA #29017
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 343-7340
jhasselman@earthjustice.org

*Counsel for Plaintiff-Intervenors Sierra Club, Climate Solutions, Southern Alliance for Clean Energy, CleanAIRE NC, West End Revitalization Association, and Plug In America*

*s/ Joshua Berman*
*s/ Joshua Stebbins*

JOSHUA BERMAN
JOSHUA STEBBINS
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org
josh.stebbins@sierraclub.org

*Counsel for Plaintiff-Intervenor Sierra Club*

*s/ Atid Kimelman*

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

*s/ Jennifer A. Sorenson*

JENNIFER A. SORENSON, WSBA #60084
P.O. Box 31936
Seattle, WA 98103
Tel: (415) 361-9495
jen.sorenson@gmail.com

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

*s/ Joseph Halso*

JOSEPH HALSO
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80206
Tel: (303) 454-3365
joe.halso@sierraclub.org

*Counsel for Plaintiff-Intervenor Sierra Club*

*s/ Thomas Zimpleman*

THOMAS ZIMPLEMAN
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel: (202) 289-6868
tzimpleman@nrdc.org

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 3 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

| | |
|---|---|
| *s/ Megan Kimball* <br> *s/ Kasey Moraveck* <br><br> MEGAN KIMBALL <br> KASEY MORAVECK <br> Southern Environmental Law Center <br> 136 E Rosemary St., Suite 500 <br> Chapel Hill, NC 27514 <br> Tel: (919) 967-1450 <br> mkimball@selc.org <br> kmoraveck@selc.org <br><br> *Counsel for Plaintiff-Intervenors* <br> *Southern Alliance for Clean Energy,* <br> *CleanAIRE NC, West End Revitalization* <br> *Association, and Plug In America* | *s/ Garrett Gee* <br><br> GARRETT GEE <br> Southern Environmental Law Center <br> 122 C Street NW, Suite 325 <br> Washington, DC 20001 <br> Tel: 202-828-8382 <br> ggee@selc.org <br><br> *Counsel for Plaintiff-Intervenors* <br> *Southern Alliance for Clean Energy,* <br> *CleanAIRE NC, West End Revitalization* <br> *Association, and Plug In America* |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION TO
MODIFY BRIEFING
SCHEDULE                                          - 4 -
CASE NO. 2:25-cv-00848-TL

*Sierra Club Environmental*
*Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

|  |  |
|---|---|
|  | NICHOLAS W. BROWN<br>Attorney General for the State of Washington<br><br>By: /s/ *Caitlin M. Soden*<br>CAITLIN M. SODEN, WSBA # 55457<br>LEAH A. BROWN, WSBA # 45803<br>TERA HEINTZ, WSBA #54921<br>CRISTINA SEPE, WSBA #53609<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, Washington 98104<br>206-464-7744<br>caitlin.soden@atg.wa.gov<br>leah.brown@atg.wa.gov<br>tera.heintz@atg.wa.gov<br>cristina.sepe@atg.wa.gov<br><br>*Attorneys for the State of Washington* |
| **ROB BONTA**<br>Attorney General for the State of California<br><br>By: /s/ *Theodore A. McCombs*<br>THEODORE A. MCCOMBS, SBN 316243<br>Deputy Attorney General<br>ROBERT SWANSON, SBN 295159<br>Acting Supervising Deputy Attorney General<br>NATALIE COLLINS, SBN 338348<br>ELIZABETH JONES, SBN 326118<br>ELIZABETH SONG, SBN 326616<br>Deputy Attorneys General<br>(619) 738-9003<br>theodore.mccombs@doj.ca.gov<br><br>*Attorneys for the State of California* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: /s/ *Carrie Noteboom*<br>CARRIE NOTEBOOM, CBA # 52910<br>Assistant Deputy Attorney General<br>DAVID MOSKOWITZ, CBA # 61336<br>Deputy Solicitor General<br>JESSICA L. LOWREY, CBA # 45158<br>First Assistant Attorney General<br>SARAH WEISS, NYSBA # 4898805<br>Senior Assistant Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203<br>(720) 508-6000<br>carrie.noteboom@coag.gov<br>david.moskowitz@coag.gov<br>jessica.lowrey@coag.gov<br>sarah.weiss@coag.gov<br>FAX: (720) 508-6040<br><br>*Attorneys for the State of Colorado* |

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 5 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

| | |
|---|---|
| **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: /s/ *Lauren Watford*<br>LAUREN WATFORD, SBA # 037346<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333<br>Lauren.Watford@azag.gov<br><br>*Attorneys for the State of Arizona* | **KATHLEEN JENNINGS**<br>Attorney General of the State of Delaware<br><br>By: /s/ *Vanessa L. Kassab*<br>IAN R. LISTON, DSBA # 5507<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III, DSBA # 0912<br>VANESSA L. KASSAB, DSBA # 5612<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>*Attorneys for the State of Delaware* |
| **BRIAN L. SCHWALB**<br>Attorney General<br><br>By: /s/ *Lauren Cullum*<br>LAUREN CULLUM, DCB # 90009436<br>Special Assistant Attorney General<br>Office of the Attorney General<br>for the District of Columbia<br>400 6th Street, N.W., 10th Floor<br>Washington, D.C. 20001<br>Email: lauren.cullum@dc.gov<br><br>*Attorneys for the District of Columbia* | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi<br><br>By: /s/ *Kalikoʻonālani D. Fernandes*<br>DAVID D. DAY, HSBA # 9427<br>Special Assistant to the Attorney General<br>KALIKOʻONĀLANI D. FERNANDES,<br>HSBA # 9964<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* |
| **KWAME RAOUL**<br>Attorney General for the State of Illinois<br><br>By: /s/ *Jason E. James*<br>JASON E. JAMES, ISBA ARDC # 6300100<br>Assistant Attorney General<br>Office of the Attorney General<br>Environmental Bureau<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Phone: (217) 843-0322<br>Email: jason.james@ilag.gov<br><br>*Attorneys for the State of Illinois* | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: /s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN, MSBA #<br>1612130206<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Attorneys for the State of Maryland* |

STIPULATED MOTION TO
MODIFY BRIEFING
SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 6 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ *Peter N. Surdo*
PETER N. SURDO, MSBA # 339015
Special Assistant Attorney General
Environmental and Natural Resources Division
445 Minnesota Street, Suite 1800
Saint Paul, Minnesota 55101
651-757-1061
peter.surdo@ag.state.mn.us

*Attorneys for the State of Minnesota*

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: /s/ *Amy Senier*
AMY SENIER, MBA # 672912
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Sara Van Loh*
SARA VAN LOH OSB # 044398
Senior Assistant Attorney General
100 SW Market Street
Portland, Oregon 97201
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov

*Attorneys for State of Oregon*

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ *Morgan L. Rice*
MORGAN L. RICE, NJSBA Bar # 018782012
JUSTINE M. LONGA, NJSBA Bar # 305062019
*Deputy Attorneys General*
RACHEL U. DOOBRAJH, NJSBA # 020952002
*Assistant Attorney General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Morgan.Rice@law.njoag.gov
Justine.Longa@law.njoag.gov
Rachel.Doobrajh@law.njoag.gov

*Attorneys for the State of New Jersey*

**LETITIA JAMES**
Attorney General of the State of New York

By: /s/ *Kyle Burns*
KYLE BURNS, NYSBA # 5589940
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8451

*Attorneys for the State of New York*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ, RIBA # 9501
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for State of Rhode Island*

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 7 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

| | |
|---|---|
| **CHARITY R. CLARK**<br>Attorney General of the State of Vermont<br><br>By: /s/ *Jonathan T. Rose*<br>JONATHAN T. ROSE, VBA # 4415<br>Solicitor General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br><br>*Attorneys for Plaintiff State of Vermont* | **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin<br><br>By: /s/ *Frances R. Colbert*<br>FRANCES R. COLBERT, WI SBN # 1050435<br>Assistant Attorney General<br>Public Protection Unit<br>17 West Main Street<br>Madison, Wisconsin 53703<br>608-266-9595<br>Frances.Colbert@wisdoj.gov<br><br>*Attorneys for Plaintiff State of Wisconsin* |

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 8 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*