The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | |
| *Plaintiffs,* | Case No. 2:25-cv-00848-TL |
| and | |
| SIERRA CLUB, et al., | [PROPOSED] ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES |
| *Plaintiff-Intervenors,* | |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | Noted for consideration: August 1, 2025 |
| *Defendants.* | |

*Sierra Club Environmental
Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441*

The Court, having fully considered the parties' Stipulated Motion to Modify Briefing Schedule and to Extend Discovery Deadlines, HEREBY ORDERS that the Motion is GRANTED. The Court SETS the following dates for briefing dispositive motions:

| | |
|---|---|
| Deadline for Plaintiff States and Defendants to file dispositive motions | 8/19/2025 |
| Deadline for Plaintiff-Intervenors to file dispositive motions | 8/26/2025 |
| Deadline for Plaintiff States' brief in opposition and Defendants' single combined brief in opposition | 9/23/2025 |
| Deadline for Plaintiff-Intervenors' combined brief in opposition to any dispositive motion and reply | 10/1/2025 |

To the extent there are unresolved claims following the Court's ruling on all dispositive motions, the parties shall confer and within 30 Days of the Court's ruling, propose to the Court dates for the Federal Rule Civil Procedure 26(f) conference, initial disclosures pursuant to Rule 26(a)(1), and joint status report and discovery plan pursuant to Rule 26(f).

**Dated this ____ day of August, 2025.**

_____

**THE HONORABLE TANA LIN**
**UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 1 -

*Sierra Club Environmental
Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441*

Presented by:

*s/ Jan E. Hasselman*

JAN E. HASSELMAN, WSBA #29017
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 343-7340
jhasselman@earthjustice.org

*Counsel for Plaintiff-Intervenors Sierra Club, Climate Solutions, Southern Alliance for Clean Energy, CleanAIRE NC, West End Revitalization Association, and Plug In America*

*s/ Joshua Berman*
*s/ Joshua Stebbins*

JOSHUA BERMAN
JOSHUA STEBBINS
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org
josh.stebbins@sierraclub.org

*Counsel for Plaintiff-Intervenor Sierra Club*

*s/ Atid Kimelman*

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

*s/ Jennifer A. Sorenson*

JENNIFER A. SORENSON, WSBA #60084
P.O. Box 31936
Seattle, WA 98103
Tel: (415) 361-9495
jen.sorenson@gmail.com

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

*s/ Joseph Halso*

JOSEPH HALSO
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80206
Tel: (303) 454-3365
joe.halso@sierraclub.org

*Counsel for Plaintiff-Intervenor Sierra Club*

*s/ Thomas Zimpleman*

THOMAS ZIMPLEMAN
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel: (202) 289-6868
tzimpleman@nrdc.org

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE          - 2 -
CASE NO. 2:25-cv-00848-TL

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

*s/ Megan Kimball*
*s/ Kasey Moraveck*

MEGAN KIMBALL
KASEY MORAVECK
Southern Environmental Law Center
136 E Rosemary St., Suite 500
Chapel Hill, NC 27514
Tel: (919) 967-1450
mkimball@selc.org
kmoraveck@selc.org

*Counsel for Plaintiff-Intervenors*
*Southern Alliance for Clean Energy,*
*CleanAIRE NC, West End Revitalization*
*Association, and Plug In America*


BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

*s/ Garrett Gee*

GARRETT GEE
Southern Environmental Law Center
122 C Street NW, Suite 325
Washington, DC 20001
Tel: 202-828-8382
ggee@selc.org

*Counsel for Plaintiff-Intervenors*
*Southern Alliance for Clean Energy,*
*CleanAIRE NC, West End Revitalization*
*Association, and Plug In America*

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 3 -

*Sierra Club Environmental*
*Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

NICHOLAS W. BROWN
Attorney General for the State of
Washington

By: /s/ *Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
TERA HEINTZ, WSBA #54921
CRISTINA SEPE, WSBA #53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for the State of Washington*

ROB BONTA
Attorney General for the State of California

By: /s/ *Theodore A. McCombs*
THEODORE A. MCCOMBS, SBN 316243
Deputy Attorney General
ROBERT SWANSON, SBN 295159
Acting Supervising Deputy Attorney General
NATALIE COLLINS, SBN 338348
ELIZABETH JONES, SBN 326118
ELIZABETH SONG, SBN 326616
Deputy Attorneys General
(619) 738-9003
theodore.mccombs@doj.ca.gov

*Attorneys for the State of California*

PHILIP J. WEISER
Attorney General for the State of Colorado

By: /s/ *Carrie Noteboom*
CARRIE NOTEBOOM, CBA # 52910
Assistant Deputy Attorney General
DAVID MOSKOWITZ, CBA # 61336
Deputy Solicitor General
JESSICA L. LOWREY, CBA # 45158
First Assistant Attorney General
SARAH WEISS, NYSBA # 4898805
Senior Assistant Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
carrie.noteboom@coag.gov
david.moskowitz@coag.gov
jessica.lowrey@coag.gov
sarah.weiss@coag.gov
FAX: (720) 508-6040

*Attorneys for the State of Colorado*

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 4 -

*Sierra Club Environmental
Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ *Lauren Watford*
LAUREN WATFORD, SBA # 037346
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Lauren.Watford@azag.gov

*Attorneys for the State of Arizona*


**BRIAN L. SCHWALB**
Attorney General

By: /s/ *Lauren Cullum*
LAUREN CULLUM, DCB # 90009436
Special Assistant Attorney General
Office of the Attorney General
for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
Email: lauren.cullum@dc.gov

*Attorneys for the District of Columbia*


**KWAME RAOUL**
Attorney General for the State of Illinois

By: /s/ *Jason E. James*
JASON E. JAMES, ISBA ARDC # 6300100
Assistant Attorney General
Office of the Attorney General
Environmental Bureau
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
Phone: (217) 843-0322
Email: jason.james@ilag.gov

*Attorneys for the State of Illinois*


**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Vanessa L. Kassab*
IAN R. LISTON, DSBA # 5507
Director of Impact Litigation
RALPH K. DURSTEIN III, DSBA # 0912
VANESSA L. KASSAB, DSBA # 5612
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*


**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ *Kalikoʻonālani D. Fernandes*
DAVID D. DAY, HSBA # 9427
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES,
HSBA # 9964
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*


**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ *Steven J. Goldstein*
STEVEN J. GOLDSTEIN, MSBA #
1612130206
*Assistant Attorney General*
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6414
sgoldstein@oag.state.md.us

*Attorneys for the State of Maryland*

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 5 -

*Sierra Club Environmental
Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: /s/ *Peter N. Surdo*
PETER N. SURDO, MSBA # 339015
Special Assistant Attorney General
Environmental and Natural Resources
Division
445 Minnesota Street, Suite 1800
Saint Paul, Minnesota 55101
651-757-1061
peter.surdo@ag.state.mn.us

*Attorneys for the State of Minnesota*

**MATTHEW J. PLATKIN**
Attorney General for the State of New Jersey

By: /s/ *Morgan L. Rice*
MORGAN L. RICE, NJSBA Bar #
018782012
JUSTINE M. LONGA, NJSBA Bar #
305062019
*Deputy Attorneys General*
RACHEL U. DOOBRAJH, NJSBA #
020952002
*Assistant Attorney General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Morgan.Rice@law.njoag.gov
Justine.Longa@law.njoag.gov
Rachel.Doobrajh@law.njoag.gov

*Attorneys for the State of New Jersey*

**RAÚL TORREZ**
Attorney General for the State of New Mexico

By: /s/ *Amy Senier*
AMY SENIER, MBA # 672912
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*

**LETITIA JAMES**
Attorney General of the State of New York

By: /s/ *Kyle Burns*
KYLE BURNS, NYSBA # 5589940
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8451

*Attorneys for the State of New York*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Sara Van Loh*
SARA VAN LOH OSB # 044398
Senior Assistant Attorney General
100 SW Market Street
Portland, Oregon 97201
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov

*Attorneys for State of Oregon*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ, RIBA # 9501
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for State of Rhode Island*

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 6 -

*Sierra Club Environmental
Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441*

**CHARITY R. CLARK**
Attorney General of the State of Vermont

By: /s/ *Jonathan T. Rose*
JONATHAN T. ROSE, VBA # 4415
Solicitor General
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Attorneys for Plaintiff State of Vermont*

**JOSHUA L. KAUL**
Attorney General for the State of Wisconsin

By: /s/ *Frances R. Colbert*
FRANCES R. COLBERT, WI SBN # 1050435
Assistant Attorney General
Public Protection Unit
17 West Main Street
Madison, Wisconsin 53703
608-266-9595
Frances.Colbert@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 7 -

*Sierra Club Environmental*
*Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*