The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., *Plaintiffs,* and SIERRA CLUB, et al., *Plaintiff-Intervenors,* v. U.S. DEPARTMENT OF TRANSPORTATION, et al., *Defendants.* | Case No. 2:25-cv-00848-TL [~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE AND TO EXTEND DISCOVERY DEADLINES<br><br>Noted for consideration: August 1, 2025 |

The Court, having fully considered the parties' Stipulated Motion to Modify Briefing Schedule and to Extend Discovery Deadlines, HEREBY ORDERS that the Motion is GRANTED. The Court SETS the following dates for briefing dispositive motions:

| | |
|---|---|
| Deadline for Plaintiff States and Defendants to file dispositive motions | 8/19/2025 |
| Deadline for Plaintiff-Intervenors to file dispositive motions | 8/26/2025 |
| Deadline for Plaintiff States' brief in opposition and Defendants' single combined brief in opposition | 9/23/2025 |
| Deadline for Plaintiff-Intervenors' combined brief in opposition to any dispositive motion and reply | 10/1/2025 |

To the extent there are unresolved claims following the Court's ruling on all dispositive motions, the parties shall confer and within 30 Days of the Court's ruling, propose to the Court dates for the Federal Rule Civil Procedure 26(f) conference, initial disclosures pursuant to Rule 26(a)(1), and joint status report and discovery plan pursuant to Rule 26(f).

**Dated this 1st day of August, 2025.**

THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 1 -

Sierra Club Environmental Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441

Presented by:

s/ Jan E. Hasselman

JAN E. HASSELMAN, WSBA #29017
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104
Tel: (206) 343-7340
jhasselman@earthjustice.org

*Counsel for Plaintiff-Intervenors Sierra Club, Climate Solutions, Southern Alliance for Clean Energy, CleanAIRE NC, West End Revitalization Association, and Plug In America*

s/ Joshua Berman
s/ Joshua Stebbins

JOSHUA BERMAN
JOSHUA STEBBINS
Sierra Club
50 F St. NW, 8th Floor
Washington, DC 20001
Tel: (202) 650-6062
josh.berman@sierraclub.org
josh.stebbins@sierraclub.org

*Counsel for Plaintiff-Intervenor Sierra Club*

s/ Atid Kimelman

ATID KIMELMAN
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel: (415) 875-6100
akimelman@nrdc.org

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

s/ Jennifer A. Sorenson

JENNIFER A. SORENSON, WSBA #60084
P.O. Box 31936
Seattle, WA 98103
Tel: (415) 361-9495
jen.sorenson@gmail.com

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

s/ Joseph Halso

JOSEPH HALSO
Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80206
Tel: (303) 454-3365
joe.halso@sierraclub.org

*Counsel for Plaintiff-Intervenor Sierra Club*

s/ Thomas Zimpleman

THOMAS ZIMPLEMAN
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel: (202) 289-6868
tzimpleman@nrdc.org

*Counsel for Plaintiff-Intervenor Natural Resources Defense Council*

[PROPOSED] ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 2 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

1  *s/ Megan Kimball*        *s/ Garrett Gee*
   *s/ Kasey Moraveck*
2                            GARRETT GEE
   MEGAN KIMBALL             Southern Environmental Law Center
3  KASEY MORAVECK            122 C Street NW, Suite 325
   Southern Environmental Law Center   Washington, DC 20001
4  136 E Rosemary St., Suite 500   Tel: 202-828-8382
   Chapel Hill, NC 27514     ggee@selc.org
5  Tel: (919) 967-1450
   mkimball@selc.org         *Counsel for Plaintiff-Intervenors*
6  kmoraveck@selc.org        *Southern Alliance for Clean Energy,*
                             *CleanAIRE NC, West End Revitalization*
7  *Counsel for Plaintiff-Intervenors*   *Association, and Plug In America*
   *Southern Alliance for Clean Energy,*
8  *CleanAIRE NC, West End Revitalization*
   *Association, and Plug In America*
9

10 BRETT A. SHUMATE
   Assistant Attorney General
11 Civil Division

12 JOSEPH E. BORSON
   Assistant Branch Director
13 Federal Programs Branch

14 */s/ Heidy L. Gonzalez*
   HEIDY L. GONZALEZ
15 (FL Bar No. 1025003)
   *Trial Attorney*
16 U.S. Department of Justice
   Civil Division, Federal Programs Branch
17 1100 L Street, N.W.
   Washington, DC 20005
18 Tel. (202) 598-7409
   heidy.gonzalez@usdoj.gov
19
   *Attorneys for Defendants*
20

21

22

23

24 [~~PROPOSED~~] ORDER
   GRANTING MOTION TO
   MODIFY BRIEFING SCHEDULE      - 3 -
   CASE NO. 2:25-cv-00848-TL

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

<table>
<tr><td colspan="2">

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

By: /s/ *Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
TERA HEINTZ, WSBA #54921
CRISTINA SEPE, WSBA #53609
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
206-464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
tera.heintz@atg.wa.gov
cristina.sepe@atg.wa.gov

*Attorneys for the State of Washington*

</td></tr>
<tr><td>

**ROB BONTA**
Attorney General for the State of California

By: /s/ *Theodore A. McCombs*
THEODORE A. MCCOMBS, SBN 316243
Deputy Attorney General
ROBERT SWANSON, SBN 295159
Acting Supervising Deputy Attorney General
NATALIE COLLINS, SBN 338348
ELIZABETH JONES, SBN 326118
ELIZABETH SONG, SBN 326616
Deputy Attorneys General
(619) 738-9003
theodore.mccombs@doj.ca.gov

*Attorneys for the State of California*

</td><td>

**PHILIP J. WEISER**
Attorney General for the State of Colorado

By: /s/ *Carrie Noteboom*
CARRIE NOTEBOOM, CBA # 52910
Assistant Deputy Attorney General
DAVID MOSKOWITZ, CBA # 61336
Deputy Solicitor General
JESSICA L. LOWREY, CBA # 45158
First Assistant Attorney General
SARAH WEISS, NYSBA # 4898805
Senior Assistant Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508-6000
carrie.noteboom@coag.gov
david.moskowitz@coag.gov
jessica.lowrey@coag.gov
sarah.weiss@coag.gov
FAX: (720) 508-6040

*Attorneys for the State of Colorado*

</td></tr>
</table>

[~~PROPOSED~~] ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 4 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*

| | | |
|---|---|---|
| 1 | **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona | **KATHLEEN JENNINGS**<br>Attorney General of the State of Delaware |
| 2 | By: /s/ *Lauren Watford* | By: /s/ *Vanessa L. Kassab* |
|   | LAUREN WATFORD, SBA # 037346 | IAN R. LISTON, DSBA # 5507 |
| 3 | Assistant Attorney General | Director of Impact Litigation |
|   | Arizona Attorney General's Office | RALPH K. DURSTEIN III, DSBA # 0912 |
| 4 | 2005 North Central Avenue | VANESSA L. KASSAB, DSBA # 5612 |
|   | Phoenix, Arizona 85004 | Deputy Attorneys General |
| 5 | (602) 542-3333 | Delaware Department of Justice |
|   | Lauren.Watford@azag.gov | 820 N. French Street |
|   |   | Wilmington, DE 19801 |
| 6 | *Attorneys for the State of Arizona* | (302) 683-8899 |
|   |   | vanessa.kassab@delaware.gov |
| 7 |   |   |
|   |   | *Attorneys for the State of Delaware* |
| 8 |   |   |
| 9 | **BRIAN L. SCHWALB**<br>Attorney General | **ANNE E. LOPEZ**<br>Attorney General for the State of Hawaiʻi |
| 10 | By: /s/ *Lauren Cullum* | By: /s/ *Kalikoʻonālani D. Fernandes* |
|    | LAUREN CULLUM, DCB # 90009436 | DAVID D. DAY, HSBA # 9427 |
| 11 | Special Assistant Attorney General | Special Assistant to the Attorney General |
|    | Office of the Attorney General | KALIKOʻONĀLANI D. FERNANDES, |
| 12 | for the District of Columbia | HSBA # 9964 |
|    | 400 6th Street, N.W., 10th Floor | Solicitor General |
|    | Washington, D.C. 20001 | 425 Queen Street |
| 13 | Email: lauren.cullum@dc.gov | Honolulu, HI 96813 |
|    |   | (808) 586-1360 |
| 14 | *Attorneys for the District of Columbia* | david.d.day@hawaii.gov |
|    |   | kaliko.d.fernandes@hawaii.gov |
| 15 |   |   |
|    |   | *Attorneys for the State of Hawaiʻi* |
| 16 |   |   |
| 17 | **KWAME RAOUL**<br>Attorney General for the State of Illinois | **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland |
| 18 | By: /s/ *Jason E. James* | By: /s/ *Steven J. Goldstein* |
|    | JASON E. JAMES, ISBA ARDC # 6300100 | STEVEN J. GOLDSTEIN, MSBA # |
|    | Assistant Attorney General | 1612130206 |
| 19 | Office of the Attorney General | *Assistant Attorney General* |
|    | Environmental Bureau | Office of the Attorney General of Maryland |
| 20 | 201 W. Pointe Drive, Suite 7 | 200 Saint Paul Place, 20th Floor |
|    | Belleville, IL 62226 | Baltimore, MD 21202 |
| 21 | Phone: (217) 843-0322 | (410) 576-6414 |
|    | Email: jason.james@ilag.gov | sgoldstein@oag.state.md.us |
| 22 | *Attorneys for the State of Illinois* | *Attorneys for the State of Maryland* |
| 23 |   |   |
| 24 | [~~PROPOSED~~] ORDER<br>GRANTING MOTION TO<br>MODIFY BRIEFING SCHEDULE<br>CASE NO. 2:25-cv-00848-TL | - 5 - | *Sierra Club Environmental Law Program*<br>*50 F St. NW, 8th Floor*<br>*Washington, DC 20001*<br>*(202) 867-8441* |

| | | |
|---|---|---|
|1| **KEITH ELLISON**<br>Attorney General for the State of Minnesota | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey |
|2| By: /s/ *Peter N. Surdo* | By: /s/ *Morgan L. Rice* |

KEITH ELLISON
Attorney General for the State of Minnesota

By: /s/ *Peter N. Surdo*
PETER N. SURDO, MSBA # 339015
Special Assistant Attorney General
Environmental and Natural Resources Division
445 Minnesota Street, Suite 1800
Saint Paul, Minnesota 55101
651-757-1061
peter.surdo@ag.state.mn.us

*Attorneys for the State of Minnesota*

MATTHEW J. PLATKIN
Attorney General for the State of New Jersey

By: /s/ *Morgan L. Rice*
MORGAN L. RICE, NJSBA Bar # 018782012
JUSTINE M. LONGA, NJSBA Bar # 305062019
*Deputy Attorneys General*
RACHEL U. DOOBRAJH, NJSBA # 020952002
*Assistant Attorney General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Morgan.Rice@law.njoag.gov
Justine.Longa@law.njoag.gov
Rachel.Doobrajh@law.njoag.gov

*Attorneys for the State of New Jersey*

RAÚL TORREZ
Attorney General for the State of New Mexico

By: /s/ *Amy Senier*
AMY SENIER, MBA # 672912
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*

LETITIA JAMES
Attorney General of the State of New York

By: /s/ *Kyle Burns*
KYLE BURNS, NYSBA # 5589940
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8451

*Attorneys for the State of New York*

DAN RAYFIELD
Attorney General of the State of Oregon

By: /s/ *Sara Van Loh*
SARA VAN LOH OSB # 044398
Senior Assistant Attorney General
100 SW Market Street
Portland, Oregon 97201
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov

*Attorneys for State of Oregon*

PETER F. NERONHA
Attorney General of Rhode Island

By: /s/ *Nicholas M. Vaz*
NICHOLAS M. VAZ, RIBA # 9501
Special Assistant Attorney General
Office of the Attorney General
Environmental and Energy Unit
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Attorneys for State of Rhode Island*

[~~PROPOSED~~] ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 6 -

Sierra Club Environmental Law Program
50 F St. NW, 8th Floor
Washington, DC 20001
(202) 867-8441

| | | |
|---|---|---|
| 1 | **CHARITY R. CLARK** | **JOSHUA L. KAUL** |
| 2 | Attorney General of the State of Vermont | Attorney General for the State of Wisconsin |
| 3 | By: /s/ *Jonathan T. Rose*<br>JONATHAN T. ROSE, VBA # 4415 | By: /s/ *Frances R. Colbert*<br>FRANCES R. COLBERT, WI SBN # 1050435 |
| | Solicitor General | Assistant Attorney General |
| 4 | Office of the Vermont Attorney General<br>109 State Street | Public Protection Unit<br>17 West Main Street |
| 5 | Montpelier, VT 05609<br>(802) 828-3171 | Madison, Wisconsin 53703<br>608-266-9595 |
| 6 | Jonathan.rose@vermont.gov | Frances.Colbert@wisdoj.gov |
| 7 | *Attorneys for Plaintiff State of Vermont* | *Attorneys for Plaintiff State of Wisconsin* |

[~~PROPOSED~~] ORDER GRANTING MOTION TO MODIFY BRIEFING SCHEDULE
CASE NO. 2:25-cv-00848-TL

- 7 -

*Sierra Club Environmental Law Program*
*50 F St. NW, 8th Floor*
*Washington, DC 20001*
*(202) 867-8441*