Exhibit B



U.S. Department
of Transportation

**Federal Highway
Administration**

1200 New Jersey Ave., SE
Washington, DC  20590

September 14, 2022

In Reply Refer To:
HEPN-30

Mr. Roger Millar
Secretary
Washington State Department of Transportation
310 Maple Park Avenue SE
Olympia, WA  98504

Subject:  Approval of Washington State Electric Vehicle Infrastructure Deployment Plan

Dear Secretary Millar:

The Federal Highway Administration (FHWA) has completed the review of the Washington State Electric Vehicle Infrastructure Deployment Plan required under the National Electric Vehicle Infrastructure (NEVI) Formula Program.[1]  Based on the review and the recommendations provided by the Joint Office of Energy and Transportation (Joint Office), FHWA has determined that the Washington State Electric Vehicle Infrastructure Deployment Plan is approved for implementation.  With this approval, Fiscal Year 2022 funds are now available to Washington State for obligation.

Also, States should be aware that FHWA has posted updated Frequently Asked Questions on our website at:
https://www.fhwa.dot.gov/environment/alternative_fuel_corridors/resources/nevi_program_faqs.pdf

The FHWA and the Joint Office will follow up with States on specific opportunities for improvement in future year plans and will continue to provide technical assistance and guidance as States continue to update plans and begin implementation.

A publicly accessible version of the Washington State Electric Vehicle Infrastructure Deployment Plan and this approval letter will be available on the FHWA website at:
https://www.fhwa.dot.gov/environment/nevi/ev_deployment_plans/

---

[1] The NEVI program is authorized under the Bipartisan Infrastructure Law, enacted as the Infrastructure Investment and Jobs Act (IIJA), (Pub. L. 117-58)

Thank you for putting the United States on a path to a nationwide network of EV chargers that can ensure a convenient, affordable, reliable, and equitable charging experience for all users.

Sincerely,

*Gloria M. Shepherd*

Gloria M. Shepherd
Associate Administrator
Office of Planning, Environment and Realty

cc:
FHWA: HOA, HCC, HPL, HCF, Washington Division Office
Joint Office Interim Director: Alex Schroeder, Deputy Director: Rachael Nealer