Exhibit F

**From:** ▮, ▮ @DOT <▮@dot.ca.gov>
**Sent:** Monday, March 31, 2025 1:51 PM
**To:** ▮ @DOT; ▮ @DOT
**Subject:** Fwd: NEVIL-7516(011) - CON Authorization

Fyi.

Thanks,
▮
Caltrans HQ - Local Assistance

Begin forwarded message:

**From:** "▮, ▮ (FHWA)" <▮@dot.gov>
**Date:** March 31, 2025 at 7:02:28 AM PDT
**To:** "▮ @DOT" <▮@dot.ca.gov>
**Cc:** ▮ @DOT" <▮@dot.ca.gov>
**Subject: RE: NEVIL-7516(011) - CON Authorization**

**EXTERNAL EMAIL. Links/attachments may not be safe.**

Hi ▮,

Yes, that's correct. As a result of the February 6th letter titled "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans" sent to all State DOT Directors, the NEVI formula program codes have been placed in "expired" status. Thus, no funds are available for obligation.

Regards,

▮
Director, Financial Services
FHWA - CA Division
▮@dot.gov
Office ▮

1



**From:** ▓, ▓ @DOT <▓@dot.ca.gov>
**Sent:** Friday, March 28, 2025 3:46 PM
**To:** ▓ (FHWA) <▓@dot.gov>
**Cc:** ▓ @DOT <▓@dot.ca.gov>
**Subject:** NEVIL-7516(011) - CON Authorization

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ,

I hope you are having a nice Friday afternoon!

I just wanted to inform you that I tried to submit the first NEVI CON authorization request, and I received the following message on FADS. Apparently, all funds have been expired and we cannot obligate any additional dollars for the projects.

2

- Request cannot be processed. One or more Program Code balances has been exceeded.

| Fund Sum | TIP/ENV | RW | Fund Detail | Comment | DAF | Related | Approve | Stat Log |
|---|---|---|---|---|---|---|---|---|

Prefix: NEVIL          Fed Project No: 7516 (011)              Seq

State Proj No: 0025000153L-4     Admin By:          Info Only:       Doc Type:

Alt State Proj No:

Transaction Type: New Project

## Approval Process

### Request Preparation

| | User Name | Date |
|---|---|---|
| Prepared By: |  | 03/28/2025 |
| Submitted for HQ Review By: | | 03/28/2025 |

### HQ Review

Note: If reviewer has not been assigned and you want to be assigned as the Reviewer, access the Work Queue

3

Thanks,

Area Engineer, Office of Project Management Oversight - South
HQ Division of Local Assistance
Cell Phone:



*"A thriving and connected California"*

4