The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STATE OF WASHINGTON, et al.,

        *Plaintiffs,*

and

SIERRA CLUB, et al.,

        *Plaintiff-Intervenors,*

v.

U.S. DEPARTMENT OF TRANSPORTATION, et al.,

        *Defendants.*

Case No. 2:25-cv-00848-TL

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Noted for consideration: August 18, 2025

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
CASE NO. 2:25-cv-00848-TL

- 1 -

United States Department of Justice
1100 L. Street, NW
Washington, D.C. 20005
(202) 598-7409

The Court, having fully considered the parties' Joint Motion for Extension of Time, HEREBY ORDERS that the Motion is GRANTED. The Court SETS the following dates for briefing dispositive motions:

- August 26, 2025: deadline for Plaintiff States and Defendants to file any dispositive motions.
- September 2, 2025: deadline for Plaintiff-Intervenors to file any dispositive motions.
- September 30, 2025: deadline for Plaintiff States' brief in opposition and Defendants' single combined brief in opposition to any dispositive motions.
- October 8, 2025: deadline for Plaintiff-Intervenors' combined brief in opposition to any dispositive motion and reply.

**Dated this 18th day of August, 2025.**

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ (FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005

[PROPOSED] ORDER
GRANTING JOINT MOTION
FOR EXTENSION OF TIME
CASE NO. 2:25-cv-00848-TL

- 2 -

United States Department of Justice
1100 L. Street, NW
Washington, D.C. 20005
(202) 598-7409

1  Tel. (202) 598-7409
   heidy.gonzalez@usdoj.gov

2

   *Attorneys for Defendants*

3

4  **NICHOLAS W. BROWN**
   Attorney General for the State of Washington

5

   s/ *Caitlin M. Soden*

6  CAITLIN M. SODEN, WSBA # 55457
   LEAH A. BROWN, WSBA # 45803

7  TERA HEINTZ, WSBA #54921
   CRISTINA SEPE, WSBA #53609

8  Assistant Attorneys General
   800 Fifth Avenue, Suite 2000

9  Seattle, Washington 98104
   (206) 464-7744

10 caitlin.soden@atg.wa.gov
   leah.brown@atg.wa.gov

11 tera.heintz@atg.wa.gov
   cristina.sepe@atg.wa.gov

12

   *Attorneys for the State of Washington*

13

   **ROB BONTA**                                              **PHILIP J. WEISER**

14 Attorney General for the State of California              Attorney General for the State of Colorado

15 By: /s/ *Theodore A. McCombs*                             By: /s/ *Carrie Noteboom*
   THEODORE A. MCCOMBS, SBN 316243                            CARRIE NOTEBOOM, CBA # 52910

16 Deputy Attorney General                                    Assistant Deputy Attorney General
   DAVID ZAFT, SBN 237365                                     DAVID MOSKOWITZ, CBA # 61336

17 Acting Supervising Deputy Attorney General                 Deputy Solicitor General
   ROBERT SWANSON, SBN 295159                                 JESSICA L. LOWREY, CBA # 45158

18 NATALIE COLLINS, SBN 338348                                First Assistant Attorney General
   ELIZABETH JONES, SBN 326118                                SARAH WEISS, NYSBA # 4898805

19 ELIZABETH SONG, SBN 326616                                 Senior Assistant Attorney General
   Deputy Attorneys General                                   Ralph L. Carr Judicial Center

20 (619) 738-9003                                             1300 Broadway, 10th Floor
   theodore.mccombs@doj.ca.gov                                Denver, CO  80203

21                                                            (720) 508-6000
   *Attorneys for the State of California*                   carrie.noteboom@coag.gov

22                                                            david.moskowitz@coag.gov
                                                              jessica.lowrey@coag.gov

23

24 [~~PROPOSED~~] ORDER                                       United States Department of Justice
   GRANTING JOINT MOTION                                      1100 L. Street, NW
   FOR EXTENSION OF TIME         - 3 -                        Washington, D.C. 20005
   CASE NO. 2:25-cv-00848-TL                                  (202) 598-7409

|   |   |
|---|---|
|   | sarah.weiss@coag.gov |
|   | FAX: (720) 508-6040 |
|   | *Attorneys for the State of Colorado* |
| **KRISTIN K. MAYES** | **KATHLEEN JENNINGS** |
| Attorney General for the State of Arizona | Attorney General of the State of Delaware |
| By: /s/ *Lauren Watford* | By: /s/ *Vanessa L. Kassab* |
| LAUREN WATFORD, SBA # 037346 | IAN R. LISTON, DSBA # 5507 |
| Assistant Attorney General | Director of Impact Litigation |
| Arizona Attorney General's Office | RALPH K. DURSTEIN III, DSBA # 0912 |
| 2005 North Central Avenue | VANESSA L. KASSAB, DSBA # 5612 |
| Phoenix, Arizona 85004 | Deputy Attorneys General |
| (602) 542-3333 | Delaware Department of Justice |
| Lauren.Watford@azag.gov | 820 N. French Street |
|   | Wilmington, DE 19801 |
| *Attorneys for the State of Arizona* | (302) 683-8899 |
|   | vanessa.kassab@delaware.gov |
|   | *Attorneys for the State of Delaware* |
| **BRIAN L. SCHWALB** | **ANNE E. LOPEZ** |
| Attorney General | Attorney General for the State of Hawaiʻi |
| By: /s/ *Lauren Cullum* | By: /s/ *Kalikoʻonālani D. Fernandes* |
| LAUREN CULLUM, DCB # 90009436 | DAVID D. DAY, HSBA # 9427 |
| Special Assistant Attorney General | Special Assistant to the Attorney General |
| Office of the Attorney General | KALIKOʻONĀLANI D. FERNANDES, |
| for the District of Columbia | HSBA # 9964 |
| 400 6th Street, N.W., 10th Floor | Solicitor General |
| Washington, D.C. 20001 | 425 Queen Street |
| Email: lauren.cullum@dc.gov | Honolulu, HI 96813 |
|   | (808) 586-1360 |
| *Attorneys for the District of Columbia* | david.d.day@hawaii.gov |
|   | kaliko.d.fernandes@hawaii.gov |
|   | *Attorneys for the State of Hawaiʻi* |

| | |
|---|---|
| **KWAME RAOUL**<br>Attorney General for the State of Illinois<br><br>By: /s/ *Jason E. James*<br>JASON E. JAMES, ISBA ARDC # 6300100<br>Assistant Attorney General<br>Office of the Attorney General<br>Environmental Bureau<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>Phone: (217) 843-0322<br>Email: jason.james@ilag.gov<br><br>*Attorneys for the State of Illinois* | **OFFICE OF THE GOVERNOR** *ex rel.*<br>**ANDY BESHEAR**<br>in his official capacity as Governor of the<br>Commonwealth of Kentucky<br><br>By: /s/ *Travis Mayo*<br>S. TRAVIS MAYO, KBA # 92628*<br>General Counsel<br>Taylor Payne, KBA # 93524*<br>Chief Deputy General Counsel<br>Laura C. Tipton, KBA # 92527*<br>Deputy General Counsel<br>Office of the Governor<br>700 Capitol Avenue, Suite 106<br>Frankfort, KY 40601<br>(502) 564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br><br>*Counsel for the Office of the Governor* |
| **ANTHONY G. BROWN**<br>Attorney General for the State of Maryland<br><br>By: /s/ *Steven J. Goldstein*<br>STEVEN J. GOLDSTEIN, MSBA # 1612130206<br>*Assistant Attorney General*<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us<br><br>*Attorneys for the State of Maryland* | **DANA NESSEL**<br>Attorney General of Michigan<br><br>By: /s/ *Michael J. Dittenber*<br>Michael J. Dittenber (MI Bar No. P72238)*<br>Neil Giovanatti (MI Bar No. P82305)*<br>*Assistant Attorneys General*<br>Michigan Department of Attorney General<br>425 W. Ottawa<br>Lansing, MI 48933<br>(517) 335-5805<br>DittenberM@michigan.gov<br>GiovanattiN@michigan.gov<br><br>*Attorneys for the State of Michigan* |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
CASE NO. 2:25-cv-00848-TL

- 5 -

United States Department of Justice
1100 L. Street, NW
Washington, D.C. 20005
(202) 598-7409

| | | |
|---|---|---|
| 1 | **KEITH ELLISON**<br>Attorney General for the State of Minnesota | **MATTHEW J. PLATKIN**<br>Attorney General for the State of New Jersey |
| | By: /s/ *Peter N. Surdo*<br>PETER N. SURDO, MSBA # 339015<br>Special Assistant Attorney General<br>Environmental and Natural Resources Division<br>445 Minnesota Street, Suite 1800<br>Saint Paul, Minnesota 55101<br>651-757-1061<br>peter.surdo@ag.state.mn.us<br><br>*Attorneys for the State of Minnesota* | By: /s/ *Morgan L. Rice*<br>MORGAN L. RICE, NJSBA Bar # 018782012<br>JUSTINE M. LONGA, NJSBA Bar # 305062019<br>*Deputy Attorneys General*<br>RACHEL U. DOOBRAJH, NJSBA # 020952002<br>*Assistant Attorney General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-4527<br>Morgan.Rice@law.njoag.gov<br>Justine.Longa@law.njoag.gov<br>Rachel.Doobrajh@law.njoag.gov<br><br>*Attorneys for the State of New Jersey* |
| 13 | **RAÚL TORREZ**<br>Attorney General for the State of New Mexico | **LETITIA JAMES**<br>Attorney General of the State of New York |
| | By: /s/ *Amy Senier*<br>AMY SENIER, MBA # 672912<br>Senior Counsel<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>505-490-4060<br>asenier@nmdoj.gov<br><br>*Attorneys for the State of New Mexico* | By: /s/ *Kyle Burns*<br>KYLE BURNS, NYSBA # 5589940<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-8451<br><br>*Attorneys for the State of New York* |

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
CASE NO. 2:25-cv-00848-TL

- 6 -

United States Department of Justice
1100 L. Street, NW
Washington, D.C. 20005
(202) 598-7409

| | | |
|---|---|---|
| 1 | | |
| 2 | **JEFF JACKSON**<br>Attorney General of the State of North Carolina | **DAN RAYFIELD**<br>Attorney General of the State of Oregon |
| 3 | | By: /s/ *Sara Van Loh* |
| 4 | LAURA HOWARD<br>Chief Deputy Attorney General | SARA VAN LOH OSB # 044398<br>Senior Assistant Attorney General |
| | | 100 SW Market Street |
| 5 | By: /s/ *Daniel T. Wilkes*<br>DANIEL WILKES, NCSB # 46500* | Portland, Oregon 97201<br>Tel (971) 673-1880 |
| 6 | Assistant Deputy Attorney General<br>North Carolina Department of Justice | Fax (971) 673-5000<br>Sara.VanLoh@doj.oregon.gov |
| 7 | PO Box 629<br>Raleigh, NC 27602 | *Attorneys for State of Oregon* |
| 8 | 919-716-6415<br>dwilkes@ncdoj.gov | |
| 9 | | |
| 10 | *Counsel for State of North Carolina* | |
| 11 | **JENNIFER C. SELBER**<br>General Counsel | **PETER F. NERONHA**<br>Attorney General of Rhode Island |
| 12 | By: /s/ *Stephen R. Kovatis*<br>STEPHEN R. KOVATIS, PBA # 209495 | By: /s/ *Nicholas M. Vaz*<br>NICHOLAS M. VAZ, RIBA # 9501 |
| 13 | Deputy General Counsel<br>Governor's Office of General Counsel | Special Assistant Attorney General<br>Office of the Attorney General |
| 14 | 30 North Third Street, Suite 200<br>Harrisburg, PA  17101 | Environmental and Energy Unit<br>150 South Main Street |
| 15 | Phone: 717-602-0943<br>Email: skovatis@pa.gov | Providence, Rhode Island 02903<br>(401) 274-4400 ext. 2297 |
| 16 | | nvaz@riag.ri.gov |
| 17 | *Counsel for Governor Josh Shapiro* | *Attorneys for State of Rhode Island* |
| 18 | | |
| 19 | **CHARITY R. CLARK**<br>Attorney General of the State of Vermont | **JOSHUA L. KAUL**<br>Attorney General for the State of Wisconsin |
| 20 | By: /s/ *Jonathan T. Rose* | By: /s/ *Frances R. Colbert* |
| 21 | JONATHAN T. ROSE, VBA # 4415<br>Solicitor General | FRANCES R. COLBERT, WI SBN # 1050435 ** |
| 22 | Office of the Vermont Attorney General<br>109 State Street | Assistant Attorney General<br>Public Protection Unit |
| 23 | | |
| 24 | [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME CASE NO. 2:25-cv-00848-TL | United States Department of Justice<br>1100 L. Street, NW<br>Washington, D.C. 20005<br>(202) 598-7409 |

- 7 -

| | | |
|---|---|---|
| 1 | Montpelier, VT 05609<br>(802) 828-3171 | 17 West Main Street<br>Madison, Wisconsin 53703 |
| 2 | Jonathan.rose@vermont.gov | 608-266-9595<br>Frances.Colbert@wisdoj.gov |
| 3 | *Attorneys for Plaintiff State of Vermont* | *Attorneys for Plaintiff State of Wisconsin* |

*Pro hac vice application pending

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
CASE NO. 2:25-cv-00848-TL

- 8 -

United States Department of Justice
1100 L. Street, NW
Washington, D.C. 20005
(202) 598-7409

| | |
|---|---|
| *s/ Jan E. Hasselman* | *s/ Jennifer A. Sorenson* |
| JAN E. HASSELMAN, WSBA #29017<br>Earthjustice<br>810 Third Avenue, Suite 610<br>Seattle, WA 98104<br>Tel: (206) 343-7340<br>jhasselman@earthjustice.org | JENNIFER A. SORENSON, WSBA #60084<br>P.O. Box 31936<br>Seattle, WA 98103<br>Tel: (415) 361-9495<br>jen.sorenson@gmail.com |
| *Counsel for Plaintiff-Intervenors Sierra Club, Climate Solutions, Southern Alliance for Clean Energy, CleanAIRE NC, West End Revitalization Association, and Plug In America* | *Counsel for Plaintiff-Intervenor Natural Resources Defense Council* |
| *s/ Joshua Berman*<br>*s/ Joshua Stebbins* | *s/ Joseph Halso* |
| JOSHUA BERMAN<br>JOSHUA STEBBINS<br>Sierra Club<br>50 F St. NW, 8th Floor<br>Washington, DC 20001<br>Tel: (202) 650-6062<br>josh.berman@sierraclub.org<br>josh.stebbins@sierraclub.org | JOSEPH HALSO<br>Sierra Club<br>1536 Wynkoop St., Suite 200<br>Denver, CO 80206<br>Tel: (303) 454-3365<br>joe.halso@sierraclub.org |
| *Counsel for Plaintiff-Intervenor Sierra Club* | *Counsel for Plaintiff-Intervenor Sierra Club* |
| *s/ Atid Kimelman* | *s/ Thomas Zimpleman* |
| ATID KIMELMAN<br>Natural Resources Defense Council<br>111 Sutter Street, 21st Floor<br>San Francisco, CA 94104<br>Tel: (415) 875-6100<br>akimelman@nrdc.org | THOMAS ZIMPLEMAN<br>Natural Resources Defense Council<br>1152 15th Street NW, Suite 300<br>Washington, D.C. 20005<br>Tel: (202) 289-6868<br>tzimpleman@nrdc.org |
| *Counsel for Plaintiff-Intervenor Natural Resources Defense Council* | *Counsel for Plaintiff-Intervenor Natural Resources Defense Council* |

| | |
|---|---|
| *s/ Megan Kimball* <br> *s/ Kasey Moraveck* <br><br> MEGAN KIMBALL <br> KASEY MORAVECK <br> Southern Environmental Law Center <br> 136 E Rosemary St., Suite 500 <br> Chapel Hill, NC 27514 <br> Tel: (919) 967-1450 <br> mkimball@selc.org <br> kmoraveck@selc.org <br><br> *Counsel for Plaintiff-Intervenors Southern Alliance for Clean Energy, CleanAIRE NC, West End Revitalization Association, and Plug In America* | *s/ Garrett Gee* <br><br> GARRETT GEE <br> Southern Environmental Law Center <br> 122 C Street NW, Suite 325 <br> Washington, DC 20001 <br> Tel: 202-828-8382 <br> ggee@selc.org <br><br> *Counsel for Plaintiff-Intervenors Southern Alliance for Clean Energy, CleanAIRE NC, West End Revitalization Association, and Plug In America* |