The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

PLAINTIFFS,

v.

U.S. DEPARTMENT OF
TRANSPORTATION et al.,

DEFENDANTS.

NO.   2:25-cv-00848-TL

DECLARATION OF JAMES P.
GRAY IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT

DECLARATION OF JAMES P. GRAY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT
NO.   2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

# DECLARATION OF JAMES P. GRAY

I, James P. Gray, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge, through agency personnel who have assisted in gathering this information, or from documents that have been provided to and reviewed by me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Secretary of the Kentucky Transportation Cabinet (KYTC), as appointed by Governor Andy Beshear, and act as the Chief Executive Officer for the Cabinet. The Office of the Secretary is the central point of contact with the general public and external organizations and serves as the main policymaking arm of the Cabinet. Organizationally, KYTC is divided into four departments: Aviation, Vehicle Regulation, Rural and Municipal Aid, and Highways. Each department is headed by a commissioner directly responsible to the Secretary. Other organizational units reporting to the Office of the Secretary include the Offices of: Support Services, Transportation Delivery, Audits, Human Resource Management, Information Technology, Legal Services, Public Affairs, Budget and Fiscal Management, Civil Rights and Small Business Development, and the Office of Inspector General.

3. Before being appointed to serve as Cabinet Secretary in December 2019, I was mayor of the city of Lexington, Kentucky, from 2010 to 2018.

## Background

4. The Infrastructure Investment and Jobs Act (IIJA) (Pub. L. 117-58) created the National Electric Vehicle Infrastructure (NEVI) Formula Program to support interstate travel for electric vehicles (EV). The IIJA allocated $5 billion over federal fiscal years 2022-2026 for NEVI Formula Funds to strategically deploy EV charging infrastructure and to establish an interconnected network to facilitate data collection, access, and reliability. The NEVI formula funds allocated to KYTC over the life of IIJA is $69,455,682. The U.S. Congress established

DECLARATION OF JAMES P. GRAY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT
NO.   2:25-cv-00848-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

NEVI for the specific purposes identified by the IIJA and apportioned Formula Funds to Kentucky.

5.      In 2022, the Federal Highway Administration (FHWA), the federal agency responsible for disbursement of each state's NEVI formula funding, required each state to complete the State Electric Vehicle Infrastructure Deployment Plan (Deployment Plan) to make available, or unlock, NEVI funding for federal Fiscal Years (FY) 2022 and 2023, with mandatory annual Deployment Plan updates to unlock funding for subsequent years. In compliance with these requirements, KYTC submitted its Deployment Plan and the required updates by August 1 in each of 2022, 2023, and 2024.

6.      FHWA approved each of Kentucky's Deployment Plans, making funding available for FY 2022-2025. On September 14, 2022, FHWA approved the initial Deployment Plan which unlocked FY 2022 and FY 2023 funding, totaling $25,074,183. On September 29, 2023, FHWA approved the updated Deployment Plan, apportioning an additional $14,793,815 for FY 2024. On November 25, 2024, FHWA approved the latest Deployment Plan, apportioning an additional $14,793,827 for FY 2025.

7.      By way of FHWA approval of these Deployment Plans, FHWA has apportioned $54,661,824 in NEVI funds for FY 2022 through FY 2025.

8.      Pursuant to FHWA guidance and consistent with its administration of the program for the first four years, funding for FY 2026 would have been made available to KYTC upon approval of the FY 2026 Deployment Plan. NEVI formula funding for FY 2026 is $14,793,858, which is not yet available and has been delayed indefinitely pursuant to a letter from FHWA dated February 6, 2025, described in more detail below.

9.      KYTC's implementation of its Deployment Plan consisted of competitive processes to identify and select qualified Developer Teams to design, build, operate, and maintain EV charging stations across the state along federally designated "Alternative Fuels Corridors" to build out a reliable functioning EV charging network. By way of FHWA

DECLARATION OF JAMES P. GRAY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT
NO.   2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

approved Requests for Proposals, KYTC received hundreds of proposals and has active contracts with Developer Teams for 47 EV charging station sites totaling $32,189,011. An additional Request for Proposals intended to complete the NEVI required "build-out" of the Alternative Fuels Corridor was scheduled to be released in February 2025.

10. The U.S. Congress allocated $69,455,682 of NEVI Formula Funding to Kentucky. Of the $54,661,824 Formula Funding apportioned to Kentucky for FY 2022 through FY 2025, approved Development Plans, KYTC has obligated $36,870,951, leaving $17,790,873 unobligated to date. KYTC's Development Plan allocates the remaining unobligated funding and FY 2026 funding ($14,793,858) to be used to build-out the Alternative Fuels Corridor and future plan phases (priority corridors and community charging).

11. NEVI Formula Program Guidance includes several of requirements that extend five years beyond completion of site construction for each EV charging station. These requirements include "up-time" thresholds and reporting requirements. Each of the 47 contracts between KYTC and Developer Teams includes those requirements, which will involve oversight through at least 2030 on most sites.

12. NEVI is a unique program which involves private entities complying with a myriad of federal laws and regulations that for the most part are written for the highway construction context. Since KYTC's initial awards in October 2023, the Project Team has extensively coached, urged, and corrected Developer Teams who are not accustomed to adhering to federal regulations, particularly with respect to highway construction. It is apparent that without such close oversight, most Developer Teams would, without malice, fail to comply with the nuances of federal regulations and risk funding eligibility.

13. KYTC has implemented a "pay-as-you-go" oversight strategy, obligating sufficient funding for oversight through November, 2025. In order to provide the necessary oversight to ensure federal reimbursement, KYTC needs to obligate at least $7 million.

DECLARATION OF JAMES P. GRAY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT
NO.   2:25-cv-00848-TL

4

Without obligating additional NEVI Formula Funding, KYTC will have to use other resources to ensure Developer Teams comply with federal regulations to ensure reimbursement.

### Recent Developments

14. On January 20, 2025, President Trump issued an Executive Order (EO), Unleashing American Energy, directing agencies to pause disbursements of funding through IIJA. Subsequently, on February 6, 2025, KYTC received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment, and Realty in FHWA revoking approval of Development Plans and rescinding NEVI Formula Program Guidance. The February 6 letter indicated that updated draft NEVI Formula Program Guidance would be issued for public comment in the spring [of2025].

15. The revocation of KYTC's Development Plan approval makes the $17,790,873 of previously unlocked NEVI Formula Funding unavailable for obligation.

16. KYTC has 47 contracts in various stages of completion that adhere to the previous NEVI Formula Program Guidance. KYTC is unable to obligate the necessary funding to administer and oversee the contracts as required under previous NEVI Formula Program Guidance. The obligated funding cannot be adjusted to include Construction Engineering and Inspection costs due to the obligation restriction, hindering KYTC's ability to effectively manage the EV charging stations' development and operations.

17. Without obligation adjustment, KYTC is in the difficult position of expending other funding to oversee contracts or risk jeopardizing committed NEVI formula funding due to lack of compliance with federal rules and regulations. It is imperative that personnel knowledgeable in federal rules and regulations continue to administer these contracts to avoid unexpected and untimely compliance issues that would unnecessarily interrupt construction and/or operations of these EV charging stations.

18. KYTC entered into these contracts with the expectation that FHWA would stand behind the funding appropriated by the U.S. Congress via the IIJA and NEVI Formula

DECLARATION OF JAMES P. GRAY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT
NO.   2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Program Guidance. KYTC must have the ability to obligate the previously unlocked amount of $17,790,873 in funding to ensure appropriate oversight and implementation of the 47 contracts through the life of the NEVI program, which includes all construction activities and five full years of EV charging station operations.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 31, 2025 in Frankfort, Kentucky.

_____
James P. Gray

DECLARATION OF JAMES P. GRAY
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY
JUDGMENT
NO.    2:25-cv-00848-TL

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744