The Honorable Tana Lin

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00848-TL |
| PLAINTIFFS, | DECLARATION OF HEATHER J. HILDEBRANDT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION et al., | |
| DEFENDANTS. | |

DECLARATION OF HEATHER J.
HILDEBRANDT IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

I, Heather J. Hildebrandt, declare as follows:

1.    I am a resident of the State of North Carolina. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.    I am currently employed by the North Carolina Department of Transportation ("NCDOT") as the Statewide Initiatives Manager.

3.    In this role, I am responsible for oversight of several federal funding programs, including the Congestion Mitigation and Air Quality Improvement Program and the Carbon Reduction Program as well as statewide and resilience planning.

4.    My responsibilities include implementing the National Electric Vehicle Infrastructure ("NEVI") Formula Program on behalf of NCDOT.

5.    North Carolina has made commitments to minimizing transportation-related emissions by encouraging the use of vehicles that rely on clean and renewable energy, including through Governor Cooper's Executive Orders 80, 246, and 271, and plans resulting from them, as well as signing on to the Multi State Medium- and Heavy- Duty ZEV Memorandum. In addition, the State has passed legislation, House Bill 951 ("Energy Solutions for North Carolina," S.L. 2021-165), which provides the North Carolina Utilities Commission authority to facilitate the build out of electrical vehicle charging infrastructure.

6.    The Infrastructure Investment and Jobs Act ("IIJA") allocated $5 billion over federal fiscal years 2022-2026 for the NEVI Formula Program to fund strategic deployment of electric vehicle ("EV") charging infrastructure.

7.    The NEVI Formula Program, which is administered by the Federal Highway Administration ("FHWA"), plays a critical role in efforts to achieve transportation-related emissions reductions in North Carolina by providing funds to build out EV charging infrastructure.

///

DECLARATION OF HEATHER J.
HILDEBRANDT IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

2

8. North Carolina was apportioned approximately $109 million in NEVI Formula Program funds for fiscal years 2022-2026 to fund the strategic deployment of EV charging infrastructure. To access apportioned funds, states are required to submit a State Electric Vehicle Infrastructure Deployment Plan ("State Plan") for each fiscal year. The FHWA published statutorily-required NEVI Formula Program Guidance to assist states in developing their State Plans.

9. North Carolina's State Plans describe how North Carolina plans to use its NEVI Formula Program funds in accordance with that guidance. NCDOT submitted State Plans to the FHWA covering the first four fiscal years of NEVI Formula Program funds apportioned by the FHWA, representing fiscal years 2022 through 2025. True and correct copies of the State Plans are hereto attached as Attachment 1.

10. The FHWA approved North Carolina's State Plans on September 27, 2022, September 29, 2023, and November 15, 2024. In each approval letter, the FHWA explicitly stated: "With this approval, Fiscal Year. . . funds are now available to North Carolina for obligation." True and correct copies of the FHWA approval letters are hereto attached as Attachment 2.

11. Combined, these approvals made roughly $86 million in funds available for NCDOT to obligate.

12. NCDOT has taken steps to obligate these funds. NCDOT released its NEVI Round 1 Request for Proposals ("RFP") on 11 priority "cluster" sites and issued conditional awards on September 9, 2024. A second cluster map was published on December 4, 2024, in preparation for Round 2.

13. An RFP for Round 2 was set to be released in February 2025, but was halted when NCDOT received a February 6, 2025 letter from Emily Biondi, Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans." A true and correct copy of

DECLARATION OF HEATHER J. HILDEBRANDT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT NO.   2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

the February 6 letter is hereto attached as Attachment 3. The letter informed NCDOT that the new leadership of the U.S. Department of Transportation had "decided to review the policies underlying the implementation of the NEVI Formula Program" and was rescinding all NEVI Formula Program Guidance. The February 6 letter stated that FHWA "aims to have updated draft NEVI Formal Program Guidance published for public comment in the spring" and that it "will publish updated final NEVI Formula Guidance that responds to the comments received" after the public comment period closed.

14.    The February 6 letter also stated that FHWA was "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Program Formula Guidance is issued and new State plans are submitted and approved." As of the date of this declaration, no new guidance has been released.

15.    The February 6 letter therefore made clear that North Carolina would not have access to the full amount that had been made available through its State Plan approvals.

16.    As a direct result of FHWA's actions, NCDOT could only proceed with the $5.9 million in NEVI Formula Program funds already tied to nine construction contracts, leaving roughly $103 million of North Carolina's apportioned funds (approximately $80 million of which was made available for NC to obligate) inaccessible, forcing NCDOT to halt the forthcoming Round 2 solicitation.

17.    FHWA's prohibition on making future obligations from the NEVI Formula Program funds has harmed NCDOT's efforts to reduce emissions through increased use of electric vehicles that would rely upon the charging infrastructure improvements that the NEVI Formula Program was intended to support. In addition, NCDOT will incur unrecoverable NEVI-eligible costs to oversee and manage the program for the 9 approved locations for the 5 years of operations after commissioning as required under the law.

/ / /

DECLARATION OF HEATHER J.
HILDEBRANDT IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

I declare under penalty of perjury under the laws of the State of North Carolina and the United States that the foregoing is true and correct.

Executed on _July 30_, 2025, at _Raleigh_, North Carolina.

_Heather J. Hildebrandt_

Heather J. Hildebrandt

DECLARATION OF HEATHER J.
HILDEBRANDT IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

5