The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO.   2:25-cv-00848-TL |
| PLAINTIFFS, | DECLARATION OF TASIN MALIK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION et al., | |
| DEFENDANTS. | |

DECLARATION OF TASIN MALIK
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
- No. 2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

I, Tasin Malik, declare as follows:

1. I am a resident of the District of Columbia. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the District Department of Transportation (DDOT). DDOT's mission is to equitably deliver a safe, sustainable, and reliable multimodal transportation network for all residents and visitors of the District of Columbia.

3. I am DDOT's Transportation Planner and National Electric Vehicle Infrastructure (NEVI) Program Coordinator. In this role, I oversee planning and implementation of the District's electric vehicle (EV) charging infrastructure deployment, including under the NEVI Program. This includes managing funding DDOT receives from both federal and state sources to ensure that resources are allocated effectively to meet our transportation electrification goals across the District.

4. The District of Columbia has set goals to reduce greenhouse gas emissions, to address air pollution and reduce the adverse effects of climate change. For example, the Clean Energy D.C. Omnibus Act of 2018, D.C. Code § 50-741(b)(4) (2019) (as amended), requires public buses, taxis, rideshare vehicles, and large fleets to transition to zero-emission by 2045. In addition, the District aims for at least 25 percent of all registered vehicles to be zero-emission by 2030. D.C. Code. § 50-921.24(1) (2024). The District's Climate Commitment Amendment Act of 2022 requires the District to be carbon neutral by 2045. D.C. Code § 8-151.09d(a)(5) (2023). And the Comprehensive Electric Vehicle Infrastructure Access, Readiness, and Sustainability Amendment Act of 2024, D.C. Law 25-262 (effective Mar. 7, 2025), seeks to accelerate the adoption of EVs by expanding and improving access to charging infrastructure across the District.

DECLARATION OF TASIN MALIK
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
- No. 2:25-cv-00848-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

5.      Transportation is a major source of carbon pollution in the District of Columbia, contributing to approximately 21% of the District's total greenhouse gas emissions.[1] Vehicle pollution causes health problems, such as cancer and asthma, and contributes to climate change.[2] The transition to electrification of vehicles is critical to the success of the District of Columbia's plans to cut transportation-related greenhouse gas emissions.

6.      DDOT, like other state transportation departments, relies in part on federal funding, including the NEVI Formula Program. Congress established the NEVI Formula Program through the Infrastructure Investment and Jobs Act (IIJA) to provide dedicated funding to states to strategically deploy electrical vehicle charging infrastructure and create an interconnected network that supports data collection, access, and reliability. IIJA, Pub. L. No. 117-58, 135 Stat. 429, 1421 (2021).

7.      The Federal Highway Administration (FHWA) is required to provide NEVI formula funding consistent with the IIJA's requirements. In 2022, the District of Columbia prepared and submitted to the FHWA its District NEVI Electric Vehicle Infrastructure Deployment (EVID) Plans for fiscal years 2022-2026, describing how it intended to use its share of funds to carry out the NEVI Formula Program. The District submitted an updated EVID Plan in 2023 and, again, in 2024.

8.      The FHWA approved the District's EVID Plans in letters dated September 14, 2022, September 29, 2023, and November 15, 2024. Each letter stated, "[w]ith this approval, Fiscal Year . . . funds are now available to the District of Columbia for obligation."

9.      Under the NEVI Formula Program, the District was set to receive $16.7 million in funding over five years through the NEVI Formula Program. At the time the administration effectively suspended the NEVI program, the District had $9.6 million available in unobligated

[1] Dep't of Energy & Env't, *Greenhouse Gas Inventories*, https://doee.dc.gov/am/service/greenhouse-gas-inventories (last visited June 30, 2025).
[2] American Lung Association, *State of the Air: 2025 Report* (Apr. 2025), https://www.lung.org/getmedia/5d8035e5-4e86-4205-b408-865550860783/State-of-the-Air-2025.pdf.

DECLARATION OF TASIN MALIK
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
- No. 2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

funds for fiscal years 2022, 2023, and 2025. It also had about $3.6 million that it expected to receive for fiscal year 2026.

10.     In accordance with its approved EVID Plan, DDOT planned to advance both the requirements of the NEVI program and the District's transportation electrification goals by awarding NEVI funding through a competitive grant to eligible entities to install, operate, and maintain NEVI-compliant Direct Current Fast Charging stations along the District's federally designated Alternative Fuel Corridors (AFCs).[3] The District planned to build a reliable and accessible EV charging network to accelerate the adoption of EVs and reduce range anxiety in the District.

11.     In March 2024, DDOT issued its first Request for Applications (RFA) with $3.5 million in available funding. In October 2024, DDOT announced conditional awards for this first round of funding, including a conditional $1.34 million award to Equilon Enterprises LLC, a subsidiary of Shell Oil Company (Shell), for four[4] NEVI-compliant fast charging locations by the end of 2025.

12.     DDOT also planned to open a second round of funding in 2025, to support further buildout of the remaining AFCs and then expand into community-wide charging. DDOT intended to release a Notice of Funding Availability (NOFA) for the second round of funding around the end of January 2025, and intended to issue a second RFA in March 2025. It hoped to issue conditional awards to additional partners by fall 2025.

13.     On January 20, 2025, however, President Trump issued an Executive Order (EO) entitled Unleashing American Energy. Exec. Order 14154, 90 Fed. Reg. 8,353 (Jan. 29, 2025).

---

[3] The FHWA designates Alternative Fuel Corridors to support the strategic installation of EV charging and other infrastructure. *See* D.C. Pub. Serv. Comm'n, *Clean energy in the District of Columbia,* https://dcpsc.org/CleanEnergy, (last visited July 16, 2025). The District of Columbia has five federally designated AFCs. *See* DDOT, *DDOT Request for Applications, NEVI Program Funding Round #1* at 4 (released Mar. 29, 2024), https://communityaffairs.dc.gov/sites/moca/files/dc/sites/moca/publication/attachments/RFA%20NEVI%202024%20Grants.pdf.

[4] This number was later reduced to three because of considerations related to NEPA.

DECLARATION OF TASIN MALIK
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
- No. 2:25-cv-00848-TL

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Section 7(a) of the EO directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicles charging stations made available through the [NEVI] Program."

14.    After the Unleashing American Energy EO was issued, DDOT paused its plans to issue a second NOFA and RFA because it was not clear whether and when the District's remaining NEVI funding would be available.

15.    On February 6, 2025, DDOT received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty at the FHWA, with the subject line "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

16.    The letter stated that the new leadership of the U.S. Department of Transportation had "decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance. *See* Ex. A.

17.    The letter further claimed that FHWA "aim[ed] to have updated draft NEVI Formal Program Guidance published for public comment in the spring," and that the Agency would "publish updated final NEVI Formula Guidance that responds to the comments received." DDOT is not aware of any such guidance having been published as of the date of this declaration.

18.    The letter then informed DDOT that FHWA would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved." The letter stated, however, that "reimbursement of existing obligations [would] be allowed in order to not disrupt current financial commitments."

DECLARATION OF TASIN MALIK
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
- No. 2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

19.    The February 6 letter made clear that the District of Columbia would not have access to the $9.6 million in unobligated funds for fiscal years 2022, 2023, and 2025 for an unclear and indefinite period of time.

20.    Following the February 6 letter, DDOT continued to pause its second round RFA. That pause has harmed the District by significantly delaying opportunities to secure additional grant agreements[5] for EV charging infrastructure in the District. Indeed, it can take up to six months to even open a new NEVI RFA, which DDOT is not inclined to do given the uncertain status of its NEVI funding. At this time, DDOT's plans for a second round of funding have already been delayed by six months, and DDOT still does not know when it may be able to proceed again.

21.    Unfortunately, the harms caused by FHWA's suspension of the NEVI Program have only continued to mount. Although DDOT was forced to immediately pause its plans for a second round RFA as a result of the suspension of the NEVI program, DDOT was initially able to continue its negotiations with Shell to construct the NEVI-compliant stations in the District using the NEVI funds that the District had already obligated for the Shell award. That effort, however, stalled on June 5, 2025, when the District's conditional grant agreement with Shell fell through.

22.    The grant agreement falling through has compounded the harms caused by the District's inability to proceed with a second round RFA because now DDOT has no public fast charger projects in the pipeline.

23.    This will undermine the District's efforts to increase EV charging infrastructure and EV adoption in the District and will, in turn, delay the District's timeline for meeting its electrification and greenhouse gas reduction goals. Currently, EV adoption in the District remains low; on information and belief, this is driven in large part by insufficient access to

---

[5] DDOT uses grant agreements to structure its funding awards related to building charging infrastructure.

DECLARATION OF TASIN MALIK
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
- No. 2:25-cv-00848-TL

6

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

public charging infrastructure.[6] NEVI funding is a key component of expanding this infrastructure.

24.    The suspension of the NEVI Program is also creating uncertainty for DDOT's budget and project planning efforts. DDOT has had to pause all of its NEVI-related plans and has not yet received guidance from FHWA on how and when to submit future EV Infrastructure Plans. Typically, DDOT would be submitting its Plan in September but, without guidance, it cannot proceed with preparing its Plan or taking steps towards implementing its Plan.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 18th day of July, 2025, at Washington, DC.

Tasin Malik

---

[6] *See* National Electric Vehicle Infrastructure Standards and Requirements, 88 Fed. Reg. 12,724, 12,726 (Feb. 28, 2023) (discussing "range anxiety").

DECLARATION OF TASIN MALIK
IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT
- No. 2:25-cv-00848-TL

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744