The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

STATE OF WASHINGTON, et al.,

                    PLAINTIFFS,

     v.

U.S. DEPARTMENT OF
TRANSPORTATION et al.,

                    DEFENDANTS.

NO.   2:25-cv-00848-TL

DECLARATION OF MICHAEL B.
CARROLL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT

DECLARATION OF MICHAEL B.
CARROLL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

1

I, Michael B. Carroll, declare as follows:

1.      I am a resident of the State of Pennsylvania. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently the Secretary of Transportation for the Commonwealth of Pennsylvania. I was confirmed to that position by the Pennsylvania Senate on May 2, 2023.

3.      As Secretary, I am responsible for the operation and management of the Pennsylvania Department of Transportation ("PennDOT"). PennDOT is an agency of the Commonwealth of Pennsylvania that oversees programs and policies affecting highways, urban and rural public transportation, driver licensing, motor vehicles, airports, railroads, ports, and waterways.

**NEVI Funding for Pennsylvania in the IIJA**

4.      Congress created the National Electric Vehicle Infrastructure (NEVI) Formula Program as part of the Infrastructure Investment and Jobs Act (IIJA). The IIJA was signed into law by President Joe Biden on November 15, 2021.

5.      In accordance with the statutory formula established by the IIJA, PennDOT was to receive $171.5 million in NEVI funding over five federal fiscal years, including $25.4 million in Federal Fiscal Year (FFY) 2022 and an additional $36.5 million, annually, in FFY 2023 through and including FFY 2026.

6.      Pennsylvania, through PennDOT, submitted State Electric Vehicle Infrastructure Deployment Plans to the FHWA covering the first four fiscal years of NEVI

DECLARATION OF MICHAEL B.
CARROLL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

2

Formula Program funds apportioned by the FHWA, representing fiscal years 2022 through 2025.

7.     As of January 2025, PennDOT had available for obligation $134.9 million of NEVI funding, consistent with the statutory formula established in the IIJA. PennDOT obligated approximately $77 million to build out the alternative fuel corridor (AFC), as contemplated by the IIJA, leaving a balance of $58 million available for obligation through year four of the NEVI program.

8.     Based on FHWA's approvals and consistent with the IIJA, PennDOT entered into contracts with competitively-selected sub-recipients of NEVI monies. These sub-recipients began to build the AFC.

9.     On January 8, 2025, PennDOT submitted a certification to FHWA confirming that it had substantially completed AFC buildout. PennDOT's certification also stated that, upon approval, PennDOT was ready, willing and able, to move forward with the NEVI program by obligating the remaining balance of $58 million.

10.     But on February 6, 2025, the U.S. Department of Transportation and FHWA summarily and retroactively rescinded its approval of PennDOT's state plans for FFY 2022 through and including FFY 2025 and similarly withheld PennDOT's statutorily-mandated funding.

11.     FHWA's actions have placed PennDOT in an impossible situation. PennDOT's competitively-selected sub-recipients of NEVI monies continue to construct AFC charging stations based on FHWA's prior approval and PennDOT's prior obligation of available NEVI funds. But PennDOT is prevented from accessing $58 million of NEVI monies that it could

DECLARATION OF MICHAEL B.
CARROLL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744

obligate if U.S. DOT and its FHWA certified its full AFC build out and had not unlawfully rescinded NEVI Program Guidelines and PennDOT's approved state plans.

12.    Today, PennDOT is unable to access NEVI funds appropriated by Congress and previously apportioned by FHWA. PennDOT relied on the availability of these funds, which was contemplated by the IIJA, when it built out its AFC. The unavailability of the remainder of the statutorily-appropriated funds imperils PennDOT's entire NEVI program beyond AFC build out.

13.    Although FHWA has issued new NEVI guidance in recent days, PennDOT remains in limbo. This new guidance does not mean that PennDOT's certification of the AFC buildout has been or will be approved, meaning that it continues to be unable to access NEVI funds for obligation. PennDOT thus remains harmed by FHWA's prior unlawful actions.

14.    As a direct result of FHWA's unlawful actions, PennDOT and Governor Shapiro continue to be deprived of access to congressionally-appropriated and apportioned funds to carry out their State Plans, which irreparably impairs those State Plans. Relief is necessary so that PennDOT can comply with the law, carry out its carefully-tailored State Plans, and provide Pennsylvania residents with programs and services they have been promised by their federal and state governments.

DECLARATION OF MICHAEL B.
CARROLL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

4

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

DATED this 14th day of August 2025, at Harrisburg, Pennsylvania.

Michael Carroll

Digitally signed by Michael Carroll
Date: 2025.08.14 15:05:42 -04'00'

MICHAEL B. CARROLL
SECRETARY OF TRANSPORTATION

DECLARATION OF MICHAEL B.
CARROLL IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.    2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744