The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STATE OF WASHINGTON, et al.,

                PLAINTIFFS,

    v.

U.S. DEPARTMENT OF TRANSPORTATION et al.,

                DEFENDANTS.

NO.   2:25-cv-00848-TL

DECLARATION OF ANDREW PERCHLIK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

DECLARATION OF ANDREW
PERCHLIK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

## DECLARATION OF ANDREW PERCHLIK

I, Andrew Perchlik, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Vermont. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a member of the Senate in the Vermont General Assembly (Vermont's statewide legislature). I have served in the Senate since 2019. I have served as a member of the Senate Transportation Committee since my election and began serving as Vice-Chair of that committee for the 2021-2022 legislative biennium. When I was appointed Vice-Chair of the Senate Committee on Appropriations in 2023, I stepped down as Vice-Chair of the Transportation Committee, but I was reappointed as Vice-Chair of the Transportation Committee in 2024 and served as Chair of the Transportation Committee from roughly March through May 2024. I currently serve as the Chair of the Senate Committee on Appropriations and have since January 2025.

3. As a member, Vice Chair, and Chair of the Transportation Committee, I became familiar with Vermont's transportation policy, the State's reliance on federal funding to support its operations, and in particular, Vermont's plans for taking advantage of the federal funding opportunities provided by the National Electric Vehicle Infrastructure (NEVI) program.

4. Moreover, as Chair of the Appropriations Committee, I am very familiar with Vermont's state funding processes, including transportation funding and the Vermont Agency of Transportation's funding needs. In my leadership roles on both committees, I worked on, presented, and reviewed the Vermont Agency of Transportation's annual budget and all annual expenditures, transfers, and incoming revenue (including federal grants) of the Transportation

DECLARATION OF ANDREW
PERCHLIK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Fund. I presented this appropriation to the Vermont State Senate and the joint Committee of Conference, including members of the Vermont House of Representatives, for final legislative approval.

5.      Vermont relies on a combination of State and Federal funding to support its transportation operations, maintenance and infrastructure projects. While state revenues fund a significant portion of Vermont's transportation budget, Federal funding remains a critical component. Vermont's ability to plan and execute long-term improvements often depends on the stability and availability of federal transportation programs and grants.

6.      Vermont has long supported the deployment of electric vehicles (EVs) and other zero emissions vehicles across multiple vehicle classes as a means of reducing the environmental effects of the transportation sector, supporting the State's economy, and achieving its state greenhouse gas emissions reductions targets. For example, since 2020 Vermont has appropriated over $27 million for the State of Vermont Clean Transportation Incentive Programs, which incentivize consumers to transition to cleaner vehicles like plug-in hybrids and EVs.[1]  The State's current Comprehensive Energy Plan also calls for increased use of EVs, recognizing the economic benefit of EVs to Vermont and the environmental benefits of EVs beyond reduction of greenhouse gas emissions. [2]

7.      Indeed, Vermont has been a leader in public EV charging deployment. As a member of the Senate Transportation Committee, I participated in legislative oversight of a ten-year, statewide strategic Electric Vehicle Supply Equipment development plan—developed in

/ / /

/ / /

---

[1] [1] *See* Vermont Agency of Transportation Report to Senate Transportation, available at: https://legislature.vermont.gov/Documents/2026/Workgroups/Senate%20Transportation/Reports%20and%20Resour ces/W~Agency%20of%20Transportation~Clean%20Transportation%20Incentive%20Programs%20Report~2-3-2025.pdf .

[2] *See* 2022 Vermont Comprehensive Energy Plan, § 5.4, available at: https://publicservice.vermont.gov/sites/dps/files/documents/2022VermontComprehensiveEnergyPlan_0.pdf.

DECLARATION OF ANDREW
PERCHLIK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

the Fall of 2021 by the Agency of Transportation—which later became the foundation of its NEVI Formula Program Plan.[33]

8.     Moreover, the State's Global Warming Solutions Act, 2020 Vt. Acts & Resolves, No. 153, requires the State to significantly reduce greenhouse gas emissions below historic levels in the coming decades, and the State has prepared a Climate Action Plan to identify steps to meet those goals.[4] Development of EV charging infrastructure to support transportation electrification is a Climate Action Plan priority.[5]

9.     Like many states, Vermont expected the NEVI Formula Program established in the Infrastructure Investment and Jobs Act ("IIJA") to play a significant role in the State's ability to transition to electrification of vehicles in the State.

10.     Vermont submitted to the Federal Highway Administration ("FHWA") State Electric Vehicle Infrastructure Development Plans covering the first four years of the NEVI Formula Program funds apportioned by the FHWA, representing fiscal years 2022 through 2025.

11.     The FHWA approved the State's initial Plan and Plan updates in letters dated September 27, 2022, September 29, 2023, and November 15, 2024.

12.     In April 2024, Vermont opened one of the first NEVI-funded EV fast charging stations in the nation in Bradford, Vermont. Vermont hoped to have 14 other locations under contract by the end of 2024.

13.     Vermont was apportioned an approximate total of $21 million in funds over five fiscal years dedicated to carrying out the NEVI Formula Program. The State's shares of NEVI Formula Program Funds for fiscal years 2022 through 2025 were made available to the State to obligate upon the FHWA's approval of its State Electric Vehicle Infrastructure Development

---

[3] Additional information about that process can be found at https://vtrans.vermont.gov/climate/charging/nevi
[4] Vermont's Climate Action Plan, available at:
https://climatechange.vermont.gov/sites/climatecouncilsandbox/files/2021-12/Initial%20Climate%20Action%20Plan%20-%20Final%20-%2012-1-21.pdf.
[5] *See* Climate Action Plan at 76; 2024 NEVI Plan document at 3, available at:
https://vtrans.vermont.gov/sites/aot/files/climate/Vermont%20FFY25%20NEVI%20State%20Plan%20Update.pdf.

DECLARATION OF ANDREW
PERCHLIK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

4

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

Plans covering those fiscal years. The first four fiscal years of apportioned funding equaled approximately $16.7 million.

14.    On January 20, 2025, President Trump issued an Executive Order ("EO") entitled Unleashing American Energy. Section 7(a) of the EO directs all agencies to "immediately pause disbursement of funds appropriated through" the IIJA, "including but not limited to funds for electric vehicle charging stations made available through the [NEVI] program."

15.    I understand, based on publicly available documents and communications with officials in Vermont's Agency of Transportation that on February 6, 2025, Vermont received a letter from Emily Biondi, the Associate Administrator for the Office of Planning, Environment and Realty in the FHWA, with the subject "Suspending Approval of State Electric Vehicle Infrastructure Deployment Plans."

16.    The February 6 letter informed State Transportation Directors that the new leadership of DOT "has decided to review the policies underlying the implementation of the NEVI Formula Program" and was therefore rescinding NEVI Formula Program Guidance.

17.    The February 6 letter further claimed that FHWA "aims to have an updated draft NEVI Formula Program Guidance published for public comment in the spring" and that the Agency "will publish updated final NEVI Formula Guidance that responds to comments received" after the public comment period has closed.

18.    Finally, the FHWA advised that it would be "immediately suspending the approval of all State Electric Vehicle Infrastructure Deployment plans for all fiscal years" and prohibiting future obligations "under the NEVI Formula Program until the updated final NEVI Formula Program Guidance is issued and new State plans are submitted and approved."

19.    The February 6 letter therefore made clear that the State would not have access to the unobligated total of $15.9 million in unobligated Fiscal Year 2022-2025 funds which had been made available to Vermont through its State Plan Approvals. I am not aware of any further

///

DECLARATION OF ANDREW
PERCHLIK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

communication to Vermont from FHWA indicating when those funds may be available in the future.

20.     Acting in reliance on the FHWA's approval of its State Plans, which, consistent with the IIJA, NEVI Formula Program Guidance, and the FHWA's representations, made NEVI Formula Program funds available for obligation until expended, Vermont expended significant resources to establish planning milestones for the development public electric vehicle supply equipment, the availability of which is critical to accelerating EV adoption in the State and broader region. In December 2024, the State awarded $9.3 million in federal funding to 11 public fast-charger projects along the state's busiest highway corridors, but had to halt that work after receiving the February 6 notice from the FHWA.

21.     Vermont's ability to protect its citizens health and safety and the environment will also be impacted with this suspension of funding and rescission of plan approvals unless the state is able to find additional funding to make up for the federal shortfall—an outcome that is highly unlikely Moreover, I anticipate that the State will experience continued and increased difficulties in securing contractors to participate in any continuation of the NEVI program due to the uncertainty caused by the actions of FHWA in suspending the funding and plan approvals.

22.     For example, one of the contractors who had contracted with Vermont to do the work funded through the NEVI grants was in touch with my office to discuss the contract, which had been frozen by the Agency of Transportation due to the funding freeze announced in the FHWA's February 6 letter. That contractor expressed concerns about its ability to complete future work because of the uncertainty arising from the federal freeze, suggesting they would have to lay off staff.

/ / /

/ / /

/ / /

/ / /

DECLARATION OF ANDREW
PERCHLIK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

6

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this ____15____day of ____July_____, 2025, at _Marshfield_____,

Vermont.

_____

[Siganatory]

DECLARATION OF ANDREW
PERCHLIK IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

7

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744