The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 2:25-cv-00848-TL |
| PLAINTIFFS, | DECLARATION OF BRADLEY C. WIEFERICH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| U.S. DEPARTMENT OF TRANSPORTATION et al., | |
| DEFENDANTS. | |

DECLARATION OF BRADLEY C.
WIEFERICH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO. 2:25-cv-00848-TL

1

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744

## DECLARATION OF BRADLEY C. WIEFERICH

I declare under penalty of perjury under the laws of and the United States that, to the best of my knowledge, the foregoing is true and correct.

BACKGROUND

1. I am a resident of the State of Michigan. I am over the age of 18 and have personal knowledge of all the facts stated herein, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Director of the Michigan Department of Transportation (MDOT) and have held that position since 2023.

3. MDOT is responsible for the construction, maintenance, and repair of the Michigan state trunkline highway system. In addition, MDOT receives federal transportation funding for various transportation purposes, including federal funding for the National Electric Vehicle Infrastructure (NEVI) Formula program.

4. As part of my regular job duties, I oversee staff who manage the NEVI program for MDOT. My staff is familiar with MDOT's administration and implementation of the NEVI program.

5. Under the Infrastructure Investment & Jobs Act, MDOT was apportioned $110,061,712 in NEVI Formula program funds over five fiscal years to carry out the goals of the NEVI program, including by installing a network of electric-vehicle (EV) charging stations across Michigan.

DECLARATION OF BRADLEY C.
WIEFERICH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO. 2:25-cv-00848-TL

2

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744

6. In compliance with NEVI Program guidelines, MDOT submitted its State Electric Vehicle Infrastructure Deployment plans (State Plans) to the FHWA in August 2022, August 2023, and July 2024.

7. The FHWA approved MDOT's State Plans by letters dated September 14, 2022, September 29, 2023, and November 15, 2024. In each approval letter, the FHWA explicitly stated: "With this approval, Fiscal Year . . . funds are now available to Michigan for obligation."

8. Through these approvals, the FHWA made $86,618,888 in NEVI Formula Program funds available to MDOT for obligation for Fiscal Years 2022-2025.

9. FHWA has since approved the obligation of $57,961,354 of MDOT's available NEVI Formula Program funds.

10. MDOT has used these obligated funds to carry out its State Plans and the purposes of the NEVI Formula Program by implementing its Round 1 and Round 2 NEVI program solicitations.

11. MDOT issued its Round 1 Request for Proposals on August 31, 2023, seeking proposals for the installation of up to 43 NEVI charging stations in Michigan. MDOT has entered into approximately 26 contracts and intends to enter into up to 8 additional contracts as the result of its Round 1 solicitation.

12. MDOT issued a Round 2 Request for Proposals on November 20, 2024, seeking proposals for the installation of up to 48 NEVI charging stations in Michigan. MDOT has announced selections for Round 2 and is currently working toward contract execution for the selected vendors.

DECLARATION OF BRADLEY C. WIEFERICH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT NO. 2:25-cv-00848-TL

3

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744

13. MDOT has $28,657,534.08 in remaining apportioned NEVI Program Funds for Fiscal Years 2022-2025, which it intended to obligate (combined with its Fiscal Year 2026 apportionment) for a Round 3 solicitation to install up to an additional 65 EV charging stations in Michigan. However, MDOT is currently unable to obligate these NEVI Program Funds due to the FHWA's unlawful actions.

14. As a result of FHWA's unlawful actions, Michigan has been deprived of access to $28,657,534.08 of its apportioned NEVI Formula Program funds.

15. In addition, MDOT has been apportioned $23,442,824 in NEVI Formula Program funds for Fiscal Year 2026. If FHWA's unlawful actions continue, MDOT may not be able to obligate those apportioned funds in the future.

16. The loss of this apportioned funding would significantly impede MDOT's ability to develop a statewide network of EV charging stations by fully building out Michigan's Alternative Fuel Corridors (AFCs). This could result in critical charging gaps along Michigan's AFCs, thereby increasing range anxiety or loss-of-charge incidents and reducing or delaying EV adoption.

17. Additionally, the FHWA's actions in suspending MDOT's previously approved State Plans have cast uncertainty on the NEVI program's future and, on information and belief, have negatively affected MDOT's current NEVI implementation efforts. Since the FHWA rescinded its approval of MDOT's State Plans, five selected vendors declined to proceed with project awards from MDOT's Round 1 solicitation. In addition, MDOT accepted proposals for its Round 2 solicitation on March 14, 2025, approximately one month after the

DECLARATION OF BRADLEY C. WIEFERICH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT NO. 2:25-cv-00848-TL

4

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744

FHWA advised the States of its suspension of approved NEVI State Plans. MDOT received proposals from fewer project companies than it did in Round 1, and it did not receive any proposals for several locations in its AFC network.

18. Further, if MDOT is unable to proceed with its Round 3 solicitation, it will undermine the environmental and societal goals underlying the NEVI program. These include reducing greenhouse-gas emissions and fuel costs, improving air quality, providing EV charging stations for underserved communities and tourist destinations, and bringing other EV business, technology, and partnering opportunities to Michigan.

DATED this 13th day of August 2025, at _Lansing_, Michigan

Bradley C. Wieferich, P.E.
Director, Michigan Department of
Transportation

DECLARATION OF BRADLEY C.
WIEFERICH IN SUPPORT OF
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
NO.   2:25-cv-00848-TL

5

ATTORNEY GENERAL OF WASHINGTON
ENVIRONMENTAL PROTECTION DIVISION
800 FIFTH AVENUE STE 2000
SEATTLE, WA 98104
206-464-7744