Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>SIERRA CLUB, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>Defendants. | Case No. 25-cv-00848-TL<br><br>SUPPLEMENTAL DECLARATION OF EMILY BIONDI |

SUPPLEMENTAL DECLARATION OF EMILY BIONDI

Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al., | Case No. 2:25-cv-00848 |
| Plaintiffs, | |
| vs. | |
| U.S. DEPARTMENT OF TRANSPORTATION, et al., | |
| Defendants. | |

### SUPPLEMENTAL DECLARATION OF EMILY BIONDI

I, Emily Biondi, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am employed by the Federal Highway Administration ("FHWA"), an operating administration of the United States Department of Transportation ("DOT"), as the Associate Administrator for Planning, Environment, and Realty.

2. As the Associate Administrator for Planning, Environment, and Realty, my duties include providing executive leadership to FHWA's planning and environmental program and the development of policies and direction for nationwide programs of right-of-way acquisition, corridor preservation, relocation assistance, property management and related aspects of the Federal-aid program. As part of my duties, I oversee the Office of Planning, Environment, and Realty, which administers the National Electric Vehicle Infrastructure Formula Program ("NEVI Program"). I make this declaration based on my personal knowledge, information conveyed by other FHWA and DOT employees, and FHWA and DOT records.

3. On August 11, 2025, FHWA published Interim Final Guidance that updated the requirements for States' Electric Vehicle (EV) Infrastructure Deployment Plans ("Plans")

submitted to FHWA as part of the NEVI Program.[1]

4. Since August 11, 2025, and as of September 26, 2025, 50 States have submitted Plans for fiscal years 2022 through 2026 to FHWA pursuant to the August 11 guidance.

5. All 21 States that are plaintiffs in this action have submitted Plans to FHWA pursuant to the August 11 guidance: Arizona, California, Colorado, Delaware, District of Columbia, Hawaii, Illinois, Kentucky, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, and Wisconsin.

6. The following 29 non-plaintiff States have submitted Plans pursuant to the August 11 guidance: Alabama, Alaska, Arkansas, Connecticut, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Maine, Massachusetts, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, North Dakota, Ohio, Oklahoma, Puerto Rico, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, and West Virginia.

7. As of September 26, 2025, two States have not submitted Plans to FHWA pursuant to the August 11 guidance: Florida and Wyoming.

8. As of September 26, 2025, FHWA has approved Plans submitted pursuant to the August 11 guidance for the following 41 States: Alabama, Arkansas, California, Colorado, Connecticut, Delaware, Georgia, Hawaii, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Michigan, Minnesota, Mississippi, Missouri, Montana, Nevada, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode

---

1 The NEVI Program allocates funds to all 50 states, Puerto Rico, and Washington, D.C. Like the Interim Final Guidance, this declaration refers to all 52 NEVI Program funding recipients collectively as "States."

Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, Wisconsin, and West Virginia.

9. As of September 26, 2025, States that are able to obligate NEVI Program funds under the preliminary injunction in this case or that have FHWA-approved Plans in effect pursuant to the August 11 guidance have obligated a total of $440,564,315.63 in NEVI Program funds since July 2, 2025.

10. As of September 26, 2025, the following nine States have obligated all of their apportioned NEVI funds for fiscal years 2022 through 2025: Colorado, Hawaii, Kentucky, Maine, Massachusetts, Oregon, Pennsylvania, Vermont, and Washington.

11. FHWA's review of Plans submitted pursuant to the August 11 guidance remains ongoing. FHWA is working to promptly complete its review of the Plans.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2025.

_____
Emily Biondi
Associate Administrator for Planning,
Environment, and Realty
Federal Highway Administration
United States Department of Transportation