Exhibit A



**From:** ████████ (FHWA) <████████@dot.gov>
**Sent:** Thursday, November 20, 2025 2:45 PM
**To:** ████████████ <████████████@wsdot.wa.gov>
**Cc:** ████████████ <████████@dot.gov>; ████████ (FHWA) <████████@dot.gov>; ██
████ <████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>; ████████
<████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>; ████████

 @wsdot.wa.gov>

**Subject:** RE: Short NEVI Meeting

 ,

Can you give me a call so we can get something on the calendar.  The NEVI funds <u>are not</u> being taken away from WSDOT, they are being deobligated, until the next phase of work is ready for authorization.  This <u>is not</u> tied to any lawsuit.


Thanks


Financial Manager
Washington Division
Federal Highway Administration
█████ (Office)
█████ (Office Cell)
█████@DOT.GOV

---

**From:** ████████ <████████@wsdot.wa.gov>
**Sent:** Thursday, November 20, 2025 2:13 PM
**To:** ██████ (FHWA) <██████@dot.gov>
**Cc:** ████████ (FHWA) <████████@dot.gov>; ████████ (FHWA) <████████@dot.gov>; ████████ <████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>
**Subject:** RE: Short NEVI Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.



Hi █████ ,

████████████ and ████████ will be connecting with you. They have asked CPDM to not do anything at the moment.

Thank you,


---

**From:** ██████ (FHWA) <██████@dot.gov>
**Sent:** Thursday, November 20, 2025 1:47 PM
**To:** ████████ <████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>
**Cc:** ████████████ <████████@dot.gov>; ████████ (FHWA) <████████@dot.gov>; ██████ <████████@wsdot.wa.gov>; ████████ <████████@wsdot.wa.gov>; ████████



 @wsdot.wa.gov>

**Subject:** RE: Short NEVI Meeting

▮ ,

Did you want to meet this afternoon, or Monday?  I am out of the office tomorrow.

Its important to note, that I will be required to go into FMIS and deobligate the funds.  I will have to create a mod at my end, then deobligate the NEVI funds.  My preference is for you folks to send down a mod.

Thanks


Financial Manager
Washington Division
Federal Highway Administration
▮ (Office)
▮ (Office Cell)
@DOT.GOV

---

**From:** ▮ (FHWA)
**Sent:** Thursday, November 20, 2025 1:21 PM
**To:** ▮ < ▮ @wsdot.wa.gov>
**Cc:** ▮ (FHWA) < ▮ @dot.gov>; ▮ (FHWA) < ▮ @dot.gov>; ▮ < ▮ @wsdot.wa.gov>; ▮ < ▮ @wsdot.wa.gov>; ▮ < ▮ @wsdot.wa.gov>; ▮ < ▮ @wsdot.wa.gov>
**Subject:** RE: Short NEVI Meeting

We will need to have a meeting on this.  ▮ what is your current biennial funding/budget for your planning functions.

Thanks


Financial Manager
Washington Division
Federal Highway Administration
▮ (Office)
▮ (Office Cell)
@DOT.GOV

---

**From:** ▮ < ▮ @wsdot.wa.gov>
**Sent:** Thursday, November 20, 2025 1:08 PM



**To:** ████ (FHWA) <████ @dot.gov>
**Cc:** ████ (FHWA) <████ @dot.gov>; ████ (FHWA) <████ @dot.gov>; ████ <████ @wsdot.wa.gov>; ████ <████ @wsdot.wa.gov>; ████ ████ <████ @wsdot.wa.gov>; ████ <████ @wsdot.wa.gov>
**Subject:** RE: Short NEVI Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

████ - please don't assume we are agreeing to deobligate any of the NEVI funding. We don't understand why this is required.

Happy to discuss and provide planning numbers.

████
████
Alternative Fuels Program Manager
Innovative Partnerships
Washington State Department of Transportation
████ @wsdot.wa.gov
Mobile ████

**From:** ████ (FHWA) <████ @dot.gov>
**Sent:** Thursday, November 20, 2025 12:52 PM
**To:** ████ <████ @wsdot.wa.gov>; ████ <████ @wsdot.wa.gov>
**Cc:** ████ <████ @dot.gov>; ████ (FHWA) <████ @dot.gov>; ████ ████ <████ @wsdot.wa.gov>; ████ <████ @wsdot.wa.gov>; ████ <████ @wsdot.wa.gov>
**Subject:** RE: Short NEVI Meeting



████ ,

If you have what you need, we don't need to have a meeting. (Your call.) I am assuming that ████ is getting you folks a number to deobligate.

Just let me know.  I am out tomorrow.

Thanks

████

Financial Manager

Washington Division
Federal Highway Administration
███████ (Office)
███████ (Office Cell)
███████ @DOT.GOV

---



**From:** ████████ <████████ @wsdot.wa.gov>
**Sent:** Thursday, November 20, 2025 9:58 AM
**To:** ██████ (FHWA) <██████ @dot.gov>
**Cc:** ████████ (FHWA) <████████ @dot.gov>; ████████ (FHWA) <████████ @dot.gov>; ████████ <████████ @wsdot.wa.gov>; ██████ <██████ @wsdot.wa.gov>; ██████ <██████ @wsdot.wa.gov>; ████████ <████████ @wsdot.wa.gov>
**Subject:** RE: Short NEVI Meeting

> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Will do, ████

Stay tuned for a meeting request from ████ or me.

Thank you for your support. I also wanted to drop here the status of the NEVI funding:

- $10,489,110 in FFY 2022 funds, federal program code Y130. Obligated.
- $15,093,948 in FFY 2023 funds, federal program code Y133. Obligated.
- $15,094,052 in FFY 2024 funds, federal program code Y134. Obligated.
- $15,094,065 in FFY 2025 funds, federal program code Y136. Obligated. Total obligated to date: $55,771,175.
- $15,094,096 in FFY2026 funds still need to be obligated. Federal program code Y137.

████████

---



**From:** ██████ (FHWA) <██████ @dot.gov>
**Sent:** Thursday, November 20, 2025 9:51 AM
**To:** ████████ <████████ @wsdot.wa.gov>; ██████ <██████ @wsdot.wa.gov>; ████ <██████ @wsdot.wa.gov>; ████████ <████████ @wsdot.wa.gov>
**Cc:** ████████ <████████ @dot.gov>; ████████ (FHWA) <████████ @dot.gov>
**Subject:** RE: Short NEVI Meeting

████████,

Check in with ████, and schedule a meeting. This afternoon may be better, so wsdot folks can figure out what needs to remain on the federal agreement for current planning / oversight activities.



■
Financial Manager
Washington Division
Federal Highway Administration
■ (Office)
■ (Office Cell)
■@DOT.GOV

**From:** ■ <■@wsdot.wa.gov>
**Sent:** Thursday, November 20, 2025 9:42 AM
**To:** ■ <■@wsdot.wa.gov>; ■ (FHWA) <■@dot.gov>; ■ <■@wsdot.wa.gov>; ■ <■@wsdot.wa.gov>
**Cc:** ■ (FHWA) <■@dot.gov>; ■ (FHWA) <■@dot.gov>
**Subject:** RE: Short NEVI Meeting

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I am available all day.

Thanks,

■

**From:** ■ <■@wsdot.wa.gov>
**Sent:** Thursday, November 20, 2025 9:33 AM
**To:** ■ (FHWA) <■@dot.gov>; ■ <■@wsdot.wa.gov>; ■ <■@wsdot.wa.gov>; ■ <■@wsdot.wa.gov>
**Cc:** ■ <■@dot.gov>; ■ (FHWA) <■@dot.gov>
**Subject:** RE: Short NEVI Meeting

I am not available this morning but am comfortable with ■ standing in for me

**From:** ■ (FHWA) <■@dot.gov>
**Sent:** Thursday, November 20, 2025 9:31 AM
**To:** ■ <■@wsdot.wa.gov>; ■ <■@wsdot.wa.gov>; ■ <■@wsdot.wa.gov>; ■ <■@wsdot.wa.gov>
**Cc:** ■ <■@dot.gov>; ■ (FHWA) <■@dot.gov>
**Subject:** Short NEVI Meeting

When can we have a very short NEVI meeting?  I have a meeting today from 11:00-12 Noon that can't be moved.  I can move all other meetings to meet with all of you.

Its Important.

Thanks

███

Financial Manager
Washington Division
Federal Highway Administration
███          (Office)
              (Office Cell)
        @DOT.GOV