Exhibit B

**Theodore McCombs**

| | |
|---|---|
| **From:** | ████████ (FHWA) <████████@dot.gov> |
| **Sent:** | Monday, November 24, 2025 2:22 PM |
| **To:** | ████████; ████████; ████████; ████████; ████████@wsdot.wa. |
| **Cc:** | ████████; ████████; ████████ (FHWA); |
| **Subject:** | FEDERAL PROJECT NO: 9999892 - (Division DEOBLIGATION) PROJECT TITLE: Washington Electric Vehicle Infrastructure Plan and Deployment |
| **Attachments:** | 9999892 FHWA37 (2).pdf; 9999892 Project Modification (3).pdf; 9999892 - FMISD02A-Project Fund History Report - All Summary .pdf |

**Please See Attached – Division Deobligation on Project ($1,000,000 of NEVI funds Left on the Fed Agreement) - $54,771,175 NEVI Funds Deobligated.**

**Project Modification:**

**FEDERAL PROJECT NO: 9999892**
**PROJECT TITLE:** Washington Electric Vehicle Infrastructure Plan and Deployment

1

Recipient: 53-Washington          Federal Project Number: 9999892
Recipient Project Numbers: 000Other

## Detail information

| | | | |
|---|---|---|---|
| Program Code: | Y130 | Detail Number: | 2 |
| Demo Id: | | Purpose Id: | |
| Improvement Type: | 44 - Other | Fund Source: | Y130 |
| Recode: | 026 | Withdrawal Area: | 0 |
| Prefix: | NEVI | FAIN: | 693JJ22330000Y130WA9999892 |
| Grant Number: | | Funding Opportunity Number: | |

## Funding

| | |
|---|---|
| Adv Construction: | $0.00 |
| Federal Funds: | $1,000,000.00 |
| State Funds: | $100,000.00 |
| Local Funds: | $0.00 |
| Private Funds: | $9,284,633.00 |
| Non-Monetary: | $0.00 |
| Other Funds: | $0.00 |
| Total Cost: | $10,384,633.00 |

**FHWA REMARKS:**
This Mod is completed by FHWA Division. WSDOT didn't generate this modification. Adjust to current plan. Deobligated all NEVI funds
except $1,000,000 of Y130 for ongoing planning and Pre-Design activities needed to implement NEVI construction projects. Toll credits =
$200,000. $9,284,633 of private funds moved to detail Y130 detail #2. 23CFR§630.106(a)(4) (FAJIV 11/24/2025)

NOTE:  All other Details had to be withdrawn since they had $0 federal funds obligated.

Please call if you have questions.


Financial Manager
Washington Division

Federal Highway Administration
          (Office)
          (Office Cell)
     @DOT.GOV