Exhibit C

**From:** ███████████
**To:** ████
**Subject:** Meeting with FHWA Division Office RE: NEVI
**Date:** Wednesday, November 19, 2025 9:36:25 AM

On 11/19/25, ████████ and █████████ met with me in my office. █████████ from IDOT joined in person and ███████████ attended virtually.

At this meeting ████████ explained that Illinois' Round 2 and Round 3 obligations of NEVI funds is a conditional obligation. In order to allow the conditional obligation to continue we need to send an email to █████████ by 11/30 saying that all round 1 and round 2 sites have NEPA approved. If not, then we will need to submit a de-authorization request for those sites.

We were also told we will need to submit a de-authorization request for the round 3 obligation.

We also discussed a fully built out approval letter. We submitted a draft letter for their consideration based on our interpretation of the 8/11/25 guidance and what other states have done. The division office is working on interpreting the fully built out guidance and will provide feedback.

████████, please confirm these are the take aways or add anything to your recollection.

Thanks
████

█████████████████████
Director, Office of Planning & Programming
Illinois Department of Transportation
█████████████@Illinois.gov
███████████

I have sent this message at a convenient time for me, If you receive this email outside of working hours please respond at a time that is convenient for you.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.