Exhibit D



U.S. Department
of Transportation
**Federal Highway
Administration**

Arizona Division

October 2, 2025

4000 N. Central Ave, Suite 1500
Phoenix, Arizona 85012-3500
(602) 379-3646
(602) 382-8998 (FAX)
http://www.fhwa.dot.gov/azdiv

In Reply Refer to:
TRAP 22- National Electric Vehicle Infrastructure

SENT ELECTRONICALLY

Jennifer Toth
Director
Arizona Department of Transportation
206 South 17th Avenue
Phoenix, AZ  85007
Via Email: jschneider@azdot.gov

Attention:  Jesse Schneider

Dear Ms. Toth:

The Federal Highway Administration (FHWA) has completed our review of the *Streamlined 2025 Arizona Department of Transportation Electric Vehicle Charging Infrastructure Deployment Plan* (Deployment Plan).  ADOT's Deployment Plan is approved for implementation, and with this approval Fiscal Year 2026 funds are now available to Arizona for obligation.

We reviewed the plan in accordance with the National Electric Vehicle Infrastructure (NEVI) Program Interim Final Guidance published August 11, 2025, and confirmed that the plan, as submitted, satisfies the required statutory and regulatory requirements.  The Deployment Plan includes both new and upgraded stations along the Interstates as well as nominations for nine (9) additional Alternative Fuel Corridors (AFC's):

- State Route (SR) 77, Show Low to Holbrook
- SR 77, Tucson to Pima County Border
- SR 69, Interstate 17 (I-17) to Prescott
- SR 89A/89, from SR 69 to just north of Paulden (Milepost 339)
- SR 179, I-17 to Sedona
- SR 89/89A, Cottonwood to Sedona
- SR 260, I-17 to Cottonwood/SR 89A
- SR 85, I-8 (Gila Bend) to I-10 (Buckeye)
- SR 287, Casa Grande to I-10

As noted in your Deployment Plan, FHWA has not solicited a 9th round of AFC nominations, and as such, we are unable to approve the 2025 AFC nominations included in the plan.

Therefore, while the Deployment Plan is approved, any stations located on these new proposed corridors cannot be authorized until either (1) The AFC nominations are approved by FHWA, or (2) Arizona requests and obtains certification that the designated AFCs for EVs in the State are fully built out.

Please feel free to contact me directly at 602-382-8989 or anthony.sarhan@dot.gov if you have any questions.

Sincerely,

ANTHONY
NASSER
SARHAN

Digitally signed by
ANTHONY NASSER
SARHAN
Date: 2025.10.02
07:30:13 -07'00'

Anthony N. Sarhan, P.E.
Deputy Division Administrator

cc:
Thor Anderson, ADOT
Emily Christ, ADOT