Honorable Tana Lin

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | Case No. 25-cv-00848-TL |
| and | |
| SIERRA CLUB, *et al.*, | DECLARATION OF JOSHUA GUTERMAN |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | |
| Defendants. | |

DECLARATION OF
JOSHUA GUTERMAN

Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 598-7409

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al., ) | Case No. 2:25-cv-00848 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| U.S. DEPARTMENT OF ) | |
| TRANSPORTATION, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JOSHUA GUTERMAN

I, Joshua Guterman, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am employed by the Federal Highway Administration ("FHWA"), an operating administration of the United States Department of Transportation ("DOT"), as Acting Director of the Office of Financial Data and Technology.

2. As Acting Director of the Office of Financial Data and Technology, my duties include overseeing and managing FHWA's financial systems. As part of my duties, I am responsible for the daily management of FHWA's financial systems, which includes financial systems for the National Electric Vehicle Infrastructure Formula Program ("NEVI Formula Program"). I make this declaration based on my personal knowledge, information conveyed by other FHWA and DOT employees, and FHWA and DOT records, which include data submitted to FHWA and DOT by state departments of transportation.

3. The spreadsheet attached hereto as Exhibit A reflects the status of NEVI Formula Program obligations as of December 31, 2025, including the amount of funds obligated following FHWA's August 11, 2025 issuance of NEVI Formula Program Interim Final Guidance.

_____
Joshua Guterman
Acting Director
Office of Financial Data and Technology
Federal Highway Administration

# EXHIBIT A

| Recipient Name | Total Available | Total Obligations | Total Obligations Prior to 8/11 | Total Obligations After 8/11 | Unobligated Balance | Unpaid Obligations | Total Expenditures |
|---|---|---|---|---|---|---|---|
| Alabama | $79,308,285.00 | $1,700,080.00 | $299,520.00 | $1,400,560.00 | $77,608,205.00 | $1,336,821.72 | $363,258.28 |
| Alaska | $52,415,294.00 | $1,122,662.82 | $1,122,662.82 | $0.00 | $51,292,631.18 | $568,748.80 | $553,914.02 |
| Arizona | $76,483,976.00 | $41,470,426.00 | $12,090,426.00 | $29,380,000.00 | $35,013,550.00 | $39,308,133.19 | $2,162,292.81 |
| Arkansas | $54,121,947.00 | $925,492.80 | $80,000.00 | $845,492.80 | $53,196,454.20 | $50,256.94 | $875,235.86 |
| California | $383,673,792.00 | $300,012,168.00 | $2,111,375.00 | $297,900,793.00 | $83,661,624.00 | $299,091,702.69 | $920,465.31 |
| Colorado | $56,536,754.00 | $56,536,754.00 | $44,494,590.00 | $12,042,164.00 | $0.00 | $55,617,267.00 | $919,487.00 |
| Connecticut | $52,503,813.00 | $1,440,000.00 | $1,440,000.00 | $0.00 | $51,063,813.00 | $1,039,928.55 | $400,071.45 |
| Delaware | $17,682,951.00 | $13,916,534.00 | $10,150,125.00 | $3,766,409.00 | $3,766,417.00 | $12,834,978.25 | $1,081,555.75 |
| District Of Columbia | $16,679,459.00 | $3,552,666.00 | $3,552,666.00 | $0.00 | $13,126,793.00 | $3,476,324.54 | $76,341.46 |
| Florida/1 | $198,057,481.00 | $9,400,000.00 | $9,400,000.00 | $0.00 | $188,657,481.00 | $4,753,507.15 | $4,646,492.85 |
| Georgia | $134,975,283.00 | $12,186,243.56 | $12,018,243.56 | $168,000.00 | $122,789,039.44 | $8,628,304.63 | $3,557,938.93 |
| Hawaii | $17,680,364.00 | $14,667,671.20 | $12,104,095.52 | $2,563,575.68 | $3,012,692.80 | $10,176,717.23 | $4,490,953.97 |
| Idaho | $29,899,106.00 | $800,004.00 | $800,004.00 | $0.00 | $29,099,102.00 | $44,491.00 | $755,513.00 |
| Illinois | $148,621,459.00 | $106,797,484.60 | $33,000,985.31 | $73,796,499.29 | $41,823,974.40 | $104,631,091.77 | $2,166,392.83 |
| Indiana | $99,605,738.00 | $3,831,649.20 | $3,831,649.20 | $0.00 | $95,774,088.80 | $2,876,567.74 | $955,081.46 |
| Iowa | $51,374,369.00 | $2,700,860.41 | $2,700,860.41 | $0.00 | $48,673,508.59 | $1,683,394.93 | $1,017,465.48 |
| Kansas | $39,503,201.00 | $4,487,410.00 | $644,446.00 | $3,842,964.00 | $35,015,791.00 | $4,487,410.00 | $0.00 |
| Kentucky | $69,455,682.00 | $54,661,824.00 | $36,870,951.10 | $17,790,872.90 | $14,793,858.00 | $50,049,853.20 | $4,611,970.80 |
| Louisiana | $73,367,735.00 | $0.00 | $0.00 | $0.00 | $73,367,735.00 | $0.00 | $0.00 |
| Maine | $19,296,432.00 | $15,186,348.00 | $15,186,348.00 | $0.00 | $4,110,084.00 | $14,281,560.08 | $904,787.92 |
| Maryland | $62,818,576.00 | $15,579,208.17 | $15,068,457.72 | $510,750.45 | $47,239,367.83 | $14,974,158.31 | $605,049.86 |
| Massachusetts | $63,488,497.00 | $49,965,632.00 | $49,965,632.00 | $0.00 | $13,522,865.00 | $48,232,147.11 | $1,733,484.89 |
| Michigan | $110,061,712.00 | $54,083,890.42 | $57,961,353.92 | ($3,877,463.50) | $55,977,821.58 | $50,851,863.39 | $3,232,027.03 |
| Minnesota | $68,164,918.00 | $52,064,891.36 | $10,880,891.36 | $41,184,000.00 | $16,100,026.64 | $51,590,957.19 | $473,934.17 |
| Mississippi | $50,557,563.00 | $1,449,698.00 | $1,449,698.00 | $0.00 | $49,107,865.00 | $539,254.00 | $910,444.00 |
| Missouri | $98,961,186.00 | $0.00 | $0.00 | $0.00 | $98,961,186.00 | $0.00 | $0.00 |
| Montana | $42,889,962.00 | $698,760.00 | $698,760.00 | $0.00 | $42,191,202.00 | $264,261.58 | $434,498.42 |
| Nebraska | $30,214,832.00 | $592,763.65 | $592,763.65 | $0.00 | $29,622,068.35 | $300,475.45 | $292,288.20 |
| Nevada | $37,958,457.00 | $0.00 | $0.00 | $0.00 | $37,958,457.00 | $0.00 | $0.00 |
| New Hampshire | $17,271,581.00 | $3,746,372.92 | $4,128,058.00 | ($381,685.08) | $13,525,208.08 | $3,158,463.55 | $587,909.37 |
| New Jersey | $104,373,268.00 | $9,038,495.85 | $9,038,495.85 | $0.00 | $95,334,772.15 | $8,390,641.64 | $647,854.21 |
| New Mexico | $38,387,895.00 | $16,394,796.92 | $11,693,974.72 | $4,700,822.20 | $21,993,098.08 | $10,831,216.79 | $5,563,580.13 |
| New York | $175,466,514.00 | $62,366,836.00 | $57,623,546.00 | $4,743,290.00 | $113,099,678.00 | $61,982,143.66 | $384,692.34 |
| North Carolina | $109,024,196.00 | $109,024,196.00 | $8,285,408.00 | $100,738,788.00 | $0.00 | $107,960,555.00 | $1,063,641.00 |
| North Dakota | $25,952,484.00 | $1,864,346.46 | $1,864,346.46 | $0.00 | $24,088,137.54 | $1,002,833.86 | $861,512.60 |
| Ohio | $140,120,116.00 | $25,788,651.01 | $9,810,736.75 | $15,977,914.26 | $114,331,464.99 | $17,453,681.08 | $8,334,969.93 |
| Oklahoma | $66,296,972.00 | $2,893,000.00 | $3,478,999.00 | ($585,999.00) | $63,403,972.00 | $1,559,916.36 | $1,333,083.64 |
| Oregon | $52,249,356.00 | $41,120,395.00 | $40,502,341.12 | $618,053.88 | $11,128,961.00 | $37,950,768.37 | $3,169,626.63 |
| Pennsylvania | $171,514,120.00 | $171,514,120.00 | $76,950,000.00 | $94,564,120.00 | $0.00 | $155,313,121.57 | $16,200,998.43 |
| Puerto Rico | $13,661,153.00 | $155,192.61 | $155,192.61 | $0.00 | $13,505,960.39 | $155,192.61 | $0.00 |
| Rhode Island | $22,861,459.00 | $9,641,702.76 | $1,641,702.76 | $8,000,000.00 | $13,219,756.24 | $8,000,000.00 | $1,641,702.76 |
| South Carolina | $69,998,769.00 | $1,760,000.00 | $1,760,000.00 | $0.00 | $68,238,769.00 | $1,027,533.94 | $732,466.06 |
| South Dakota | $29,479,906.00 | $773,214.48 | $773,214.48 | $0.00 | $28,706,691.52 | $89,269.90 | $683,944.58 |
| Tennessee | $88,334,969.00 | $1,504,694.12 | $617,736.20 | $886,957.92 | $86,830,274.88 | $886,957.92 | $617,736.20 |
| Texas | $407,774,759.00 | $22,541,737.33 | $22,985,071.33 | ($443,334.00) | $385,233,021.67 | $16,947,433.06 | $5,594,304.27 |
| Utah | $36,298,604.00 | $13,104,152.00 | $13,104,152.00 | $0.00 | $23,194,452.00 | $12,285,144.51 | $819,007.49 |
| Vermont | $21,215,761.00 | $21,215,761.00 | $823,337.19 | $20,392,423.81 | $0.00 | $20,638,247.05 | $577,513.95 |
| Virginia | $106,376,132.00 | $792,444.00 | $792,444.00 | $0.00 | $105,583,688.00 | $292,444.00 | $500,000.00 |
| Washington | $70,865,271.00 | $55,771,175.00 | $55,771,175.00 | $0.00 | $15,094,096.00 | $55,310,935.12 | $460,239.88 |
| West Virginia | $45,683,164.00 | $280,000.00 | $280,000.00 | $0.00 | $45,403,164.00 | $0.00 | $280,000.00 |
| Wisconsin | $78,654,701.00 | $24,370,258.28 | $23,004,948.01 | $1,365,310.27 | $54,284,442.72 | $18,844,555.89 | $5,525,702.39 |
| Wyoming | $26,780,026.00 | $0.00 | $0.00 | $0.00 | $26,780,026.00 | $0.00 | $0.00 |
| Sum: | $4,155,000,000.00 | $1,415,492,663.93 | $683,601,384.05 | $731,891,279.88 | $2,739,507,336.07 | $1,321,771,232.32 | $93,721,431.61 |

1/ As of December 31, 2025, Florida does not have an approved plan. As such, it does not currently have the ability to obligate NEVI funding.