1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

STATE OF WASHINGTON, *et al.*,

            Plaintiffs,

     v.

DEPARTMENT OF TRANSPORTATION, *et al*.,

            Defendants.

Case No. 2:25-cv-00848-TL

NOTICE OF SUMMARY JUDGMENT ORDER

NOTICE OF SUMMARY
JUDGMENT ORDER
Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409

Pursuant to the Court's January 23, 2026, Order on Motions for Summary Judgment, ECF No. 175, Defendants' counsel provided written notice of the Court's Order to the Department of Transportation, and informed the Department of the need to notify all Defendants and agencies and their employees or contractors with responsibility for administering the NEVI Formula Program of the Court's Order no later than January 28, 2026. *See* Exhibit A, Notice of Summary Judgment Order. All relevant parties have since been notified of the Court's Order.

Dated: January 28, 2026                    Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Heidy L. Gonzalez*
HEIDY L. GONZALEZ
(FL Bar No. 1025003)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 598-7409
heidy.gonzalez@usdoj.gov

*Attorneys for Defendants*

NOTICE OF SUMMARY
JUDGMENT ORDER
Case No. 25-cv-00848-TL

U.S. Department of Justice
Civil Division, Federal Programs
1100 L Street, N.W.
Washington, D.C.  20005
(202) 598-7409